UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*

*Plaintiffs,*

*v.*

JEFFREY J. GREER, in his capacity as the Associate Director of the Department of Business Regulation, *et al.*

*Defendants.*

CA 04 418 T

Civil Action No.

**REQUEST for RULE 16 CONFERENCE**

The salutatory amendments at issue in this litigation take effect on April 1, 2005. Because the enforcement of these amendments would have an irreparable effect on the plaintiffs, they intend to file a motion for a preliminary injunction. In order to permit this Court to address the preliminary injunction motion with a more developed record, the plaintiffs seek to take discovery of the defendants prior to filing their motion for a preliminary injunction.

The plaintiffs are engaged in the business of liquor franchising. The amendments to the Rhode Island liquor control statute at issue in this matter would prohibit franchises in the liquor retail industry. The amendments state that their effective date is April 1, 2004. The Rhode Island Department of Business Regulation has issued an opinion that on April 1, 2005, all franchise agreements the plaintiff Wine & Spirits Retailers, Inc. currently has will become void as a matter of law.

**Wherefore,** the plaintiffs request a Rule 16 conference with this Court so that an accelerated preliminary discovery schedule can be set.

(2)

Dated: September 28, 2004

Respectfully submitted,

WINE & SPIRITS RETAILERS, INC., et al.

By their Attorneys,

Robert J. Roughsedge (#5876)
Evan T. Lawson (*pro hac vice pending*)
Michael Williams (*pro hac vice pending*)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987