FILED
OCT 01 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*

*Plaintiffs,*

*v.*

JEFFREY J. GREER, in his capacity as the Associate Director of the Department of Business Regulation, *et al.*

*Defendants.*

CA 04 418 T

Civil Action No.

**MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE***

Plaintiff John Haronian, *et al.* hereby moves that Evan T. Lawson and Michael Williams be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: Liquor regulation and First Amendment law.
- *Pro hac vice* counsel's long-standing representation of the client: John Haronian and Wine & Spirits Retailers, Inc.

Dated: September 28, 2004

Respectfully submitted,

JOHN HARONIAN, et al.

By their Attorneys,

Robert J. Roughsedge (#5876)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*

*Plaintiffs,*

*v.*

JEFFREY J. GREER, in his capacity as the Associate Director of the Department of Business Regulation, *et al.*

*Defendants.*

CA 04 418 T

Civil Action No.

FILED
OCT 01 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION**

(1) I certify that I am a member in good standing of the bar of the State of Massachusetts and the bar of the federal district court for the District of Massachusetts, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I have not sought to be admitted *pro hac vice* to any cases within this District within the preceding 24 months.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to

do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Evan T. Lawson
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

Local Associate Counsel
Robert J. Roughsedge
#5876
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

---

ORDER: This motion is hereby Granted

Ernest C Torres / B
United States District Judge

Date: 10/18/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*

*Plaintiffs,*

*v.*

JEFFREY J. GREER, in his capacity as the Associate Director of the Department of Business Regulation, *et al.*

*Defendants.*

Civil Action No. CA 04 418T

FILED OCT 01 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION**

(1) I certify that I am a member in good standing of the bar of the State of Massachusetts and the bar of the federal district court for the District of Massachusetts, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I have not sought to be admitted *pro hac vice* to any cases within this District within the preceding 24 months.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to

do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Michael Williams
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

Local Associate Counsel
Robert J. Roughsedge
#5876
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

---

ORDER: This motion is hereby ________________

________________________________
United States District Judge

Date: ________________