UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*
*Plaintiffs,*

*v.*

STATE OF RHODE ISLAND, *et al.*,
*Defendants.*

Civil Action No. 04-418-T

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

The Plaintiffs move pursuant to Fed.R.Civ.P. 65 for a preliminary injunction to preserve the status quo pending a resolution of the substantial constitutional issues raised in this matter. For the reasons stated in the *Memorandum In Support of Plaintiffs' Motion for a Preliminary Injunction,* the Court should enjoin enforcement of R.I. Gen. Laws §3-5-11, amended, and §3-5-11.1 pending a final decision on the merits.

**REQUEST FOR ORAL ARGUMENT**

It is believed that oral argument will assist the Court in its consideration of this motion. Oral argument is respectfully requested.

Dated: January 14, 2005

Respectfully submitted,
WINE & SPIRITS RETAILERS, INC., *et al.*

By their Attorneys,

Robert J. Roughsedge (#5876)
Evan T. Lawson (*pro hac vice*)
Michael Williams (*pro hac vice*)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

**CERTIFICATE OF SERVICE**

I, Robert J. Roughsedge, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand.

Date: January 18, 2005

9