UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WINE & SPIRITS RETAILERS, INC., *et al.*<br>*Plaintiffs,*<br>*v.*<br>STATE OF RHODE ISLAND, *et al.*,<br>*Defendants.* | Civil Action No. 04-418-T |

**PLAINTIFFS' MOTION for LEAVE to**
**FILE MEMORANDUM IN EXCESS of 10 PAGES**

The Plaintiffs move this Court for leave to file the attached memorandum in excess of 10 pages in support of *Plaintiffs' Motion for a Preliminary Injunction* in the above entitled matter, and directing the clerk to file the same.

Plaintiffs exceed 10 pages in their brief in order to full detail the various constitutional issues raised in this matter. Clarifying these issues requires more than the 10 pages. Accordingly, plaintiffs request to file their supporting memorandum in excess of the limit set by Amended General order #2002-01.

Dated: January 14, 2005

Respectfully submitted,
WINE & SPIRITS RETAILERS, INC., *et al.*

By their Attorneys,

Robert J. Roughsedge (#5876)
Evan T. Lawson (*pro hac vice*)
Michael Williams (*pro hac vice*)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

**CERTIFICATE OF SERVICE**

I, Robert J. Roughsedge, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand.

Date: January 18, 2005

10