**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WINE & SPIRITS RETAILERS, INC.
and JOHN HARONIAN,
Plaintiffs,

v. C.A. NO. 04-418T

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, and
JEFFREY J. GREER, in his capacity as
the Associate Director of the Department
of Business Regulation,
Defendants,

FILED
FEB 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION FOR EXPEDITED CONSIDERATION**

Now come the Defendants and respectfully request expedited consideration of their Motion to Extend time. As grounds therefore, as calculated by the Defendants, their response to the Motion for Preliminary Injunction would be due on February 15, 2005, and the Plaintiffs' response to their Motion to Extend would be due sometime thereafter.

GRANTED
Ernest C. Torres
Chief Judge
2/15/05

Respectfully Submitted,

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

16

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within document, postage pre-paid, first class mail, on this 3rd day of February, 2005 to those indicated below:

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736