**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WINE & SPIRITS RETAILERS, INC.
and JOHN HARONIAN,
Plaintiffs,

v.

C.A. NO. 04-418

FILED FEB 08 2005 DISTRICT COURT DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, and
JEFFREY J. GREER, in his capacity as
the Associate Director of the Department
of Business Regulation,
Defendants,

**MOTION TO EXTEND TIME**

Now come the Defendants, and request that they be granted an extension of time to respond to the Motion for Preliminary Injunction filed by the Plaintiffs. As grounds therefore, Plaintiffs have alleged serious constitutional issues. Further, the State's Department of Business Regulation is in possession of voluminous administrative materials that have recently been provided to counsel and must be reviewed and, in some cases, transcribed, prior to responding to the Motion and which may obviate the need for an evidentiary hearing.

Defendants are cognizant that there is an April 1, 2005 effective date of the law, but also note that the law was passed in the summer of 2004. Any sense of urgency at this point is not of Defendants' creation. Defendants respectfully request that they be allowed up to and until February 28, 2005 to respond.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
2/15/05

Respectfully Submitted,

Defendants
By their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

17

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within document, postage prepaid, first class mail, on this 8th day of February, 2005 to those indicated below:

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736