UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

WINE AND SPIRITS RETAILERS, INC. and
JOHN HARONIAN

v. CA No. 04-418-T

STATE OF RHODE ISLAND AND PROVIDENCE
PLANTATIONS, and JEFFREY J. GREER, in
his capacity as Associate Director of
the Rhode Island Department of Business

**ORDER GRANTING MOTION TO INTERVENE**

In the absence of any written objection or memorandum in opposition, the motion of United Independent Liquor Retailers of Rhode Island to intervene is granted for reasons set forth in the movant's memorandum and because it has been represented that the defendant does not object to intervention.

Intervention is conditioned upon the following:

1. The preliminary injunction hearing scheduled for March 16, 2005, will not be postponed unless all parties agree and the Court approves.

2. No later than the close of business on March 14, 2005, the intervenor shall file a memorandum of law addressing the merits of the preliminary injunction application.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: March 4, 2005

19