# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**CASE NUMBER: CA04-418T** **DATE: March 16th, 2005**

**TITLE: Wine & Spirits Retailers, et al. v. Jeffrey Greer, et al.**
**JUDGE: ERNEST C. TORRES**

**COURTROOM CLERK: Ryan Jackson**
**COURT REPORTER: Angela Reynolds**

**************************************************************************************

**COUNSEL PRESENT:**

**Plaintiff:** **Evan T. Lawson**
**Robert Roughsedge**

**Defendant:** **Rebecca Partington**
**Joseph Larissa**

**************************************************************************************

**PROCEEDINGS: Preliminary Injunction Hearing**

**03/16/05** All Counsel of Record present. Plaintiff delivers opening statement. Defendant United Independent Liquor Retailers makes opening statement. Defendant State of RI relies on co-defendant's opening statement. Plaintiffs' call 1 Witness. 2 Exhibits are admitted as Full Evidence by Plaintiff. 3 Exhibits are admitted as Full Evidence by Defendants. Plaintiffs deliver closing arguments. Defendant UILR gives closing argument. Defendant State of RI gives its closing argument. Plaintiff responds. Court takes the matter under advisement.

22