UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*
*Plaintiffs,*
*v.*
STATE OF RHODE ISLAND, *et al.*,
*Defendants.*

Civil Action No. 04-418-T

**NOTICE OF EXPEDITED APPEAL**

Notice is hereby given that Plaintiffs Wine & Spirits Retailers, Inc., and John Haronian in the above named action hereby appeal to the United States Court of Appeals for the First Circuit from the denial by this Court of *Plaintiffs' Motion for a Preliminary Injunction*, entered in this action on the 8th day of April 2005.

Plaintiffs seek an expedited appeal of this decision because the denial of the injunction effectively terminates the eleven Rhode Island franchisees of the Plaintiffs and infringes upon the Plaintiffs' rights of expression and expressive association, as secured by the First Amendment to the Constitution of the United States.

Respectfully submitted,

WINE & SPIRITS RETAILERS, INC., and
JOHN HARONIAN,

By their Attorneys,

Robert J. Roughsedge (#5876)
Evan T. Lawson (*pro hac vice*)
Michael Williams (*pro hac vice*)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

Dated: April 12, 2005

24

Cc: Joe Larisa
Rebecca Partington
client