UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

WINE AND SPIRITS RETAILERS, INC. and
JOHN HARONIAN

v. C.A. No. 04-418-T

STATE OF RHODE ISLAND AND PROVIDENCE
PLANTATIONS, and JEFFREY J. GREER, in
his capacity as Associate Director of
the Rhode Island Department of Business
Regulation

ORDER GRANTING IN PART PLAINTIFFS' MOTION
FOR AN INJUNCTION PENDING APPEAL

For reasons stated in open court, Plaintiff's Motion for an Injunction Pending Appeal is granted in part. Defendant State of Rhode Island is hereby enjoined until June 7 from enforcing R.I. Gen. Laws § 3-5-11 to the extent that the enforcement action is based solely on a Class A licensee's use of a name similar to or the same as that of another licensee.

IT IS SO ORDERED:

Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: April 28, 2005



31