UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WINE & SPIRITS RETAILERS, INC., *et al.*<br>*Plaintiffs,*<br>*v.*<br>STATE OF RHODE ISLAND, *et al.*,<br>*Defendants.* | Civil Action No. 04-418-T |

**MOTION TO FILE AMENDED COMPLAINT**

The Plaintiffs move this Court pursuant to Rules 15 and 20 for permission to amend their complaint to add three additional plaintiffs and one additional claim. The amended complaint seeks to add three liquor stores that had franchise agreements with Plaintiff Wine & Spirits Retailers, Inc. prior to those agreements being nullified by §§3-5-11 and 3-5-11.1. Additionally, the amended complaint adds one additional count. Section 3-5-11 prohibits the holders of Class A licenses from working together to purchase insurance. The Amended Complaint adds a claim based on 29 U.S.C. §1001, *et seq.* (Employee Retirement Income Security Act (ERISA)).

Accordingly, plaintiffs request to file the attached *First Amended Complaint.*

Respectfully submitted,
WINE & SPIRITS RETAILERS, INC., *et al.*
By their Attorneys,

Robert J. Roughsedge (#5876)
Evan T. Lawson (*pro hac vice*)
Michael Williams (*pro hac vice*)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

Dated: October 12, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*
*Plaintiffs,*
*v.*
STATE OF RHODE ISLAND, *et al.*,
*Defendants.*

Civil Action No. 04-418-T

**MEMORANDUM IN SUPPORT of**
**PLAINTIFFS' MOTION TO FILE AMENDED COMPLAINT**

The August 11, 2005 decision of the First Circuit indicates that the First Amendment rights of the now former franchisees of Wine & Spirits Retailers, Inc. (W&S) are directly affected by §§3-5-11 and 3-5-11.1. Three of those storeowners intend to challenge the constitutionality of these statutes. The Plaintiffs move this Court for permission to add these former franchisees as plaintiffs in this action. The Plaintiffs also seek to add one additional claim concerning the purchase of insurance. The Plaintiffs sought the assent of the defendants and defendant-intervener. Both parties refused to assent to this motion.

Three liquor stores that had franchise agreements with W&S seek to join this action as plaintiffs. Under §§3-5-11 and 3-5-11.1 their franchise agreements have been nullified. These liquor stores each operate under the Douglas Wine & Spirits trade name. These storeowners also used joint advertising to speak to their prospective costumers and seek to do so again in the future. Sections 3-5-11 and 3-5-11.1 limit the rights of these liquor stores to speak to their prospective customers and forbids them from speaking to each other.

The Amended Complaint adds an additional claim based on 29 U.S.C. §1001, *et seq.* (the Employee Retirement Income Security Act or ERISA). Following the filing of the original

complaint, it has come to the Plaintiffs' attention that Rhode Island interprets §3-5-11(b)(ii) to prohibit the holders of Class A licenses from working together to purchase insurance. To the extent that any such group purchase of insurance is part of an employee benefit plan, ERISA preempts the ability of Rhode Island to restrict these plans.

This case remains at an early stage and only very limited discovery has taken place to date. The Defendants would not be prejudiced by the addition of these three plaintiffs or by the addition of the ERISA claim. This Court should permit the Plaintiffs to file the *First Amended Complaint*.

Respectfully submitted,
WINE & SPIRITS RETAILERS, INC., *et al.*
By their Attorneys,

Robert J. Roughsedge (#5876)
Evan T. Lawson (*pro hac vice*)
Michael Williams (*pro hac vice*)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

Dated: October 12, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*
*Plaintiffs,*
*v.*
STATE OF RHODE ISLAND, *et al.*,
*Defendants.*

Civil Action No. 04-418-T

**CERTIFICATE OF SERVICE**

The undersigned attorney for the Plaintiffs hereby certifies that true copies of the *Motion to file Amended Complaint*, *Proposed First Amended Complaint*, *Memorandum In Plaintiffs' Motion to file Amended Complaint* and *Proposed Order* were served upon the following attorneys of record by United States first class mail, postage prepaid on this 12 day of October, 2005:

Rebecca Partington
Deputy Chief – Civil Division
Office of the Attorney General
150 South Main Street
Providence, RI 02903

Joseph S. Larisa, Jr.
Larisa Law and Consulting, LLC
One Citizens Plaza, Suite 1100
Providence, RI 02903

Robert J. Roughsedge #5876