**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WINE & SPIRITS RETAILERS, INC.
and JOHN HARONIAN,
Plaintiffs,
v.
STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, and
JEFFREY J. GREER, in his capacity as
the Associate Director of the Department
of Business Regulation,
Defendants,

C.A. NO. 04-418T

**NOTICE OF DEPOSITION**

Defendants hereby gives notice that it, by and through its attorneys, will take the deposition of **BRIAN HIEN**, at the office of the **Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903** before a Notary Public in and for the State of Rhode Island, or before some other officer authorized to administer oaths.

The deposition will commence at **10:00 a.m. on Thursday, November 17, 2005** and may be continued to a lawfully adjourned date, or from day to day until the deposition is completed.

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within postage pre-paid, first class mail, on this 31st day of October, 2005 to those indicated below:

Melissa L. Afonso

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736

Joseph S. Larisa, Jr., Esquire
55 Dorrance Street, Suite 301B
Providence, RI 02903

Capitol Court Reporting
225 Reservoir Avenue
Providence, Rhode Island 02907