**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
OCT 24 2005
Property of U.S. District Court
District of Rhode Island

WINE & SPIRITS RETAILERS, INC.
and JOHN HARONIAN,
Plaintiffs,

v.

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, and
JEFFREY J. GREER, in his capacity as
the Associate Director of the Department
of Business Regulation,
Defendants,

C.A. NO. 04-418T

**STIPULATION**

The parties hereby stipulate that the Defendants shall have until the expiration of fifteen (15) days following the Court's decision on the Motion to Amend to respond to the Motion for Preliminary Injunction.

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

Wine & Spirits Retailers, Inc., et al.
By their Attorneys,

Robert J. Roughsedge #5876
Michael Williams (*pro hac vice*)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Tel: (617) 439-4990
Fax: (617) 439-3987

UILR
By it's Attorney

Joseph S. Larisa, Jr., Esquire #4113
Larisa Law Consulting, LLC
One Citizens Plaza, Suite 1100
Providence, RI 02903
Tel: (401) 743-4700
Fax: (401) 633-6296

DENIED. Court will hear argument on both motions during same session.

Ernest C. Torres
Chief, U.S. District Judge

DATE 11/2/05

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within postage pre-paid, first class mail, on this 27th day of October, 2005 to those indicated below:

Melina DiBitunto

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736

Joseph S. Larisa, Jr., Esquire
55 Dorrance Street, Suite 301B
Providence, RI 02903