FILED
NOV 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WINE & SPIRITS RETAILERS, INC.
and JOHN HARONIAN,
Plaintiffs,

v. C.A. NO. 04-418T

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, and
JEFFREY J. GREER, in his capacity as
the Associate Director of the Department
of Business Regulation, and the UNITED
INDEPENDENT LIQUOR RETAILERS
OF RHODE ISLAND,
Defendants

**MOTION TO ALLOW EXTENSION OF TIME**

Now comes the Defendant UILR, and requests that it be allowed up to and until November 18, 2005 to file a response to the Motion for Preliminary Injunction recently filed by the Plaintiffs. As grounds therefore, the parties stipulated to an extension. That stipulation, however, was denied by the Court. Therefore, the UILR requests an extension, *nunc pro tunc*. Plaintiffs' counsel has been contacted and has no objection to an Objection extension. The UILR requests the same extension as the Attorney General.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
11/8/05

Respectfully,

Joseph S. Larisa, Jr., Esq. (#4113)
Larisa Law and Consulting, LLC
55 Dorrance Street, Suite 301B
Providence, RI 02903
(401) 743-4700 / 633-6296 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within document, postage prepaid, first class mail, on this 2nd day of November, 2005 to those indicated below:

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995