FILED
NOV 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WINE & SPIRITS RETAILERS, INC.
and JOHN HARONIAN,
Plaintiffs,

v. C.A. NO. 04-418T

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, and
JEFFREY J. GREER, in his capacity as
the Associate Director of the Department
of Business Regulation, and the UNITED
INDEPENDENT LIQUOR RETAILERS
OF RHODE ISLAND,
Defendants

**CONSENTED TO MOTION FOR EXTENSION OF TIME**

Now come the Defendants, State of Rhode Island and Jeffrey J. Greer, and request that they be allowed up to and until **November 18, 2005** to file a response to the Motion for Preliminary Injunction recently filed by the Plaintiffs. As grounds therefore, the parties stipulated to an extension, however, that stipulation was denied by the Court. Therefore, these Defendants request an extension, *nunc pro tunc*, and would further show the Court that the Plaintiffs' counsel, and counsel for the UILR, have been contacted and have no objection to this Motion.

Respectfully Submitted,

Defendants,
By their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
11/8/05

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within document, postage pre-paid, first class mail, on this 3rd day of November, 2005 to those indicated below:

Melissa D. DiLorenzo

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736

Joseph S. Larisa, Jr., Esquire
55 Dorrance Street, Suite 301B
Providence, RI 02903