**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WINE & SPIRITS RETAILERS, INC.,
and JOHN HARONIAN,
Plaintiffs

v. C.A. NO. 04-418T

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, and
JEFFREY J. GREER, in his capacity as
the Associate Director of the Department
of Business Regulation,
Defendants

**NOTICE OF DEPOSITION**

Please take notice that, pursuant to Fed. R. Civ. P. 30(b)(6), Defendants will take the deposition upon oral examination of **MAB Liquors, Ltd. d/b/a Douglas Wine & Spirits Cranston, Inc.**, by a person or persons designated by deponent as having the most knowledge of the matters listed below, and will require the production of the documents and records listed below.

The Defendants will take the deposition upon oral examination of the designated individual or individuals at the office of the **Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903** before a Notary Public in and for the State of Rhode Island, or before some other officer authorized to administer oaths. Your attention is directed to Schedule "A" attached hereto. You are required to bring all responsive documents with you on the date and time specified below.

The deposition will commence at **12:30 p.m. on Tuesday, November 29, 2005** and may be continued to a lawfully adjourned date, or from day to day until the deposition is completed.

As required by Rule 30(b)(6), in response to this deposition notice, you have a duty to designate one or more persons employed, or formerly employed by deponent to testify as the person most knowledgeable about the documents and matters listed below. You should make every effort to provide the authors of the documents listed below for examination or designate an individual who can testify as to the history and authenticity of the document and its contents.

The matters for examination will be the day-to-day operations of the deponent, the interaction with any other business entities or persons, included but not limited to the named Plaintiffs in this action, suppliers of inventory, as well as advertising, signage and use of the "Douglas" name.

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within postage pre-paid, first class mail, on this 10th day of November, 2005 to those indicated below:

Melissa J DiFonzo

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736

Joseph S. Larisa, Jr., Esquire
55 Dorrance Street, Suite 301B
Providence, RI 02903

Capitol Court Reporting
225 Reservoir Avenue
Providence, Rhode Island 02907