UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE 7 SPIRITS RETAILERS, INC.
and JOHN HARONIAN,
Plaintiffs,

v.

C.A. No. 04-418T

FILED
NOV 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, and
JEFFREY J. GREER, in his capacity as
the Associate Director of the Department
of Business Regulation, and the UNITED
INDEPENDENT LIQUOR RETAILERS
OF RHODE ISLAND,
Defendants

EMERGENCY MOTION FOR ONE DAY EXTENSION OF TIME

Now comes the Defendant UILR, and requests that it be allowed up to and until November 21, 2005 to file a response to the Motion for Preliminary Injunction recently filed by the Plaintiffs. As grounds therefore, the parties stipulated to an extension. That stipulation, however, was denied by the Court. Therefore, the UILR received an extension until today. Counsel was called away today on an emergency mediation in the Rhode Island Supreme Court all day today and requests a one-day extension of time to file.

Respectfully,

Joseph S. Larisa, Jr., Esq. (#4113)
Larisa Law and Consulting, LLC
55 Dorrance Street, Suite 301B
Providence, RI 02903
(401) 743-4700/ 633-6296 (fax)

GRANTED
Ernest C. Torres
Chief, US District Judge
11/18/05