AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

Wine & Spirits, Inc., et al. V. Jeffrey Greer, et al.

CASE NUMBER: CA 04-418T

| PRESIDING JUDGE | PLAINTIFFS ATTORNEY | DEFENDANTS ATTORNEY |
|---|---|---|
| Ernest C. Torres | Robert J. Roughsedge, Esq.; Evan T. Lawson, Esq | Joseph S. Larisa, Jr., Esq., Rebecca Tedford Partington, AAG |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| December 15, 2005 | Angela Reynolds | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | A | | X | | Providence Journal Advertisement - 12/11/05 |
| | B | | X | | In Store Advertisements |
| | C | | X | | Receipts |
| | D | | X | | In Store Advertisements |
| | E | | X | | Receipts |
| 1 | | | X | | Bulletin #2005-2 |
| 2 | | | X | | State of Rhode Island Show Cause Order |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.