UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS, INC.,ET AL.,

Plaintiffs

v. C.A. No. 04-418T

JEFFREY GREER, ET AL.,

Defendants

**ORDER DENYING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO AMEND COMPLAINT**

For reasons stated in open court on December 15, 2005, Plaintiffs' Motion for a Preliminary Injunction is hereby denied.

Plaintiffs' Motion to Amend the Complaint is hereby granted in part and denied in part. Motion is granted as to the inclusion of three (3) additional plaintiffs and denied as to the addition of a claim based on the Employee Retirement Income Security Act (ERISA). Plaintiffs are to file their Amended Complaint by the close of business on December 22, 2005.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 12/16/05