UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JAN 3 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., JOHN HARONIAN, CWS OPERATING CO., INC. d/b/a DOUGLAS WINE & SPIRITS – CUMBERLAND, DOUGLAS LIQUOR INC. d/b/a DOUGLAS WINE & SPIRTIS – N. PROVIDENCE, and MAB LIQUORS, LTD d/b/a DOUGLAS WINE & SPIRITS - CRANSTON
Plaintiffs,

v. C.A. NO. 04-418T

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, and JEFFREY J. GREER, in his capacity as the Associate Director of the Department of Business Regulation,
Defendants,

**ANSWER TO FIRST AMENDED COMPLAINT**

Now comes the Defendants and hereby answers the Plaintiffs' Complaint as follows:

1. Paragraph 1 contains legal conclusions to which no response is required. If a response is deemed required, paragraph 1 is denied.
2. Defendants deny the allegations contained in Paragraph 2 of Plaintiffs' Complaint.
3. Defendants deny the allegations contained in Paragraph 3 of Plaintiffs' Complaint.

**Jurisdiction**

4. Paragraph 4 contains legal conclusions to which no response is required. If a response is deemed required, paragraph 4 is denied.
5. Paragraph 5 contains legal conclusions to which no response is required. If a response is deemed required, paragraph 5 is denied.

**The Parties**

6. Defendants admit the allegations contained in the first two sentences of Paragraph 6 of Plaintiffs' Complaint. Defendants admit that the third sentence is true, but incomplete.
7. Defendants admit that John Haronian is a resident of Rhode Island and that, among other things, he provides business advice to liquor stores in the State of Rhode Island.
8. Admit.
9. Admit.
10. Admit.
11. Defendants admit the allegations contained in Paragraph 11 of Plaintiffs' Complaint.
12. Defendants admit that Jeffrey J. Greer is the Associate Director of the DBR and that he is being sued in his official capacity, and deny each and every remaining allegation contained in Paragraph 12 of Plaintiffs' Complaint.
13. The allegations contained in Paragraph 13 do not pertain to these Defendants.

**Facts Common to All Claims**

14. Defendants are without information or knowledge sufficient to form a belief as to the veracity of the allegations contained in Paragraph 14 of the complaint; therefore, the allegations are denied.
15. Defendants are without information or knowledge sufficient to form a belief as to the veracity of the allegations contained in Paragraph 15 of the complaint; therefore, the allegations are denied.
16. Admit.

17. The provisions of section 3-5-11 speak for themselves, and the paraphrased allegations of paragraph 17 contain legal conclusions to which no response is required. If a response is deemed required, paragraph 17 is denied.

18. The provisions of section 3-5-11 speak for themselves, and the paraphrased allegations of paragraph 18 contain legal conclusions to which no response is required. If a response is deemed required, paragraph 18 is denied.

19. Defendants admit the allegations contained in Paragraph 19 of Plaintiffs' Complaint.

20. Denied.

21. Paragraph 21 contains legal conclusions to which no response is required. If a response is deemed required, paragraph 21 is denied.

22. Paragraph 22 contains legal conclusions to which no response is required. If a response is deemed required, paragraph 22 is denied.

## COUNT I
## First Amendment to the Constitution of the United States – Speech

Defendants reincorporate and reaffirm all responses contained in Paragraphs 1-22 above as if fully set forth herein.

23. Defendants deny the allegations contained in Paragraph 23 of Plaintiffs' Complaint.

## COUNT II
## First Amendment to the Constitution of the United States – Assembly

Defendants reincorporate and reaffirm all responses contained in Paragraphs 1-23 above as if fully set forth here.

24. Defendants deny the allegations contained in Paragraph 24 of Plaintiffs' Complaint.

## COUNT III
## First Amendment to the Constitution of the United States – Unfettered Discretion

Defendants reincorporate and reaffirm all responses contained in Paragraphs 1-24 above as if fully set forth herein.

25. Defendants deny the allegations contained in Paragraph 25 of Plaintiffs' Complaint.

26. Defendants deny the allegations contained in Paragraph 26 of Plaintiffs' Complaint.

**COUNT IV**
**Article I, §8 of the Constitution of the United States (Commerce Clause)**

Defendants reincorporate and reaffirm all responses contained in Paragraphs 1-26 above as if fully set forth here.

27. Admit.

28. Paragraph 28 contains legal conclusions to which no response is required. If a response is deemed required, paragraph 28 is denied.

29. Defendants deny the allegations contained in Paragraph 29 of Plaintiffs' Complaint.

30. Denied.

**COUNT V**
**Fifth Amendment to the Constitution of the United States**

Defendants reincorporate and reaffirm all responses contained in Paragraphs 1-30 above as if fully set forth here.

31. Defendants deny the allegations contained in Paragraph 31 of Plaintiffs' Complaint.

32. Defendants deny the allegations contained in Paragraph 32 of Plaintiffs' Complaint.

**COUNT VI**
**Fourteenth Amendment to the Constitution Laws of the United States**

Defendants reincorporate and reaffirm all responses contained in Paragraphs 1-32 above as if fully set forth here.

33. Defendants deny the allegations contained in Paragraph 33 of Plaintiffs' Complaint.

34. Defendants deny the allegations contained in Paragraph 34 of Plaintiffs' Complaint.

**COUNT VII**

**Deprivation of Rights Secured by the Constitution and Laws of the United States in Violation of 42 U.S.C. §1983**

Defendants reincorporate and reaffirm all responses contained in Paragraphs 1-34 above as if fully set forth here.

35. Defendants deny the allegations contained in Paragraph 35 of Plaintiffs' Complaint.

36. Defendants deny the allegations contained in Paragraph 36 of Plaintiffs' Complaint.

WHEREFORE, Defendants respectfully request that the Court deny and dismiss Plaintiffs' Complaint, no costs or fees to Defendants.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Defendant Greer, as an officer of the State of Rhode Island, is entitled to all immunities which are enjoyed by the sovereign.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff is not entitled to maintain an action against these Defendants insofar as the legislation at issue enjoys the presumption of validity and, in fact, was duly enacted and is not violative of any provisions of the Federal or State constitutions.

**FOURTH AFFIRMATIVE DEFENSE**

These Defendants are entitled to a presumption that they will act at all times with good faith.

**FIFTH AFFIRMATIVE DEFENSE**

This action is not yet ripe for review.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs are intentionally in violation of the statute and enter this Court with unclean hands.

Respectfully Submitted,

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within Answer to First Amended Complaint, postage pre-paid, first class mail, on this 3 day of January, 2006 to those indicated below:

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736