CAPITOL COURT REPORTING INC.
225 Reservoir Avenue • Providence, RI 02907
Tel (401) 453-1005 • Fax (401) 453-1009
www.capitolcourtreporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 7383 | 12/13/2005 | 01-9049 |
| **JOB DATE** | **REPORTERS(S)** | **CASE NUMBER** |
| 12/09/2005 | ELLEN | 04-418T |
| **CASE CAPTION** | | |
| Wine & Spirits Retailers, Inc. vs. Stat | | |
| **TERMS** | | |
| Due upon receipt | | |

Rebecca Partington, Esq.
Office of the Attorney General
150 South Main Street
Providence, RI 02903

| | | | |
|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Ronald S. Bochner | 96 Pages @ | 5.00/Page | 480.00 |
| EXHIBITS | 12 Pages @ | .35/Page | 4.20 |
| REPORTER ATTENDANCE | | | 50.00 |
| Handling & Delivery | | | 6.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Joseph Santoro | 60 Pages @ | 5.00/Page | 300.00 |
| EXHIBITS | 8 Pages @ | .35/Page | 2.80 |
| Handling & Delivery | | | 6.00 |
| Mutil Depositions ( Reg) | | | 50.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Kathleen Haronian | 55 Pages @ | 5.00/Page | 275.00 |
| EXHIBITS | 10 Pages @ | .35/Page | 3.50 |
| Handling & Delivery | | | 6.00 |
| Mutil Depositions ( Reg) | | | 50.00 |
| | **TOTAL DUE >>>>** | | **1,233.50** |

Transcript billed under Item# 43 (Expedited Prep: Within 60hrs)
Per Master Price Agreement 137

TAX I.D. NO.: 05-0481819

(401) 274-4400 Fax (401) 222-2995

*Please detach bottom portion and return with payment.*

Rebecca Partington, Esq.
Office of the Attorney General
150 South Main Street
Providence, RI 02903

Invoice No.: 7383
Date : 12/13/2005
**TOTAL DUE : 1,233.50**

Job No. : 01-9049
Case No. : 04-418T
Wine & Spirits Retailers, Inc. vs. S

Remit To: **CAPITOL COURT REPORTING, INC.**
**225 Reservoir Avenue**
**Providence, RI 02907**

CP 130619