# LAWSON & WEITZEN, LLP

ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN *
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN ***
VALERIE L. PAWSON
GEORGE F. HAILER +
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO
WILLIAM F. COYNE, JR.
DAVID A. RICH *
DENNIS J. MANESIS ++
NATALIE A. KANELLIS †

PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, PH.D.
J. MARK DICKISON **
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE +++
CAROLINE A. O'CONNELL *
MARISSA A. GOLDBERG
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
CHRISTOPHER S. FARNSWORTH
KRISTINA A. ENGBERG

**BOSTON**
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

**CAPE COD**
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

**MARLBOROUGH**
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101
MARLBOROUGH, MASSACHUSETTS 01752
TELEPHONE (508) 618-1025


November 22, 2005

**VIA FACSIMILE (401) 222-2995 / FIRST CLASS MAIL**
Rebecca Partington
Deputy Chief – Civil Division
Office of the Attorney General
150 South Main Street
Providence, RI 02903

Re: CWS Operating Co., Inc. d/b/a Douglas Wine & Spirits – Cumberland
Douglas Liquor Inc. d/b/a Douglas Wine & Spirits – N. Providence
MAB Liquors, Ltd. d/b/a Douglas Wine & Spirits – Cranston

Dear attorney Partington:

This letter concerns the subpoenas to our clients CWS Operating Co., Inc. d/b/a Douglas Wine & Spirits – Cumberland, Douglas Liquor Inc. d/b/a Douglas Wine & Spirits – N. Providence, and MAB Liquors, Ltd d/b/a Douglas Wine & Spirits – Cranston that were mailed to our office on October 31, 2005.

As an initial matter, I would like to note that we were not asked to accept service on behalf of our clients and do not agree to do so. Service on our clients is required in this instance because you have not agreed to our clients being added as parties. MAB Liquors, Ltd d/b/a Douglas Wine & Spirits – Cranston, CWS Operating Co., Inc. d/b/a Douglas Wine & Spirits – Cumberland and Douglas Liquor Inc. d/b/a Douglas Wine & Spirits – N. Providence were served with subpoenas on November 17 and 18, 2005.

The Schedules attached to your subpoenas seek copious numbers of documents, which you seek to be produced on November 29, 2005. While our clients are endeavoring to assemble the requested documents, this is busiest part of the year for my clients and the requests are extensive. It


* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
\+ ALSO ADMITTED IN DC
\++ ALSO ADMITTED IN NJ & PA
\+++ ALSO ADMITTED IN RI, CT, NH & ME
† ALSO ADMITTED IN NH & NY

**LAWSON & WEITZEN, LLP**



is unclear whether they will be able to assemble all of the documents sought by November 29th. You have previously indicated your desire to conduct these depositions prior to the December 15, 2005 hearing on the motion to amend the complaint. Given the issues concerning service of the subpoenas and the potential that our clients will lack of sufficient time to assemble all of the documents requested, we suggest that the deposition be postponed, even if that means that the depositions would not occur prior to the December 15 hearing. I remind you that should you be successful in preventing our clients from being added as plaintiffs to the *Wine & Spirits Retailers, Inc., et al. v. Rhode Island, et al.* matter, we will simply file a separate action on their behalf. We expect that Judge Torres would then consolidate the actions in the name of judicial economy.

As an additional matter, the cost of complying these extensive requests will be considerable. We have obtained an estimate for the copying cost for one of the stores – $400.00. The cost for all three stores will be approximately triple this estimate - $1,200.00. Under Rule 45(c) of the Federal Rules of Civil Procedure, our clients, as non-parties, are entitled to be compensated for those costs associated with gathering the requested documents. Please provide us with either your account number at your proffered copying service, or provide payment in advance for these costs. Please also keep in mind that copying these voluminous records will be time consuming and could effect our clients' ability to have all of the records ready by November 29th.

Rule 30(b)(6) requires that a party seeking to examine a corporate entity must "describe with reasonable particularity the matters on which examination is requested." Your topics include the language, "including, but not limited to." This language does not comport with the requirements of Rule 30(b)(6) and our clients will not discuss topics not explicitly listed as topics for examination.

Your Subpoenas command the presence of the "person most knowledgeable about the documents and matters listed." Rule 30(b)(6) merely requires our clients to "designate one or more officers, directors, or managing agents, or other person who consent to testify on its behalf." Rule 30(b)(6) also does not require a corporation to produce "the authors of the documents listed . . . for examination" or require that the designee be someone "who can testify to the history and authenticity" of requested documents.

