UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*
*Plaintiffs,*

*v.*

STATE OF RHODE ISLAND, *et al.*,
*Defendants.*

Civil Action No. 04-418-T

**AFFIDAVIT of MICHAEL WILLIAMS**

1. I, Michael Williams, hereby state and depose that I am over twenty-one years of age and have personal knowledge of the following facts.

2. I am an attorney licensed in the Commonwealth of Massachusetts and appearing *pro hac vice* for the Plaintiffs in this matter.

3. On November 23, 2005 I made written objections to the subpoena *duces tecum* served on our clients. Among the objections I raised was the cost of copying the voluminous invoices.

4. Following the service of these objections, I had telephone discussions with defense counsel, during which she indicated that the Defendants would not pay for the copying of the invoices. I reiterated our position that we are not required to bear the costs of copying. Defense counsel ended the discussion by stating that "we would just have to disagree on that." I did not indicate that we would assume the costs of copying the seven bankers boxes of invoices.

5. During the December 9, 2005 deposition of the three then proposed plaintiffs stores, I brought two bankers boxes containing the original invoices for the first deponent. I identified the boxes as such to defense counsel.

6. At no point during the deposition did defense counsel examine the invoices or ask any questions concerning them. She indicated that she wanted to keep the documents and return them whenever she was finished with them. I informed her that the stores needed to keep these invoices as part of their ongoing business.

7. Following the depositions, defense counsel indicated that she would have her staff copy the two boxes of invoices. I agreed to wait while the boxes were copied, but defense counsel decided not to copy the boxes because she did not want to keep her staff there because of an ongoing snow storm.

8. I informed the defendants that these two boxes and the other five boxes of invoices would remain available for their inspection. They remain available for inspection. To date, neither Defendant has sought to inspect these invoices.

Signed under the penalties of perjury this 17th day of January, 2006,

Michael Williams (*pro hac vice*)