**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WINE & SPIRITS RETAILERS, INC.,
et al.

Plaintiffs,

v. C.A. NO. 04-418T

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, et al.

Defendants

**NOTICE OF DEPOSITION**

Please take notice that, pursuant to Fed. R. Civ. P. 30(b)(6), Defendants will take the deposition upon oral examination of **David Morocco, People's Liquor Warehouse – Hopkinton** at the office of the **Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903** before a Notary Public in and for the State of Rhode Island, or before some other officer authorized to administer oaths.

The deposition will commence at **1:00 p.m. on Friday, February 3, 2006** and may be continued to a lawfully adjourned date, or from day to day until the deposition is completed.

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within document, postage pre-paid, first class mail, on this 23rd day of January, 2006 to those indicated below:

Melissa L. DiFruzzo

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736

Joseph S. Larisa, Jr., Esquire
55 Dorrance Street, Suite 301B
Providence, RI 02903

Capitol Court Reporting
225 Reservoir Avenue
Providence, Rhode Island 02907