**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WINE AND SPIRITS RETAILERS, INC. and JOHN HARONIAN, *et. al.* | : | |
| Plaintiffs | : | |
| v. | : | C.A. NO. 04-418T |
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, and JEFFREY J. GREER, in his capacity as Associate Director of the Rhode Island Department of Business, and the UNITED INDEPENDENT LIQUOR RETAILERS OF RHODE ISLAND | : | |
| Defendants | : | |

**INTERVENOR DEFENDANT UILR'S**
**<u>MOTION FOR PROTECTIVE ORDER</u>**

For the reasons stated in the accompanying memorandum of law, intervenor defendant UILR and its officer, Elliot N. Fishbein, move for a protective order under under Fed. R. Civ. P. 26(c) precluding the unnecessary deposition of the UILR through its officers.

Respectfully submitted,

UNITED INDEPENDENT LIQUOR RETAILERS OF RHODE ISLAND

By its attorney,

Joseph S. Larisa, ~~Jr., Esq.~~ #4113
Larisa Law and Consulting, LLC
55 Dorrance Street, Suite 301B
Providence, RI 02903
(401) 743-4700
(401) 633-6296 (fax)

DATED: January 31, 2006

## CERTIFICATION

I hereby certify that I sent by first class mail postage prepaid and email a true copy of the attached Motion and Memo in Support on this 31st day of January 2006 to the following:

Rebecca Tedford Partington #3890
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WINE AND SPIRITS RETAILERS, INC. and JOHN HARONIAN, *et. al.* | : | |
| Plaintiffs | : | |
| v. | : | C.A. NO. 04-418T |
| STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, and JEFFREY J. GREER, in his capacity as Associate Director of the Rhode Island Department of Business, and the UNITED INDEPENDENT LIQUOR RETAILERS OF RHODE ISLAND | : | |
| Defendants | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT UILR'S**
**MOTION FOR PROTECTIVE ORDER**

As shown in the attached deposition notices, Plaintiffs seek to depose intervenor defendant UILR, and one of its officers, Elliot N. Fishbein, under Fed. R. Civ. P. 30(b)(6) to ascertain, *inter alia*, the membership of the UILR, its structure, its contributors, the services it provides, its lobbying activities, and its opinion on industry matters. How any of this is relevant to this litigation in which Plaintiffs challenge the constitutionality of R.I. Gen. Laws §§ 3-5-11 and 11.1 is unknown. The UILR's role in this litigation is to assist in the constitutional defense of the subject statutes. Plaintiffs, however, wish to harass the UILR by seeking its deposition on factual and opinion matters of the organization having nothing to do with the pure legal question of constitutionality.

Nothing said by the UILR through its officers would be relevant at trial, nor would it lead to the discovery of relevant evidence. As such, the UILR asks this Court for a protective order under Fed. R. Civ. P. 26(c) precluding the unnecessary deposition of the UILR through one of its officers, Mr. Fishbein.

Respectfully submitted,

UNITED INDEPENDENT LIQUOR
RETAILERS OF RHODE ISLAND

By its attorney,

Joseph S. Larisa, Jr., Esq. #4113
Larisa Law and Consulting, LLC
55 Dorrance Street, Suite 301B
Providence, RI 02903
(401) 743-4700
(401) 633-6296 (fax)

DATED: January 31, 2006

## CERTIFICATION

I hereby certify that I sent by first class mail postage prepaid and email a true copy of the attached Motion and Memo in Support on this 31st day of January 2006 to the following:

Rebecca Tedford Partington #3890
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*
*Plaintiffs,*
*v.*
STATE OF RHODE ISLAND, *et al.*,
*Defendants.*

Civil Action No. 04-418-T

**NOTICE of TAKING of DEPOSITION of the UNITED INDEPENDENT LIQUOR RETAILERS ASSOCIATION OF RHODE ISLAND, INC. PURSUANT to FED.R.CIV.P. 30(b)(6)**

To: Rebecca Partington
Deputy Chief – Civil Division
Office of the Attorney General
150 South Main Street
Providence, RI 02903

Joe Larisa, Jr.
Larisa Law and Consulting, LLC
55 Dorrance Street, Suite 301B
Providence, RI 02903

