**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WINE & SPIRITS RETAILERS, INC.,
and JOHN HARONIAN,
Plaintiffs

v. C.A. NO. 04-418T

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, and
JEFFREY J. GREER, in his capacity as
the Associate Director of the Department
of Business Regulation,
Defendants

**NOTICE OF DEPOSITION**

Defendants hereby give notice that they, by and through attorneys, will take the Deposition upon oral examination of **Thomas Seaton, Manager, CWS Operating Co., Inc. d/b/a Douglas Wine & Spirits Cumberland, Inc.**, at the Office of the Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903. The Deposition will commence at **9:30 am** on **Wednesday, March 8, 2006** and may be continued to a lawfully adjourned date, or from day to day until the Deposition is completed.

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within postage pre-paid, first class mail, on this 21st day of February, 2006 to those indicated below:

Melissa L DiFruzio

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736

Joseph S. Larisa, Jr., Esquire
55 Dorrance Street, Suite 301B
Providence, RI 02903