UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*
*Plaintiffs,*
*v.*
STATE OF RHODE ISLAND, *et al.*,
*Defendants.*

Civil Action No. 04-418-T

**PLAINTIFFS' MOTION TO COMPEL DEPOSITION TESTIMONY OF JEFFREY J. GREER**

Pursuant to Fed.R.Civ.P. 37 and the Local Rules Cv 7 and 37, the Plaintiffs move to compel the deposition testimony of the Defendant State of Rhode Island's 30(b)(6) witness, Jeffrey J. Greer. Mr. Greer was instructed not to answer a series of questions relating to the actions of the Department of Business Regulation (DBR) prior to noticing any show cause hearings, on the grounds that the information was privileged under the "deliberative process privilege." The Plaintiffs motion to compel should be granted because the deliberative process privilege: (a) the is not applicable to Mr. Greer's testimony; (b) cannot be asserted by the Defendants' counsel; (c) has not been supported with precise reasons; and (d) is a qualified privilege that, in this case, weighs in favor of disclosure.

## I. RELEVANT FACTUAL BACKGROUND.

On December 21, 2005, the Plaintiffs filed a First Amended Complaint against the Defendants, challenging the constitutionality of §§3-5-10, 3-5-11 and 3-5-11.1 of the Rhode Island General laws. Specifically, the First Amended Complaint alleges seven counts: Count I, restrictions on speech in violation of the First Amendment; Count II, restrictions on assembly in violation of the First Amendment; Count III, unfettered discretion in