AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Rhode Island

Wine & Spirits v. State RI

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 04-418T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MJ Martin | | |
| TRIAL DATE(S) motion hearing 3-6-06 | COURT REPORTER Taped | COURTROOM DEPUTY Martha Saucier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3-6-06 | | 1 | copy Sec of State website |
| 2 | | 11 | | 2 | objections to plaintiffs' Interrogatories |
| 3 | | 11 | | 3 | objections to plaintiffs request for production |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.