**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WINE & SPIRITS RETAILERS, INC.,
et al.

Plaintiffs,

v. C.A. NO. 04-418T

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, et al.

Defendants

**STATE OF RHODE ISLAND'S ANSWERS TO INTERROGATORIES**

1. Please state your full name, residential address, work address, your position or job title, your relationship to the State of Rhode Island, and the basis of your authority to answer these interrogatories on behalf of the State of Rhode Island.

**ANSWER:** Jeffrey J. Greer, Associate Director of Commercial Licensing and Racing and Athletics, Department of Business Regulation, RI Department of Business Regulation, 233 Richmond Street, Providence, RI 02903. Objection to providing residence address.

2. Prior to answering these interrogatories, have you made due diligent search of all books, records, and papers of the State of Rhode Island and due diligent inquiry of all employees of the State of Rhode Island in order to elicit all information available in this matter. Please identify the individuals and materials you utilized in answering these interrogatories.

**ANSWER:** I was assisted in preparing these Answers by counsel of record in this matter, as well as by Michael Jolin, Deputy Chief of Legal Services, and Debra Main, Field Investigator. .

12. If you contend that either §3-5-11, 3-5-11 (as amended) or 3-5-11.1 reduce the consumption of alcoholic beverages, state the basis for that contention (see Instruction C above).

**ANSWER:** For purposes of this litigation, no.

17. If it is your contention that holders of Class A licenses are not permitted to purchase marketing and management advice, state the provisions of Rhode Island law you rely on in reaching that conclusion.

**ANSWER:** That is not our position in this action.

21. If it is your contention that any part of the Plaintiffs' business practices violate federal or state anti-trust laws, state the basis for that contention (see Instruction c above).

**ANSWER:** We are not specifically alleging a violation of any federal or state anti-trust laws in this action.

24. For each requested admission in Plaintiffs' First Set of Requests for Admission to the Defendants State of Rhode Island that you have denied or to which you responded other than by admitting the accuracy of the request, state the basis for your response (see Instruction C above).

**ANSWER:** The bases are that if they are denied, they are wrong. Otherwise, they are legally objectionable, and the reasoning is privileged.

25. For each expert witness you intend to call to testify in this lawsuit, state:

a. the person's identity, including name, address, profession or occupation, employment history, experience, knowledge, education, training and background;

b. the subject matter on which the expert is anticipated to testify;

c. the substance of the facts and opinions to which the expert is expected to testify;

d. a summary of the grounds of each opinion;

e. the facts relied upon in forming each opinion and/or conclusion;

f. a complete list of all published articles, books, studies or other works authored, in whole or in part, by such witness;

g. for each hearing or trial in which the expert witness has testified state the case name, docket number, court or administrative agency, date(s) of testimony, and for which party the expert witness testified; and

h. a complete bibliography of books, treatises, articles and other works which such witness regards as authoritative on the subject on which he/she will testify.

**ANSWER:** None at this time.

26. Please identify all persons known to the defendants or the defendants' attorneys with known or believed to have substantial discoverable information about the claims or defenses, together with a statement of the subject and a brief summary of that information.

**ANSWER:** Other than myself and counsel, Debra Main and Bill Deluca have some knowledge of the way the DBR works and the Class A license program.

Subscribed and sworn to before me this 20th day of February, 2006.

Notary Public
My Commission Expires: 9-22-06

As to Objections:

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within document, postage pre-paid, first class mail, on this 20th day of February, 2006 to those indicated below:

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736

Joseph S. Larisa, Jr., Esquire
55 Dorrance Street, Suite 301B
Providence, RI 02903