UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC.,
et al.

Plaintiffs,

v. C.A. NO. 04-418T

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, et al.

Defendants

# OBJECTIONS OF DEFENDANTS, JEFFREY GREER AND STATE OF RHODE ISLAND, TO PLAINTIFFS' REQUESTS FOR ADMISSION

17. Prior to the effective date of the Amendments, the DBR did not take any adverse action because of the franchise agreement between the Plaintiffs.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

20. The DBR did not make any findings that the relationship between the Plaintiffs was an illegal chain store operation under the pre-amendment version of § 3-5-11.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

21. United Independent assisted in the drafting of the Amendments.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

23. Christy's Liquors, Inc. in Chepachet is currently doing business under the name Christy's Liquors.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

24. Kitson's Liquors, Inc. in Chepachet is currently doing business under the name Christy's Liquors.

**<u>Response:</u> Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

25. Heritage Liquors Inc. in Cranston is currently doing business under the name Christy's Liquors.

**<u>Response:</u> Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

26. Clift's Liquors, Inc. in Riverside is currently doing business under the name Christy's Liquors.

**<u>Response:</u> Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

27. Crestwood Wine & Spirits Inc. in Coventry is currently doing business under the name Christy's Liquors.

**<u>Response:</u> Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

28. Christy's Liquors, Inc. d!b/a Christy's Liquors and Kitson's Liquors, Inc. d/b/a Christy's Liquors admitted to engaging in joint advertising in their answer to the complaint filed by John Haronian to the DBA.

**<u>Response:</u> Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

29. Christy's Liquors, Inc. d/b/a Christy's Liquors leases the property at which its store is located from Deborah and Robert Kitson.

**<u>Response:</u> Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

30. Kitson's Liquors, Inc. d/b/a Christy's Liquors leases the property at which its store is located from Deborah and Robert Kitson.

**<u>Response:</u> Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

31. Clift's Liquors, Inc. d/b/a Christy's Liquors leases the property at which its store is located from Christy LLC., 529 Reservoir Ave., Cranston.

**<u>Response:</u> Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

32. Deborah Marley-Clift holds all offices in Christy LLC.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

33. Heritage Liquors Inc. d/b/a Christy's Liquors leases the property at which its store is located from Deborah Marley.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

34. Crestwood Wine & Spirits Inc. d/b/a Christy's Liquors leases the property at which its store is located from Marley-Clift LLC.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

35. Busa Wine & Spirits, Inc. and Busa Fine Wine & Spirits, Inc. have filed a name use agreement with the Secretary of State concerning their use of a common name.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

36. Busa Wine & Spirits, Inc. and Busa Fine Wine & Spirits, Inc. have engaged in joint advertising.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

37. In Christopher Gasbarro's divorce filings, he states in the Ante-Nuptial Agreement that he has an "approximately 40% interest in Barrington Liquors, Inc." and an "approximately 40% interest in Seekonk Liquors, Inc."

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence. Further, these Defendants have no way of determining the truth of this matter.**

38. Christopher Gasbarro owns an interest in Barrington Liquors, Inc.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

39. Barrington Liquors, Inc. has not sought approval of a change in ownership eliminating Christopher Gasbarro as an owner.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to**

**the discovery of relevant evidence.**

40. Christopher Gasbarro owns an interest in Seekonk Liquor, Inc., 1 Progress St., Seekonk, MA.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

41. Christopher Gasbarro owns an interest in Gasbarro Peerless Liquors, Inc., 27 Market Street, Swansea, MA.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

42. Haxton's of Riverside Inc., Haxton's Tollgate Liquor Inc., Haxton's Kent Liquor Co., Haxton's Branch Avenue Liquors, West Bay Liquors Inc., d/b/a Haxton's West Bay Liquors Inc. use similar names with the knowledge of the DBR.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

43. International Liquors, Inc. d/b/a International Liquors of Prospect and International Liquors of Main Street Inc. use similar names with the knowledge of the DBR.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

44. Laurito's Spirits Inc. d!b/a Laurito's Liquor of North Providence and Laurito's Liquor, Inc. d/b/a Laurito's Liquor & Cigars use similar names with the knowledge of the DBR.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

45. Discount Liquor Shoppe and Discount Liquor Shoppe of Cranston, Inc. d/b/a Discount Liquor Shoppe, Inc. use similar names with the knowledge of the DBR.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

46. Murphy's Liquors, Inc. and Murphy's of Providence, Inc., d/b/a Murphy's Liquors use similar names with the knowledge of the DBR.

**Response: Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

47. Murphy's of Providence, Inc., d/b/a Murphy's Liquors is owned by a trust with Aloysius Murphy as beneficiary.

**<u>Response:</u> Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

48. Aloysius Murphy owns the property at which Murphy's Liquors, Inc. (in Pawtucket) is located.

**<u>Response:</u> Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

49. Six hundred shares of Murphy's Liquors, Inc. (in Pawtucket) are held in trust by Michael DePrete for an undisclosed beneficiary.

**<u>Response:</u> Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

50. Aloysius Murphy owned Murphy's Liquors, Inc. (in Pawtucket) prior to the ownership being transferred to the trust.

**<u>Response:</u> Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

51. The DBR has not required Murphy's Liquors, Inc. (in Pawtucket) to disclose of the beneficiary of the Six hundred shares of Murphy's Liquors, Inc. held in trust.

**<u>Response:</u> Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

52. There are stores operating under the name Nikki's Liquors in both Providence and Cranston with the knowledge of the DBR.

**<u>Response:</u> Objection. Immaterial, irrelevant, not reasonably calculated to lead to the discovery of relevant evidence.**

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within document, postage pre-paid, first class mail, on this 20th day of ~~January~~ Feb., 2006 to those indicated below:

Melissa L DiRenzo

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736

Joseph S. Larisa, Jr., Esquire
55 Dorrance Street, Suite 301B
Providence, RI 02903