**LAWSON & WEITZEN, LLP**
ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN *
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN ***
VALERIE L. PAWSON
GEORGE F. HAILER +
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO
WILLIAM F. COYNE, JR.
DAVID A. RICH *
DENNIS J. MANESIS ++
NATALIE A. KANELLIS †
PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, PH.D.
J. MARK DICKISON **
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE +++
CAROLINE A. O'CONNELL *
MARISSA A. GOLDBERG
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
KRISTINA A. ENGBERG
C. KIMBERLY BAKEBERG
JAMES M. HENRY

**BOSTON**
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

**CAPE COD**
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

**MARLBOROUGH**
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101
MARLBOROUGH, MASSACHUSETTS 01752
TELEPHONE (508) 618-1025

March 1, 2006

**VIA CERTIFIED MAIL and FACSIMILE (401) 633-6296**
Joe Larisa, Jr.
Larisa Law and Consulting, LLC
55 Dorrance Street, Suite 301B
Providence, RI 02903

Re: *Wine & Spirits Retailers, Inc., et al. v. Rhode Island, et al.*, 04-cv-418-T

Dear Attorney Larisa:

This letter concerns your clients inadequate responses to discovery served on them in the above referenced action. Your clients failed to produce even a single document in response to Plaintiffs' request for production. With regards to Plaintiffs' interrogatories, the only interrogatory your client actually answered was number 1 – asking the identity of who prepared the responses. Your clients did not provide answers to any of the other 24 interrogatories.

This letter represents our efforts to narrow the issues concerning your client's inadequate discovery response. Please review the following explanation of why your response and objections are inappropriate. Then contact us at your earliest convenience to address these issues. If you do not intend to supplement these responses, please let us know so that we can proceed with a motion to compel responses. Please keep in mind that we are schedule for trial in April.

**Objections to interrogatories –** Your clients respond to Interrogatories Nos. 9, 10, 11, 12, 13, 14, 15, 16, 17, 18 and 19 by referring the Plaintiffs to the memoranda of law submitted in this case. Rule 33(d) does not permit a party to answer interrogatories by referring to pleadings. Your reference to the pleadings constitutes your only answer to these 11 interrogatories. Please provide actual answers.

* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
+ ALSO ADMITTED IN DC
++ ALSO ADMITTED IN NJ & PA
+++ ALSO ADMITTED IN RI, CT, NH & ME
† ALSO ADMITTED IN NH & NY

**LAWSON & WEITZEN, LLP**



In response to Interrogatory No. 8, you refer to "positions, letters and memoranda presented to the DBR" by the UILR. You have not produced copies of these documents to the Plaintiffs. The State has refused to produce these documents in discovery (see State's objections Plaintiffs' document requests Nos. 18 and 25). If you have not produce copies of these documents, and the State refuses to produce copies of these documents, how can referring to the documents be an adequate response to an interrogatory?

For the remaining interrogatories Nos. 2, 3, 4, 5, 6, 7, 20, 21, 22, 23, 24 and 25 your client provided no answers. Your objection to each of these interrogatories is simply to state they are irrelevant. I remind you that Rule 33 requires that "the objecting party shall state the reasons for objection and shall answer to the extent the interrogatory is not objectionable." You are obligated to make at least some effort to answer these interrogatories and not merely object.

As to your relevance objection, as stated more fully in our opposition to your motion for a protective order, these relevance objections are unfounded. Plaintiffs do have a claim based on selective enforcement. Additionally, the actions of UILR and its members are relevant to establishing both the true purpose of the challenged statutes and to establishing the state of the liquor retail industry in Rhode Island.

**Objections to document requests** – Since you objected to every single document request as irrelevant, I will not go through each objection individually. As stated above, this objection is groundless. Sustaining a relevancy objection is a high hurdle to meet. As stated by the First Circuit, "Evaluating the potential significance of unknown facts in regard to unadjudicated issues is something of a metaphysical exercise. Consequently, the threshold of materiality at this stage of a case is necessarily low."

