**Williams, Michael**

---

**From:** Joe L. [vze2gsnd@verizon.net]

**Sent:** Wednesday, March 01, 2006 12:24 PM

**To:** Williams, Michael

**Cc:** Roughsedge, Robert; 'Rebecca Partington'

**Subject:** Letter regarding Interrogatory/Production responses of UILR

Michael,

I quickly looked through your letter as I head out the door. Based upon the vacation plans of Mr. Roughsedge, I too am taking at least a partial week off, and am heading overseas before coming back for the 2 pm motion on Monday. I will look over the letter next week and will be seeing Bob Mon-Thurs for hearing/depos. I will have a response by the end of next week.

I represent in the email that if you still need to go forward after I respond to the letter, I will not hold the week's delay in my responding against you in any motion you may file.

Thanks,

Joe L.