**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
DEPARTMENT OF BUSINESS REGULATION
233 RICHMOND STREET
PROVIDENCE, RHODE ISLAND 02903**

| | | |
|---|---|---|
| **IN THE MATTER OF** | : | |
| **Gasbarro Bros., Inc.** | : | **DBR No. 06-L-018** |
| **RESPONDENT.** | : | |

**ORDER TO SHOW CAUSE, NOTICE OF HEARING AND APPOINTMENT OF HEARING OFFICER**

Pursuant to R.I. Gen. Laws § 3-5-21 and § 42-35-9, the Director of the Department of Business Regulation ("Department") hereby issues this Order to Show Cause, Notice of Hearing, and Appointment of Hearing Officer ("Order") to Gasbarro Bros., Inc. ("Respondent") requiring Respondent to appear before the Department and to answer why the Director of the Department should not issue an order suspending or revoking Respondent's license and/or impose an administrative penalty and/or issuing whatever penalty is determined to be appropriate pursuant to R.I. Gen. Laws § 3-5-21.

The Director issues this Order for the following reasons:

1. Respondent holds a Class A license for the retail sale of alcoholic beverages pursuant to R.I. Gen. Laws § 3-7-3.

2. R.I. Gen. Laws § 3-5-21 provides that every license is subject to revocation or suspension and a licensee is subject to fine by the Department, on its own motion, for breach by the holder of the license of

the conditions on which it was issued or for violation by the holder of the license of any statute, rule or regulation applicable.

3. R.I. Gen. Laws § 3-5-11(a) provides:

> [Class A licenses] shall not be granted, issued, or transferred to or for the use of any "chain store organization," which term shall consist of any chain of retail or wholesale business or business organizations, and more specifically defined herein, including, without limitation, grocery stores, markets, department stores, and convenience stores, as well as retailers of alcoholic beverages, and which include chains in which one or more stores are located outside of the state.

4. R.I. Gen. Laws § 3-5-11(b)(1)(vi) defines the term "chain store organization" as, *inter alia*, any group of one or more holders of Class A liquor licenses who use "a term or name identified as a chain or common entity."

5. The Department identified Respondent as a Class A licensee with the same or materially similar name as another Class A licensee.

6. The Department sent Bulletin #2005-2 ("Bulletin") to Respondent on September 21, 2005. The Bulletin addressed four types of business practices prohibited by the recently amended statute, R.I. Gen. Laws § 3-5-11, including same or materially similar names.

7. Paragraph 4 of the Bulletin directed Respondent to submit and obtain approval for a name dissimilar than other Class A licensee by December 31, 2005, in order to comport with the R.I. Gen. Laws § 3-5-11(b)(1)(vi).

4. The final paragraph of the Bulletin stated that the Department "encourages all licensees to call with any further questions they may have" about operating under R.I. Gen. Laws § 3-5-11.

5. Respondent failed to secure approval of its name by December 31, 2005.

6. Based on the foregoing, Respondent violated a directive of the Department and is engaged in a business practice prohibited by R.I. Gen. Laws § 3-5-11.

Accordingly, pursuant to R.I. Gen. Laws § 42-6-8, the Director orders Respondent to appear before a Hearing Officer at the Department **on February 22, 2006 at 1:30 p.m. at the Department of Business Regulation**, located at 233 Richmond Street, Providence, Rhode Island 02903, for a pre-hearing conference pursuant to Rule 5 of the Rules of Practice and Procedure in Administrative Hearings before the Department of Business Regulation and on the Notice to show cause why the Director should not order Respondent to cease and desist the prohibited practices referenced above and issue Respondent a fine in an amount not to exceed $10,000 pursuant to R.I. Gen. Laws § 3-5-11(b)(4).

The Director hereby appoints Neena Sinha Savage, Esq., as Hearing Officer for the purpose of conducting the hearing and rendering a decision in this matter. The proceedings shall be conducted in conformity with R.I. Gen. Laws §§ 42-35-1, *et seq.*

Dated this 6th day of January, 2006.

A. Michael Marques
Director

**CERTIFICATION**

I hereby certify that on this 6th day of January, 2006, a copy of this Order to Show Cause, was sent by first class mail postage prepaid and certified mail to Lombard J. Gasbarro, 361 Atwells Avenue, Providence, RI 02903 and by hand delivery to Neena Sinha Savage, Department of Business Regulation, 233 Richmond Street, Providence, Rhode Island 02903.

A B Ellison