**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WINE & SPIRITS RETAILERS, INC.
et al.,

Plaintiffs,

v. C.A. NO. 04-418T

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, et al.

Defendants

**JOINT MOTION FOR CONTINUANCE**

Now come the parties, and jointly move this Court for a continuance of the proposed trial date in this matter. As grounds therefore, the parties would show that no pretrial order has yet entered in this case; that significant discovery issues remain outstanding and are scheduled for hearing before Magistrate Judge Martin; that of seven (7) depositions conducted by the Defendants during the first two weeks of March, only one transcript has been transcribed; and that thousands of documents have been produced in this case and need to be reviewed. The parties respectfully request that this case not be reached for trial before May 22, 2006.

Respectfully Submitted,

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL,

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

For the Plaintiffs,

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Tel: (617) 439-4990
Fax: (617) 439-3987

For Defendant/Intervenors,

Joseph S. Larisa, Jr., Esq.
55 Dorrance Street, Suite 301B
Providence, RI 02903
Tel: (401) 743-4700
Fax: (401) 633-6296