UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Wine & Spirits Retailers, Inc.,
et al.,
Plaintiffs

  v.          CA04-418T

Jeffrey Greer, et al.,
Defendants

**ORDER**

  The Joint Motion for Continuance of the matter from the April 18th, 2006 trial calendar is hereby GRANTED. The matter will be placed on a later calendar and a new trial notice will issue.

                By Order:

                _____
                Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date: April 4, 2006