**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Wine & Spirits Retailers, Inc.,
et al.,
Plaintiffs

v. CA04-418T

Jeffrey Greer, et al.,
Defendants

**ORDER**

The Joint Motion for Continuance of the matter from the April 18th, 2006 trial calendar is hereby GRANTED. The matter will be placed on a later calendar and a new trial notice will issue.

By Order:

[signature]
Deputy Clerk

ENTER:

[signature]
Chief Judge Ernest C. Torres
date: April 4, 2006