RECEIVED
APR 1 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*
*Plaintiffs,*
*v.*
STATE OF RHODE ISLAND, *et al.*,
*Defendants.*

Civil Action No. 04-418-T

FILED
MAR 31 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**JOINT MOTION of the PLAINTIFFS and INTERVENOR for ENLARGEMENT of the TIME PERIOD for the FILING of an OPPOSITION to PLAINTIFFS' MOTION FOR AN ORDER COMPELLING RESPONSES TO DISCOVERY TO AND INCLUDING APRIL 11, 2006**

The Plaintiffs and the Intervenor-defendant (United Independent Liquor Retailers) jointly move this Court for an enlargement of the time period for the filing of United Independent Liquor Retailers' opposition to Plaintiffs' motion for an order compelling responses to discovery (Docket entry #89) to and including April 11, 2006.

As grounds for this motion, the parties state that they are in the midst of discussions that will narrow or resolve this discovery dispute.

Respectfully submitted,

Wine & Spirits Retailers, Inc., *et al.*
by their Attorneys,

Robert Roughsedge (by mm)

Robert J. Roughsedge (#5876)
Evan T. Lawson (*pro hac vice*)
Michael Williams (*pro hac vice*)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

United Independent Liquor Retailers
by its Attorney,

Joseph Larisa (by mm)

Joseph S. Larisa, Jr.
Larisa Law and Consulting, LLC
55 Dorrance Street, Suite 301B
Providence, RI 02903
Telephone: (401) 743-4700
Facsimile: (401) 633-6296

Dated: March 30, 2006

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
☐
Ernest C. Torres, Chief Judge
Date: 4/4/06

GRANTED.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 12, 2006