FILED
MAR 20 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 1 1 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*
*Plaintiffs,*
*v.*
STATE OF RHODE ISLAND, *et al.*,
*Defendants.*

Civil Action No. 04-418-T

**PLAINTIFFS' MOTION for an ORDER COMPELLING RESPONSES to PLAINTIFFS DOCUMENT REQUESTS and INTERROGATORIES to INTERVENING DEFENDANT UNITED INDEPENDENT LIQUOR RETAILERS or IN THE ALTERNATIVE to EXCLUDE UNDISCLOSED EVIDENCE**

Defendant United Independent answered only 1 of 25 interrogatories and produced no documents in response to Plaintiffs' requests for production. *See* **Exhibit A** (objections to Plaintiffs' interrogatories) and **Exhibit B** (objections to Plaintiffs' document requests). The lone interrogatory United Independent answered concerned the identity of the person responding on behalf of the organization. For all other interrogatories, the Defendant either objected without responding or simply referred the Plaintiffs to the pleadings filed in this matter without any explanation or specific citations.

The parties anticipate a trial in April of 2006. Plaintiffs' attempts to resolve this dispute without the intervention of the Court failed. **Exhibit C** (Plaintiffs' letter to United Independent, which was never responses to) and **Exhibit D** (e-mail responding to Exhibit C). The Plaintiffs move this Court for and order compelling responses or in the alternative to exclude the Defendants from offering any evidence at trial that was not disclosed in discovery.

Withdrawn without prejudice per letter from Plaintiffs' counsel to Court of April 14, 2006.

David L. Martin
David L. Martin
United States Magistrate Judge
April 17, 2006

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐ ____________
Ernest C. Torres, Chief Judge
Date: 4/10/06