UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*
*Plaintiffs,*

*v.*

STATE OF RHODE ISLAND, *et al.*,
*Defendants.*

Civil Action No. 04-418-T

**NOTICE of TAKING of DEPOSITION of the STATE OF RHODE ISLAND PURSUANT to FED.R.CIV.P. 30(b)(6)**

To: Rebecca Partington
Deputy Chief – Civil Division
Office of the Attorney General
150 South Main Street
Providence, RI 02903

Joe Larisa, Jr.
Larisa Law and Consulting, LLC
55 Dorrance Street, Suite 301B
Providence, RI 02903

PLEASE TAKE NOTICE that on **Friday, February 3, 2006 at 10:00A.M.**, at **Catuogno Court Reporting Services, 72 S. main Street, Providence, RI**, the Plaintiffs, by their attorneys will take the deposition upon oral examination of the **State of Rhode Island,** defendant herein, pursuant to the applicable provisions of the Federal Rules of Civil Procedure 30(b)(6), before a Notary Public in and for the State of Rhode Island, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. The deponent will be questioned on matters listed in the Schedule of Categories attached hereto as Schedule A.

You are invited to attend and cross-examine.

Dated: January 13, 2006

WINE & SPIRITS RETAILERS, INC., *et al.*

By their Attorneys,

Robert J. Roughsedge (#5876)
Evan T. Lawson (*pro hac vice*)
Michael Williams (*pro hac vice*)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
(617) 439-3987

## SCHEDULE A

The deponent shall designate one or more officers, administrators, or managing personnel, or other persons who consent to testify on its behalf, on each of the following categories:

1. The subject matter of this litigation; and
2. Any enforcement action taken pursuant to §§3-5-11 (as amended), 3-5-11 (pre-amendment), and/or 3-5-11.1; and
3. Any violations of §§3-5-11 (as amended), 3-5-11 (pre-amendment), and/or 3-5-11.1 to the Plaintiffs; and
4. The documents produced by the State of Rhode Island and Jeffery Greer in response to the Plaintiffs' discovery requests; and
5. The purpose of §§3-5-11 (as amended) and/or 3-5-11.1; and
6. The drafting of §§3-5-11 (as amended) and/or 3-5-11.1; and
7. The investigation of the complaints filed with the DBR by John Haronian in or about December 2003 and July 2004; and
8. Any allegedly unlawful activities engaged in by the Plaintiffs between January 1, 2000 and the present; and
9. Any allegedly unlawful activities engaged in by liquor stores affiliated with W&SR that are not plaintiffs in this action; and
10. Any allegedly anti-competitive activities engaged in by the Plaintiffs; and
11. Any allegedly anti-competitive activities engaged in by liquor stores affiliated with W&SR that are not plaintiffs in this action; and
12. Rhode Island's three-tiered system for the distribution of alcoholic beverages; and
13. Advertising within the Rhode Island retail liquor industry.