STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Business Regulation

DIVISION OF COMMERCIAL LICENSING AND REGULATION
233 Richmond Street, Suite 230
Providence, RI 02903-4230
Tel. (401) 222-2416 or (401) 222-2417
TDD: (401) 222-2999 FAX: (401) 222-6654
Web Site: www.dbr.state.ri.us

May 9, 2005

Kathleen Haronian
Douglas Wine & Spirits
1661 Mineral Spring Avenue
North Providence, RI 02904

Dear Ms. Haronian:

In the May 2005 issue of the "Providence Monthly" magazine there appeared an advertisement (see enclosure) listing five stores of the "Douglas Wine & Spirits" name, one of which was your store. This letter represents formal notice that the Department considers this practice illegal under R.I.G.L. § 3-5-11, despite the fact that, in the past, such practice was deemed legal if there was a line that says "All stores independently owned and operated".

As previously stated in a letter sent to you on April 22, 2005, **PLEASE CEASE AND DESIST FROM ALL FORMS OF ADVERTISING IN CONJUCTION WITH ANY OTHER CLASS A PACKAGE STORE IMMEDIATELY.** Any further advertising of this nature could result in a transferring of your licensing records to the Department's legal division with a recommendation for a sanction that could include suspension or revocation of licensure.

If continued violations occur that are deemed somewhat obvious by the Department, the Department reserves the right to place a moratorium on advertising for your store absent approval of advertising by the Department. If you have any questions regarding advertising, you should submit your questions in writing to the Department.

Sincerely,

Jeffrey J. Greer
Associate Director

COPY

R I 0 0 4 9 9