**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
**DEPARTMENT OF BUSINESS REGULATION**
**233 RICHMOND STREET**
**PROVIDENCE, RHODE ISLAND 02903**

| | | |
|---|---|---|
| **IN THE MATTER OF** | : | |
| | : | **DBR No.: LCA-CR-05-26** |
| **RONALD BOCHNER** **DOUGLAS WINE & LIQUORS** | : | |
| **RESPONDENT.** | : | |

**ORDER TO SHOW CAUSE WHY LICENSE SHOULD NOT BE REVOKED IN LIEU OF VERIFICATION OF COMPLIANCE WITH R.I.G.L. §§ 3-5-11 AND 11.1, NOTICE OF MEETING PRIOR TO PREHEARING CONFERENCE AND APPOINTMENT OF HEARING OFFICER**

Pursuant to R.I. Gen. Laws §§ 3-5-21, 42-35-9 ( hereinafter all statutory references shall be to the Rhode Island General Laws), the Director ("Director") of the Department of Business Regulation ("Department") hereby issues this Order to Show Cause Why License Should Not be Revoked in lieu of verification of compliance with §3-5-11 and 11.1 and other provisions of Title 3 of the Rhode Island General Laws, Notice of Meeting Prior to Pre-hearing and Appointment of Hearing Officer ("Order") to **Ronald Bochner**, ("**Douglas Wine & Liquors**") requiring Respondent to appear before the Department to answer why the Department should not issue an order revoking Respondent's Class A alcoholic beverage license ("License").

The Director issues this Order for the following reasons:

1. Respondent is licensed as a Class A alcoholic beverage establishment pursuant to § 3-7-3.



R I 0 0 5 4 9

2. Respondent has a business name for its store of the same or similar to the business name of a second licensed Class A alcoholic beverage licensee. Said similarity raises issues of compliance with § 3-5-11 and 11.1 and could be indicative of additional centralized executive and/or management control in violation of Rhode Island General Law.

THEREFORE, the Director orders Respondent to appear at a meeting with representatives of the Liquor Control Section of the Division of Commercial Licensing ("Division") prior to a pre-hearing conference to examine and determine whether there is cause for a disciplinary hearing. The Director orders the Respondent to appear at said meeting with Jeffrey J. Greer, Associate Director of the Division on May 4, 2005 at 1:00pm at the Department's offices located at 233 Richmond Street, Providence, Rhode Island 02903 and to show cause why the Director should not issue an order revoking Respondent's License.

If compliance with statutory requirements is not demonstrated at said meeting The Director hereby appoints Catherine Warren as Hearing Officer for the purpose of conducting a full evidentiary hearing and rendering a decision in his matter. The proceedings shall be conducted in conformity with R.I. Gen. Laws §§ 42-35-1 *et seq*.

A. Michael Marques
Director

Dated this 19th day of April, 2005.



R I 0 0 5 5 0

**CERTIFICATION**

I hereby certify that on this 19th day of April, 2005 a copy of this Order to Show Cause, was sent by first class mail postage prepaid and certified mail to Ronald Bochner, Douglas Wine & Liquors, 453 Atwood Ave., Cranston, RI 02920, and by hand delivery to Catherine Warren, Esquire, Department of Business Regulation, 233 Richmond Street, Providence, Rhode Island 02903 and Jeffrey J. Greer, Associate Director, Department of Business Regulation, 233 Richmond Street, Providence, RI 02903.

[signature]



RI00551

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
**DEPARTMENT OF BUSINESS REGULATION**
**233 RICHMOND STREET**
**PROVIDENCE, RHODE ISLAND 02903**

| | | |
|---|---|---|
| **IN THE MATTER OF**<br><br>**MAB Liquors, Ltd.**<br>**d/b/a Douglas Wine & Spirits – Cranston**<br><br>**RESPONDENT.** | : | **DBR No. 05-L-0225** |

**ORDER TO SHOW CAUSE, NOTICE OF HEARING AND APPOINTMENT OF HEARING OFFICER**

Pursuant to R.I. Gen. Laws § 3-5-21 and § 42-35-9, the Director of the Department of Business Regulation ("Department") hereby issues this Order to Show Cause, Notice of Hearing, and Appointment of Hearing Officer ("Order") to MAB Liquors, Ltd., ("Respondent") requiring Respondent to appear before the Department and to answer why the Director of the Department should not issue an order suspending or revoking Respondent's license and/or impose an administrative penalty and/or issuing whatever penalty is determined to be appropriate pursuant to R.I. Gen. Laws § 3-5-21. In addition, the Director withdraws his Order to Show Cause, DBR No. LCA-CR-05-26, dated April 19, 2005.

The Director issues this Order for the following reasons:

1. Respondent holds a Class A license for the retail sale of alcoholic beverages pursuant to R.I. Gen. Laws § 3-7-3.

2. R.I. Gen. Laws § 3-5-21 provides that every license is subject to revocation or suspension and a licensee is subject to fine by the Department, on its own motion, for breach by the holder of the license of the conditions on which it was issued or

for violation by the holder of the license of any statute, rule or regulation applicable.

