STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Business Regulation
DIVISION OF COMMERCIAL LICENSING
AND RACING AND ATHLETICS
233 Richmond Street, Suite 230
Providence, RI 02903-4230

December 5, 2005

Gorham & Gorham, Inc.
Dianne L. Izzo
25 Danielson Pike
PO Box 46
North Scituate, RI 02903

Dear Ms. Izzzo:

The Department is in receipt of your letter of October 6, 2005 and answers your two (2) questions as follows:

The Department interprets R.I.G.L. §3-5-11 to prohibit liquor stores in Rhode Island from sharing the same name, even if they do not otherwise violate any of the other edicts of the statute.

The Department does not consider the use of corporate legal names as acceptable to comply with the dictates of R.I.G.L. §3-5-11. The use of a full personal legal name is acceptable.

Please feel free to contact the Department with any additional questions you may have.

Sincerely,

Jeffrey J. Greer
Associate Director

dm/jjg

R I 0 0 2 9 9