**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WINE & SPIRITS RETAILERS, INC.
et al.,

Plaintiffs,

v. C.A. NO. 04-418T

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, et al.

Defendants

**REQUEST FOR CONFERENCE**

Now come the Defendants and the Intervenor, and request a chambers conference for the purpose of discussing the feasibility of disposing of this matter via dispositive motion. Specifically, as the parties have begun preparing for trial, it is apparent that there are few, if any, material facts in dispute concerning the merits of Plaintiffs' constitutional challenge. In fact, the Plaintiffs are preparing a draft stipulation of facts now. The undersigned are aware that the time set for filing a summary judgment motion has come and gone. However, discovery extended past the closure date (by agreement of the parties) and all of the deposition transcripts have finally been delivered. Since it is apparent that legal issues will predominate, i.e., the effect of the law on the undisputed facts, the undersigned believe that summary judgment will dispose of this case without the necessity of a trial.

Respectfully Submitted,

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303

Fax: (401) 222-2995

For Defendant/Intervenors,

Joseph S. Larisa, Jr., Esq.
55 Dorrance Street, Suite 301B
Providence, RI 02903
Tel: (401) 743-4700
Fax: (401) 633-6296

CERTIFICATION

I, the undersigned, hereby certify that I mailed a true copy of the within document, postage pre-paid, first class mail, on this 26th day of May, 2006 to those indicated below:

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736