FILED

MAR 20 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*
*Plaintiffs,*
*v.*
STATE OF RHODE ISLAND, *et al.*,
*Defendants.*

Civil Action No. 04-418-T

RECEIVED

APR 05 2006

DAVID L. MARTIN, MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**PLAINTIFFS' MOTION for an ORDER COMPELLING RESPONSES to PLAINTIFFS DOCUMENT REQUESTS and INTERROGATORIES to DEFENDANTS RHODE ISLAND and GREER or IN THE ALTERNATIVE to EXCLUDE ALL DOCUMENTS NOT DISCLOSED IN DISCOVERY**

The State Defendants answered only 8 of 26 interrogatories, admitted or denied only 16 of 52 requests for admissions and produced only 12 documents in response to Plaintiffs' requests for production. *See* **Exhibits A** (RI's objections to Plaintiffs' document requests), **B** (RI's answers to Plaintiffs' interrogatories), **C** (RI's objections Plaintiffs' interrogatories), **D** (RI's responses to Plaintiffs' request for admissions) and **E** (RI's objections to Plaintiffs' request for admissions). The parties anticipate a trial in this matter in April of 2006. The Plaintiffs move this Court for and order compelling responses or in the alternative to exclude the Defendants from offering any evidence at trial that was not disclosed in discovery.

Rhode Island has sought and received extensive discovery from the Plaintiffs, including 1,939 pages of documents plus an additional 6 banker boxes of billing records. In response to Plaintiffs discovery requests, defendants Rhode Island and Greer produced 12 documents, consisting entirely of show cause notices that provide no details or explanations. **Exhibit F** (example Order to Show Cause produced by RI). It hard to believe that Rhode Island does not intend to offer any exhibits at trial other than these 12 show cause notices. Unless the

WITHDRAWN.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
June 2, 2006

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
☐ ____________________
Ernest C. Torres, Chief Judge
Date: 4/3/06