**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WINE & SPIRITS RETAILERS, INC.
Et al.
Plaintiffs,

v. C.A. NO. 04-418T

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, and
JEFFREY J. GREER, in his capacity as
the Associate Director of the Department
of Business Regulation, UNITED INDEPENDENT
LIQUOR RETAILERS OF RHODE ISLAND
Defendants,

**OBJECTION**

Now come the Defendants in the above-entitled matter and object to Plaintiff's Motion to Exclude any Argument and Evidence Purporting to Show "Unclean Hands". A memorandum in support is attached.

Respectfully Submitted,

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within Objection, by first class mail, postage prepaid, on this 14th day of June, 2006 to those indicated below:

Melissa S. DiFazio

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736

Joseph S. Larisa, Jr., Esquire
55 Dorrance Street, Suite 301B
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WINE & SPIRITS RETAILERS, INC.
Et al.
Plaintiffs,

v. C.A. NO. 04-418T

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS, and
JEFFREY J. GREER, in his capacity as
the Associate Director of the Department
of Business Regulation, UNITED INDEPENDENT
LIQUOR RETAILERS OF RHODE ISLAND
Defendants,

**MEMORANDUM IN SUPPORT OF OBJECTION**

This Memorandum of Law Supports Defendants' Objection to Plaintiffs' Motion to Exclude any Argument and Evidence Purporting to Show "Unclean Hands".

The State assumes the Motion does not apply to it, since no unclean hands defense has been offered since the preliminary stages of this litigation. Further, it is impossible to determine exactly what evidence the Plaintiffs seek to exclude. Although they filed a ten-page memorandum, it contains nothing specific. Finally, since this is a bench trial, evidentiary determinations are more properly made at the time of trial.

The State prays that the Motion be denied.

Respectfully Submitted,

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within Objection, by first class mail, postage prepaid, on this 14th day of June, 2006 to those indicated below:

Melissa DiFruzzo

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736

Joseph S. Larisa, Jr., Esquire
55 Dorrance Street, Suite 301B
Providence, RI 02903