The deposition notices indicate that the deposition "may be continued . . . from day to day until the deposition is complete." I remind you that federal law limits the duration of deposition and our clients will not appear for depositions beyond those limitations.

Only some of the extensive document requests included in the Schedule As attached to your subpoenas include specific timeframes. As you include April 1, 2005 (the effective date of the statute at issue in *Wine & Spirits* litigation) in some of the requests, we will deem all requests that do not include specific dates as being limited to April 1, 2005 to the present.

To the extent that any of the document requests seek documents that are not in the custody or control of CWS Operating Co., Inc. d/b/a Douglas Wine & Spirits – Cumberland, Douglas Liquor Inc. d/b/a Douglas Wine & Spirits – N. Providence, or MAB Liquors, Ltd d/b/a Douglas Wine & Spirits – Cranston, our clients object to those requests.

Finally, should our clients be permitted to become parties to the *Wine & Spirits Retailers, Inc., et al. v. Rhode Island, et al.* matter, it will be our position that these depositions and document requests will represent your deposition and request for production of documents in that matter.

Please contact me at call me at (617) 439-4990 and let me know if you agree that these depositions should be postponed.

Very truly yours,

Michael Williams

cc: Joe Larisa, Jr. (401) 633-6296

# LAWSON & WEITZEN, LLP

ATTORNEYS AT LAW
88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN*
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN***
VALERIE L. PAWSON
GEORGE F. HAILER+
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO
WILLIAM F. COYNE, JR.
DAVID A. RICH*
DENNIS J. MANESIS++
NATALIE A. KANELLIS+++

PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, Ph.D
J. MARK DICKISON**
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE++++
CAROLINE A. O'CONNELL*
MARISSA A. GOLDBERG
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
CHRISTOPHER S. FARNSWORTH
KRISTINA A. ENGBERG

BOSTON
TELEPHONE (617) 439-4990
FACSIMILE (617)439-3987
EMAIL:POST@LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT, BREWSTER, MA 02631
TELEPHONE (508) 255-3600
FACSIMILE (508) 255.3976

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101, MARLBOROUGH, MA 01752
TELEPHONE (508) 618-1025


## *FACSIMILE TRANSMISSION SHEET*

| | | | |
|---|---|---|---|
| DATE: | November 22, 2005 | | C/M# 40648-115 |
| TO: | Rebecca Partington<br>Joe Larisa | (401) 222-2995<br>(401) 831-8359 | |
| FROM: | Michael Williams | | |
| No. of PAGES: | **4** | | |
| COMMENTS: | Wine & Spirits Retailers, Inc., et al. v. Rhode Island, et al. | | |


******CONFIDENTIALITY NOTICE******

THE DOCUMENT ACCOMPANYING THIS FACSIMILE TRANSMISSION SHEET CONTAINS INFORMATION WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL/ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS PROHIBITED. IF YOU RECEIVE THIS FAX IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY, TO ARRANGE FOR RETRIEVAL OF THE DOCUMENTS. THANK YOU


IF YOU EXPERIENCE ANY DIFFICULTY WITH THIS TRANSMISSION OR IF YOU DO NOT RECEIVE THE ENTIRE DOCUMENT, PLEASE CONTACT OUR OFFICE AT (617) 439-4990

- * ALSO ADMITTED IN NY
- ** ALSO ADMITTED IN NH
- *** ALSO ADMITTED IN CA
- \+ ALSO ADMITTED IN DC
- ++ ALSO ADMITTED IN NJ and PA
- +++ ALSO ADMITTED IN NH & NY
- ++++ ALSO ADMITTED IN RI, CT, NH & ME

*************** -COMM. JRNAL- ****************** DATE NOV-22-2005 ***** TIME 17:02 ********

MODE = MEMORY TRANSMISSION START=NOV-22 16:56 END=NOV-22 17:02

FILE NO.=027

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | a | 14018318359-40648115 | 004/004 | 00:01:46 |

-LAWSON AND WEITZEN LLP -

************************************ - - ***** - 617 439 3987- *********

# LAWSON & WEITZEN, LLP

ATTORNEYS AT LAW
88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN*
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN***
VALERIE L. PAWSON
GEORGE F. HAILER+
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO
WILLIAM F. COYNE, JR.
DAVID A. RICH*
DENNIS J. MANESIS++
NATALIE A. KANELLIS+++

PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, Ph.D
J. MARK DICKISON**
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE++++
CAROLINE A. O'CONNELL*
MARISSA A. GOLDBERG'
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
CHRISTOPHER S. FARNSWORTH
KRISTINA A. ENGBERG

BOSTON
TELEPHONE (617) 439-4990
FACSIMILE (617)439-3987
EMAIL:POST@LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT, BREWSTER, MA 02631
TELEPHONE (508) 255-3800
FACSIMILE (508) 255.3976

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101, MARLBOROUGH, MA 01752
TELEPHONE (508) 618-1025

## *FACSIMILE TRANSMISSION SHEET*

DATE: November 22, 2005 C/M# 40648-115

TO: Rebecca Partington (401) 222-2995
Joe Larisa (401) 831-8359

FROM: Michael Williams

No. of PAGES: 4

COMMENTS: Wine & Spirits Retailers, Inc., et al. v. Rhode Island, et al.

****CONFIDENTIALITY NOTICE****
THE DOCUMENT ACCOMPANYING THIS FACSIMILE TRANSMISSION SHEET CONTAINS INFORMATION WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL/ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS PROHIBITED. IF YOU RECEIVE THIS FAX IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY, TO ARRANGE FOR RETRIEVAL OF THE DOCUMENTS. THANK YOU

IF YOU EXPERIENCE ANY DIFFICULTY WITH THIS TRANSMISSION OR IF YOU DO NOT RECEIVE THE ENTIRE DOCUMENT, PLEASE CONTACT OUR OFFICE AT (617) 439-4990

* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
' ALSO ADMITTED IN DC
++ ALSO ADMITTED IN NJ and PA
+++ ALSO ADMITTED IN NH & NY
++++ ALSO ADMITTED IN RI, CT, NH & ME

*************** -COMM. JRNAL- ******************* DATE NOV-22-2005 *** TIME 16:56 ********

MODE = MEMORY TRANSMISSION START=NOV-22 16:54 END=NOV-22 16:56

FILE NO.=026

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | 8 | 14012222995-40648115 | 004/004 | 00:00:55 |

-LAWSON AND WEITZEN LLP -

************************************ - - ***** - 617 439 3987- *********

# LAWSON & WEITZEN, LLP

ATTORNEYS AT LAW
88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN*
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN***
VALERIE L. PAWSON
GEORGE F. HAILER+
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO
WILLIAM F. COYNE, JR.
DAVID A. RICH*
DENNIS J. MANESIS++
NATALIE A. KANELLIS+++

PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, Ph.D
J. MARK DICKISON**
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE++++
CAROLINE A. O'CONNELL*
MARISSA A. GOLDBERG
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
CHRISTOPHER S. FARNSWORTH
KRISTINA A. ENGBERG

BOSTON
TELEPHONE (617) 439-4990
FACSIMILE (617)439-3987
EMAIL:POST@LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT, BREWSTER, MA 02631
TELEPHONE (508) 255-3800
FACSIMILE (508) 255.3976

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101, MARLBOROUGH, MA 01752
TELEPHONE (508) 618-1025

## *FACSIMILE TRANSMISSION SHEET*

DATE: November 22, 2005 C/M# 40648-115

TO: Rebecca Partington (401) 222-2995
Joe Larisa (401) 831-8359

FROM: Michael Williams

No. of PAGES: 4

COMMENTS: Wine & Spirits Retailers, Inc., et al. v. Rhode Island, et al.

****CONFIDENTIALITY NOTICE****
THE DOCUMENT ACCOMPANYING THIS FACSIMILE TRANSMISSION SHEET CONTAINS INFORMATION WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL/ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS PROHIBITED. IF YOU RECEIVE THIS FAX IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY, TO ARRANGE FOR RETRIEVAL OF THE DOCUMENTS. THANK YOU

IF YOU EXPERIENCE ANY DIFFICULTY WITH THIS TRANSMISSION OR IF YOU DO NOT RECEIVE THE ENTIRE DOCUMENT, PLEASE CONTACT OUR OFFICE AT (617) 439-4990

* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
+ ALSO ADMITTED IN DC
++ ALSO ADMITTED IN NJ and PA
+++ ALSO ADMITTED IN NH & NY
++++ ALSO ADMITTED IN RI, CT, NH & ME

P

State of Rhode Island and Providence Plantations

DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street • Providence, RI 02903
(401) 274-4400
TDD (401) 453-0410

*Patrick C. Lynch, Attorney General*

November 23, 2005

Michael Williams, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736

**Re: Wine & Spirits Retailers, Inc. et al. v. State**

Dear Mr. Williams:

In response to your correspondence dated November 22, please be advised that your clients were "personally" served, as you indicated. I have not asked that you accept service and expect that those served will appear as requested.