PLEASE TAKE NOTICE that on **Wednesday, February 1, 2006 at 10:00A.M.**, at **Catuogno Court Reporting Services, 72 S. Main Street, Providence, RI**, the Plaintiffs, by their attorneys will take the deposition upon oral examination of the **United Independent Liquor Retailers Association of Rhode Island, Inc.**, defendant herein, pursuant to the applicable provisions of the Federal Rules of Civil Procedure 30(b)(6), before a Notary Public in and for the State of Rhode Island, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. The deponent will be questioned on matters listed in the Schedule of Categories attached hereto as Schedule A.

You are invited to attend and cross-examine.

Dated: January 13, 2006

WINE & SPIRITS RETAILERS, INC., *et al.*
By their Attorneys,

Robert J. Roughsedge (#5876)
Evan T. Lawson (*pro hac vice*)
Michael Williams (*pro hac vice*)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
(617) 439-3987

## SCHEDULE A

The deponent shall designate one or more officers, administrators, or managing personnel, or other persons who consent to testify on its behalf, on each of the following categories:

1. The subject matter of this litigation; and
2. The documents produced by the United Independent Liquor Retailers Association of Rhode Island, Inc. in response to Plaintiffs' discovery requests; and
3. The purpose of §§3-5-11 (as amended) and/or 3-5-11.1; and
4. The drafting of §§3-5-11 (as amended) and/or 3-5-11.1; and
5. The lobbying activities of United Independent Liquor Retailers Association of Rhode Island, Inc.; and
6. The sources of all funds available to United Independent Liquor Retailers Association of Rhode Island, Inc.; and
7. All contributions made by United Independent Liquor Retailers Association of Rhode Island, Inc.; and
8. The involvement of wholesalers in United Independent Liquor Retailers Association of Rhode Island, Inc. or its finances; and
9. The membership of United Independent Liquor Retailers Association of Rhode Island, Inc.; and
10. All benefits and services provided by United Independent Liquor Retailers Association of Rhode Island, Inc. to its members; and
11. The structure of United Independent Liquor Retailers Association of Rhode Island, Inc.; and
12. Any allegedly unlawful activities engaged in by the Plaintiffs between January 1, 2000 and the present; and
13. Any allegedly unlawful activities engaged in by liquor stores affiliated with W&SR that are not plaintiffs in this action; and
14. Any allegedly anti-competitive activities engaged in by the Plaintiffs; and
15. Any allegedly anti-competitive activities engaged in by liquor stores affiliated with W&SR that are not plaintiffs in this action; and
16. Rhode Island's three-tiered system for the distribution of alcoholic beverages; and
17. Advertising within the Rhode Island retail liquor industry.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*
*Plaintiffs,*
*v.*
STATE OF RHODE ISLAND, *et al.*,
*Defendants.*

Civil Action No. 04-418-T

**NOTICE of TAKING of DEPOSITION**
**of the STATE OF ELLIOT N. FISHBEIN**

To: Rebecca Partington
Deputy Chief – Civil Division
Office of the Attorney General
150 South Main Street
Providence, RI 02903

Joe Larisa, Jr.
Larisa Law and Consulting, LLC
55 Dorrance Street, Suite 301B
Providence, RI 02903

PLEASE TAKE NOTICE that on **Wednesday, February 1, 2006 at 12:00P.M.**, at **Catuogno Court Reporting Services, 72 S. main Street, Providence, RI**, the Plaintiffs, by their attorneys will take the deposition upon oral examination of **Elliott N. Fishbein**, in his capacity as an officer or member of Defendant United Independent Liquor Retailers Association of Rhode Island, Inc., pursuant to the Federal Rules of Civil Procedure, before a Notary Public in and for the State of Rhode Island, or before some other officer authorized by law to administer oaths.

You are invited to attend and cross-examine.

Dated: January 13, 2006

WINE & SPIRITS RETAILERS, INC., *et al.*

By their Attorneys,

Robert J. Roughsedge (#5876)
Evan T. Lawson (*pro hac vice*)
Michael Williams (*pro hac vice*)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
(617) 439-3987