Your clients have intervened in this action as a full party. You have submitted both legal memoranda and evidence to the Court. You seek to participate fully in the trial of this matter. Yet, they have refused to submit to depositions, have not produced a single document in response to document requests and have provided no meaningful answers to interrogatories. Please inform us by the end of this week whether or not you intend to supplement your discovery responses.

Please feel free to call me at (617) 439-4990 if you have any questions.

Very truly yours,

Michael Williams

cc: Rebecca Partington (401) 222-2995
Clients

*** COMM. JOURNAL- *** DATE MAR-01-2006 *** TIME 10:40 ***

MODE = MEMORY TRANSMISSION START=MAR-01 10:37 END=MAR-01 10:40

FILE NO.=499

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | 14016336296-40648115 | 003/003 | 00:01:10 |
| 002 | OK | ☎ | 14012222995-40648115 | 003/003 | 00:00:43 |

-LAWSON AND WEITZEN LLP -

***************************************** - - ***** - 617 439 3987- **********

# LAWSON & WEITZEN, LLP

ATTORNEYS AT LAW
88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD E. WEITZEN*
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN***
VALERIE L. PAWSON
GEORGE F. HAILER+
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO
WILLIAM F. COYNE, JR.
DAVID A. RICH*
DENNIS J. MANEXIS++
NATALIE A. KANELLIS+++
PATRICIA L. FARNSWORTH

K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, Ph.D
J. MARK DICKISON**
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE++++
CAROLINE A. O'CONNELL*
MARISSA A. GOLDBERG
MICHAEL WILLIAMS
KATHRYN E. PECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
KRISTINA A. ENGBERG
C. KIMBERLY BAKEBERG
JAMES M. HENRY

BOSTON
TELEPHONE (617) 439-4990
FACSIMILE (617)439-3987
EMAIL:POST@LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT, BREWSTER, MA 02631
TELEPHONE (508) 255-3600
FACSIMILE (508) 255.3976

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101, MARLBOROUGH, MA 01752
TELEPHONE (508) 518-1026

## *FACSIMILE TRANSMISSION SHEET*

DATE: March 1, 2006 C/M# 40648-115

TO: Joe Larisa (401) 633-6296
Rebecca Partington (401) 222-2995

FROM: Michael Williams

No. of PAGES: 3

COMMENTS: Wine & Spirits Retailers, Inc., et al. v. Rhode Island, et al.

****CONFIDENTIALITY NOTICE****
THE DOCUMENT ACCOMPANYING THIS FACSIMILE TRANSMISSION SHEET CONTAINS INFORMATION WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL/ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS PROHIBITED. IF YOU RECEIVE THIS FAX IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY, TO ARRANGE FOR RETRIEVAL OF THE DOCUMENTS. THANK YOU

IF YOU EXPERIENCE ANY DIFFICULTY WITH THIS TRANSMISSION OR IF YOU DO NOT RECEIVE THE ENTIRE DOCUMENT, PLEASE CONTACT OUR OFFICE AT (617) 439-4990

* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
\+ ALSO ADMITTED IN DC
\++ ALSO ADMITTED IN NJ and PA
\+++ ALSO ADMITTED IN NH & NY
\++++ ALSO ADMITTED IN RI, CT, NH & ME

7002 2030 0000 9684 3552

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7002 2030 0000 9684 3552

7002 2030 0000 9684 3552

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

ACB 40648/113

*Sent To* Joe Larisa
*Street, Apt. No.; or PO Box No.* 55 Dorrance St. St 301 B
*City, State, ZIP+4* Providence RI 02903

PS Form 3800, June 2002 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joe Larisa Jr
Larisa Law and Consulting
55 Dorrance Street
Suite 301 B
Providence, RI 02903

2. Article Number
*(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540