3. R.I. Gen. Laws § 3-5-11(a) provides:

> [Class A licenses] shall not be granted, issued, or transferred to or for the use of any "chain store organization," which term shall consist of any chain of retail or wholesale business or business organizations, and more specifically defined herein, including, without limitation, grocery stores, markets, department stores, and convenience stores, as well as retailers of alcoholic beverages, and which include chains in which one or more stores are located outside of the state.

4. R.I. Gen. Laws § 3-5-11(b)(1)(ii) defines the term "chain store organization" as, *inter alia*, any group of one or more holders of Class A liquor licenses who engage in one or more of the following practices with respect to the business conducted under such licenses, either directly or indirectly, or have any direct or indirect beneficial interest in the following practices:

(i) Common, group, centralized or coordinated purchases of wholesale merchandise.

(ii) Common billing or utilization of the services of the same person or the same entity in the management or operation of more than one liquor licensed business.

(iii) Participation in a coordinated or common advertisement with one or more liquor licensed business in any advertising media.

(iv) Coordinated or common planning or implementation of marketing strategies.

(v) Participation in agreed upon or common pricing of products.

5. Additionally, R.I. Gen. Laws § 3-5-11(b)(3) provides that the Department can find that any group of one or more license holders is a "chain store organization" as a factual matter after an evidentiary hearing.



RI00527

5. Following the U.S. Court of Appeals for the First Circuit's affirmation of the U.S. District Court's refusal to enjoin the enforcement of R.I. Gen. Laws § 3-5-11, the Department sent Bulletin #2005-2 to Respondent on September 21, 2005, which provided notice to all Class A licensees of prohibited practices under R.I. Gen. Laws § 3-5-11 and of the Department's obligation to enforce the law.

6. Rule 30 of Commercial Licensing Regulation 8 requires Class A license holders to keep liquor invoices on the licensed premises for one (1) year from the date of each bill of sale or sales slip and make them available for inspection by the Department at all times.

7. During an inspection conducted on October 26, 2005, at Respondent's retail store located at 453 Atwood Avenue, Cranston, Rhode Island, Respondent did not have its liquor invoices on its premises. When asked where the invoices were, an employee of Respondent stated they were kept at the "corporate office" at 1405 Douglas Avenue, North Providence, Rhode Island.

8. Through its inspection process, the Department learned that certain other Class A license holders also keep their invoices at 1405 Douglas Avenue, North Providence, Rhode Island.

9. Maintaining and housing its invoices at an off-site location with other, similarly-named Class A license holders indicates that Respondent engages in centralized or coordinated purchases, common billing, and the utilization of services of an entity that manages or operates more than one Class A licensed business.

10. In an inspection conducted on October 26, 2005, at Respondent's retail store located at 453 Atwood Avenue, Cranston, Rhode Island, the Department found an

advertising flyer that was nearly identical in layout and content to advertising flyers found in the retail stores of other Class A license holders.

11. This advertising flyer evidences Respondent's participation in a coordinated marketing strategy, one that uses a common advertisement with agreed-upon pricing of products with one or more Class A licensed business.

12. Based on the foregoing, the Director has reason to believe that Respondent is part of a chain store organization and therefore is not in compliance with R.I. Gen. Laws § 3-5-11.

Accordingly, pursuant to R.I. Gen. Laws § 42-6-8, the Director orders Respondent to appear before a Hearing Officer at the Department on **November 17, 2005 at 10:00 a.m. at the Department of Business Regulation**, located at 233 Richmond Street, Providence, Rhode Island 02903, for a prehearing conference pursuant to Rule 5 of the Rules of Practice and Procedure in Administrative Hearings before the Department of Business Regulation and on the Notice to show cause why the Director should not order Respondent to cease and desist the prohibited practices referenced above and issue Respondent a fine in an amount not to exceed $10,000 pursuant to R.I. Gen. Laws § 3-5-11(b)(4).

The Director hereby appoints Neena Sinha Savage, Esq., as Hearing Officer for the purpose of conducting the hearing and rendering a decision in this matter. The proceedings shall be conducted in conformity with R.I. Gen. Laws §§ 42-35-1, *et seq*.

Dated this 4th day of November, 2005.

A. Michael Marques
Director



R I 0 0 5 2 9

## CERTIFICATION

I hereby certify that on this 4th day of November, 2005, a copy of this Order to Show Cause, was sent by first class mail postage prepaid and certified mail to Ronald Bochner, MAB Liquors, Ltd., 1405 Douglas Avenue, North Providence, Rhode Island 02904, and by hand delivery to Neena Sinha Savage, Department of Business Regulation, 233 Richmond Street, Providence, Rhode Island 02903.



R I 0 0 5 3 0