I can appreciate that your clients are all busy at this time of year—we all are. I did not schedule the hearing, and, if you recall, sought to have the injunction hearing continued until after the issue of amendment was decided. The documents sought are necessary to defend against your Motion for Preliminary Injunction. Therefore, unless the Court allows otherwise, we expect all responsive documents on the 29th.

Regarding Schedule "A", numbers 1-6 can be limited to the April 1, 2005 time frame. The remaining requests are not limited to that period.

As for the remainder of your letter, I am familiar with the Rules of Civil Procedure and will proceed accordingly.

Sincerely,

Rebecca Tedford Partington

Rebecca Tedford Partington
Deputy Chief, Civil Division
Ext. 2303

RTP
cc: Joseph S. Larisa, Jr., Esquire

**LAWSON & WEITZEN, LLP**
ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN *
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN ***
VALERIE L. PAWSON
GEORGE F. HAILER +
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO
WILLIAM F. COYNE, JR.
DAVID A. RICH *
DENNIS J. MANESIS ++
NATALIE A. KANELLIS †
PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, PH.D.
J. MARK DICKISON **
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE +++
CAROLINE A. O'CONNELL *
MARISSA A. GOLDBERG
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
CHRISTOPHER S. FARNSWORTH
KRISTINA A. ENGBERG

BOSTON
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101
MARLBOROUGH, MASSACHUSETTS 01752
TELEPHONE (508) 618-1025

November 23, 2005

**VIA FACSIMILE (401) 222-2995 / FIRST CLASS MAIL**
Rebecca Partington
Deputy Chief – Civil Division
Office of the Attorney General
150 South Main Street
Providence, RI 02903

Re: CWS Operating Co., Inc. d/b/a Douglas Wine & Spirits – Cumberland
Douglas Liquor Inc. d/b/a Douglas Wine & Spirits – N. Providence
MAB Liquors, Ltd. d/b/a Douglas Wine & Spirits – Cranston

Dear attorney Partington:

This letter serves as our written objections pursuant to Rule 45(c)(2)(B) to the document requests included with the Subpoenas served on our clients, MAB Liquors, Ltd d/b/a Douglas Wine & Spirits – Cranston, CWS Operating Co., Inc. d/b/a Douglas Wine & Spirits – Cumberland and Douglas Liquor Inc. d/b/a Douglas Wine & Spirits – N. Providence, on November 17 and 18, 2005.

1. The document requests are unduly burdensome and fail to provide sufficient time for compliance. The subpoenas allow for only five business days for the assembly of extensive document requests.

2. I indicated in my letter faxed to you on November 22, 2005, that our clients, as non-parties, are entitled under Rule 45(c) of the Federal Rules of Civil Procedure, to be compensated for those costs associated with gathering the requested documents. I requested that you make arraignments for the payment, in advance of these costs. Your letter faxed on November 23, 2005 does not provide for payment.

* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
+ ALSO ADMITTED IN DC
++ ALSO ADMITTED IN NJ & PA
+++ ALSO ADMITTED IN RI, CT, NH & ME
† ALSO ADMITTED IN NH & NY

3. Your letter dated November 23, 2005 indicates that requests numbers 7 through 14 are not limited in the time frame.[1] These requests seek:

> 7) Any and all documents indicating who designed the signage located at your store.
>
> 8) Any and all documents indicating who paid for such signage.
>
> 9) Any and all documents indicating any pending changes to such signage.
>
> 11) Any documents referencing or regarding any communication with any other Douglas Wine & Spirits store, or any other Class A license holder, as regards advertising, in-store flyers, pricing of any alcoholic beverages, or signage.
>
> 12) Any documents referencing or regarding any communication with John Haronian as regards advertising, in-store flyers, pricing of any alcoholic beverages, signage, and/or the payment of invoices.
>
> 13) Any documents referencing or regarding any communication with Plaintiff Wine & Spirits Retailers, Inc. as regards advertising, in-store flyers, pricing of any alcoholic beverages, signage, and/or the payment of invoices.
>
> 14) Any documents referencing or regarding any communication with Tri-State Leasing as regards advertising, in-store flyers, pricing of any alcoholic beverages, signage, and/or the payment of invoices.

The lack of a reasonable time restriction on requests 7 through 9 and 11 through 14 renders them unreasonably burdensome and further exasperates the fail to provide sufficient time for compliance.

4. To the extent that any of the document requests seek documents that are not in the custody or control of CWS Operating Co., Inc. d/b/a Douglas Wine & Spirits – Cumberland, Douglas Liquor Inc. d/b/a Douglas Wine & Spirits – N. Providence, or MAB Liquors, Ltd d/b/a Douglas Wine & Spirits – Cranston, our clients object to those requests.

---

[1] Request number 10 actually states that it is limited in scope to April 1, 2005 to the present, which we assume remains the intended limitation on the time frame for that request.

**LAWSON & WEITZEN, LLP**



Please contact me at (617) 439-4990 if you have any questions. Tomorrow, November 24, 2005 is a holiday and our office will be closed. Our office will also be closed on Friday, November 25, 2005. I will be checking both my voicemail and e-mail on Friday and I will be in the office over this upcoming weekend.

Very truly yours,

Michael Williams

cc: Joe Larisa, Jr. (401) 633-6296

# LAWSON & WEITZEN, LLP

ATTORNEYS AT LAW
88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN*
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN***
VALERIE L. PAWSON
GEORGE F. HAILER+
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO
WILLIAM F. COYNE, JR.
DAVID A. RICH*
DENNIS J. MANESIS++
NATALIE A. KANELLIS+++

PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, Ph.D
J. MARK DICKISON**
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE++++
CAROLINE A. O'CONNELL*
MARISSA A. GOLDBERG
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
CHRISTOPHER S. FARNSWORTH
KRISTINA A. ENGBERG

BOSTON
TELEPHONE (617) 439-4990
FACSIMILE (617)439-3987
EMAIL:POST@LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT, BREWSTER, MA 02631
TELEPHONE (508) 255-3600
FACSIMILE (508) 255.3976

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101, MARLBOROUGH, MA 01752
TELEPHONE (508) 618-1025


## *FACSIMILE TRANSMISSION SHEET*

DATE: November 23, 2005 C/M# 40648-115

TO: Rebecca Partington (401) 222-2995
Joe Larisa (401) 831-8359

FROM: Michael Williams

No. of PAGES: **4**

COMMENTS: Wine & Spirits Retailers, Inc., et al. v. Rhode Island, et al.


****CONFIDENTIALITY NOTICE****

THE DOCUMENT ACCOMPANYING THIS FACSIMILE TRANSMISSION SHEET CONTAINS INFORMATION WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL/ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS PROHIBITED. IF YOU RECEIVE THIS FAX IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY, TO ARRANGE FOR RETRIEVAL OF THE DOCUMENTS. THANK YOU


IF YOU EXPERIENCE ANY DIFFICULTY WITH THIS TRANSMISSION OR IF YOU DO NOT RECEIVE THE ENTIRE DOCUMENT, PLEASE CONTACT OUR OFFICE AT (617) 439-4990

- * ALSO ADMITTED IN NY
- ** ALSO ADMITTED IN NH
- *** ALSO ADMITTED IN CA
- \+ ALSO ADMITTED IN DC
- ++ ALSO ADMITTED IN NJ and PA
- +++ ALSO ADMITTED IN NH & NY
- ++++ ALSO ADMITTED IN RI, CT, NH & ME

MODE = MEMORY TRANSMISSION START=NOV-23 15:33 END=NOV-23 15:34

FILE NO.=048

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | 14012222995-40648115 | 004/004 | 00:00:51 |

-LAWSON AND WEITZEN LLP -

********************************************** - - ***** - 617 439 3987- *********

# LAWSON & WEITZEN, LLP

ATTORNEYS AT LAW
88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN*
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN***
VALERIE L. PAWSON
GEORGE F. HAILER+
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO
WILLIAM F. COYNE, JR.
DAVID A. RICH*
DENNIS J. MANESIS++
NATALIE A. KANELLIS+++

PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, Ph.D
J. MARK DICKISON**
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE++++
CAROLINE A. O'CONNELL*
MARISSA A. GOLDBERG
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
CHRISTOPHER S. FARNSWORTH
KRISTINA A. ENGBERG

BOSTON
TELEPHONE (617) 439-4990
FACSIMILE (617)439-3987
EMAIL:POST@LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT, BREWSTER, MA 02631
TELEPHONE (508) 255-3600
FACSIMILE (508) 255.3976

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101, MARLBOROUGH, MA 01752
TELEPHONE (508) 618-1025

## *FACSIMILE TRANSMISSION SHEET*

DATE: November 23, 2005 C/M# 40648-115

TO: Rebecca Partington (401) 222-2995
Joe Larisa (401) 831-8359

FROM: Michael Williams

No. of PAGES: 4

COMMENTS: Wine & Spirits Retailers, Inc., et al. v. Rhode Island, et al.

****CONFIDENTIALITY NOTICE****
THE DOCUMENT ACCOMPANYING THIS FACSIMILE TRANSMISSION SHEET CONTAINS INFORMATION WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL/ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS PROHIBITED. IF YOU RECEIVE THIS FAX IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY, TO ARRANGE FOR RETRIEVAL OF THE DOCUMENTS. THANK YOU

IF YOU EXPERIENCE ANY DIFFICULTY WITH THIS TRANSMISSION OR IF YOU DO NOT RECEIVE THE ENTIRE DOCUMENT, PLEASE CONTACT OUR OFFICE AT (617) 439-4990

- * ALSO ADMITTED IN NY
- ** ALSO ADMITTED IN NH
- *** ALSO ADMITTED IN CA
- \+ ALSO ADMITTED IN DC
- ++ ALSO ADMITTED IN NJ and PA
- +++ ALSO ADMITTED IN NH & NY
- ++++ ALSO ADMITTED IN RI, CT, NH & ME

MODE = MEMORY TRANSMISSION START=NOV-23 15:34 END=NOV-23 15:36

FILE NO.=049

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | 14018318359-40648115 | 004/004 | 00:00:36 |

-LAWSON AND WEITZEN LLP -

****************************************** - - ***** - 617 439 3987- *********

# LAWSON & WEITZEN, LLP


ATTORNEYS AT LAW
88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN*
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN***
VALERIE L. PAWSON
GEORGE F. HAILER+
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO
WILLIAM F. COYNE, JR.
DAVID A. RICH*
DENNIS J. MANESIS++
NATALIE A. KANELLIS+++

PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, Ph.D
J. MARK DICKISON**
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE++++
CAROLINE A. O'CONNELL*
MARISSA A. GOLDBERG
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
CHRISTOPHER S. FARNSWORTH
KRISTINA A. ENGBERG

BOSTON
TELEPHONE (617) 439-4990
FACSIMILE (617)439-3987
EMAIL:POST@LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT, BREWSTER, MA 02631
TELEPHONE (508) 255-3600
FACSIMILE (508) 255-3976

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101, MARLBOROUGH, MA 01752
TELEPHONE (508) 619-1025


## *FACSIMILE TRANSMISSION SHEET*

DATE: November 23, 2005 C/M# 40648-115

TO: Rebecca Partington (401) 222-2995
Joe Larisa (401) 831-8359

FROM: Michael Williams

No. of PAGES: 4

COMMENTS: Wine & Spirits Retailers, Inc., et al. v. Rhode Island, et al.


****CONFIDENTIALITY NOTICE****
THE DOCUMENT ACCOMPANYING THIS FACSIMILE TRANSMISSION SHEET CONTAINS INFORMATION WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL/ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS PROHIBITED. IF YOU RECEIVE THIS FAX IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY, TO ARRANGE FOR RETRIEVAL OF THE DOCUMENTS. THANK YOU


IF YOU EXPERIENCE ANY DIFFICULTY WITH THIS TRANSMISSION OR IF YOU DO NOT RECEIVE THE ENTIRE DOCUMENT, PLEASE CONTACT OUR OFFICE AT (617) 439-4990

* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
\+ ALSO ADMITTED IN DC
++ ALSO ADMITTED IN NJ and PA
+++ ALSO ADMITTED IN NH & NY
++++ ALSO ADMITTED IN RI, CT, NH & ME