UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE AND SPIRITS RETAILERS, INC. and JOHN HARONIAN,
Plaintiffs

v. C.A. NO. 04-418T

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, JEFFREY J. GREER, in his capacity as Associate Director of the Rhode Island Department of Business, and the UNITED INDEPENDENT LIQUOR RETAILERS OF RHODE ISLAND
Defendants

## AFFIDAVIT OF DANIEL EDWARD LILLY

I, Daniel Edward Lilly, hereby swear under pains and penalties of perjury as follows:

1. I, Daniel Edward Lilly, am employed by South Shore Investigation Agency, a licensed private investigation agency located in Jamestown, Rhode Island.

2. On Monday, December 12, 2005, I was contacted by the United Independent Liquor Retailers of Rhode Island and provided with a copy of the full page Sunday Providence Journal advertisement from December 11, 2005 on the back page of the Section A at page 24.

3. The ad features the Douglas Wine & Spirits logo and features over 75 different alcoholic beverages with an advertised price for each beverage. The advertisement is attached hereto as *Exhibit A*.

4. I was instructed to visit first the Douglas Wine & Spirits stores in Cranston, Cumberland and North Providence to ascertain whether each store distributed in-store advertisements identical to *Exhibit A* and whether they actually sold product at the same price as each store advertised.

5. I visited each of these three stores. At each location an in-store advertisement identical in every way – layout, products and pricing – to the North Smithfield advertisement was readily available to the public. The only difference in the advertisements was the change in the city printed in small type in the upper left corner of each ad. A copy of each in-store advertisement is attached as *Exhibit B*.

6. I was instructed to purchase two of the products advertised at each store to ensure that the three stores were selling at the prices contained in the four identical advertisements. I attach receipts as *Exhibit* C showing that the Cranston, North Providence (Mineral Spring Avenue) and Cumberland stores sold me Stolichnaya at the identical advertised price of $27.99 and Jose Cuervo Gold at the identical advertised price of $31.99.

7. I was then instructed to determine whether the remaining five Douglas Wine & Spirits stores located in East Providence, North Smithfield, Johnston (Putnam Pike), Johnston (Hartford Avenue) and North Providence (Smith Street) are also providing in-store advertisements identical to the North Smithfield Providence Journal advertisement.

8. I visited all five of these Douglas Wine & Spirits stores. At each location an in-store advertisement identical in every way – layout, products and pricing – to the North Smithfield advertisement was readily available to the public. The only difference in the advertisements was the change in the city printed in small type in the upper left corner of each ad. A copy of each in-store advertisement is attached as *Exhibit D.*

9. I also purchased two of the products advertised at each store to ensure that the five stores were selling at the prices contained in the eight identical advertisements. I attach receipts as *Exhibit E* showing that the East Providence, Johnston (Putnam Pike), Johnston (Hartford Avenue) and North Providence (Smith Street) were selling Stolichnaya at the identical advertised price of $27.99 and Jose Cuervo Gold at the identical advertised price of $31.99 as the Cranston, North Providence (Mineral Spring Avenue) and Cumberland stores.

Daniel Edward Lilly

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to me this 13th day of December, 2005.

Notary Public
My Commission expires: 8/31/08

Case 1:04-cv-00418-T Document 107-2 Filed 06/19/2006 Page 3 of 14

# DOUGLAS WINE & SPIRITS

OPEN SUNDAYS 12-6 PM NORTH SMITHFIELD

**COKE OR SPRITE** All Types 2L $1.09

**LAY'S CHIPS** All Types 5 oz $.89

GIFT CERTIFICATES AVAILABLE

## The Joy of Italy Basket

Features Villa Puccini Tuscan Red & White and an assortment of gourmet products.

$45.95 SAVE $4.00

YOUR CHOICE 750ml 2/$16.00
AQUINAS From Napa Valley
GALLO SONOMA All Types
ROCK RABBIT Sauv Blanc or Syrah
TRINCHERO All Types
AVALON Napa Cab Sauv

**LUNA DI LUNA** All Types 1.5L $10.99

**SAKONNET** All Types 1.5L $7.99

**C.K. MONDAVI** All Types 1.5L $8.99-2.00 Mail-in Rebate $6.99

**BERINGER** Wt Zin-Wt Merlot P Grigio 1.5L $7.99

**LINDEMANS** All Types 1.5L $9.99

**CAVIT** All Types 1.5L $9.99

**HESS SELECT** Chardonnay 750ml $8.99

**LITTLE BOOMEY** All Types 1.5L 2/$15.00

**SUTTER HOME** White Zinfandel 750ml 2/$6.00-2.00 Mail-in Rebate 2/$4.00

**CONCHA Y TORO** All Types 1.5L $5.99

**BELMONDO** Pinot Grigio or Montepulciano 1.5L 2/$15.00

**M & R ASTI** 750ml $9.99

# WINE

| | |
|---|---|
| **TURNING LEAF** All Types 1.5L | $ 9.99 |
| **ROUND HILL** *Great Value!* Cabernet-Merlot-Chardonnay 1.5L | $ 8.99 |
| **GLEN ELLEN** All Types 1.5L | 2/$ 15.00 |
| **MIRASSOU** All Types 750ml | 2/$ 14.00 |
| **STUMP JUMP** Red or White 750ml | $ 8.99 |
| **COLOSI** *Great Value!* Italian Red 750ml | 2/$ 14.00 |
| **MIONETTO** *Manager's Selection* Prosecco-Moscato-Rose 750ml | $ 8.99 |
| **KING FISH** All Types 750ml | 3/$ 9.99 |

## The Wine Cellar

| | |
|---|---|
| **SANTA MARGHERITA** Pinot Grigio 750ml | $ 18.99 |
| **ROSEMOUNT** 750ml | $ 8.99 |
| **TERRA ROSTRA** | $ 8.99 |
| **SPIER** | 2/$ 16.00 |
| **X WINERY** Cabernet or Chardonnay | $ 14.99 |

**STOLI** 1.75L $27.99

**SEAGRAM'S VO** 1.75L $18.99-4.00 Mail-in Rebate $14.99

**THREE OLIVES VODKA** 1.75L $19.99-5.00 Mail-in Rebate $14.99

**JOSE CUERVO** Gold 1.75L $31.99

GIFT SETS ARE IN!

**BEEFEATER** 1.75L $24.99

**FLEISCHMANN'S PREFERRED** 1.75L $12.99-3.00 Mail-in Rebate $9.99

**CANADIAN MIST** 1.75L $14.99-4.00 Mail-in Rebate $10.99

**KAHLUA** 1.75L $29.99

**BACARDI** Light or Dark 1.75L $18.99

**GORDON'S VODKA** 1.75L $14.99-5.00 Mail-in Rebate $9.99

**JOHNNIE WALKER RED** 1.75L $30.99

GIFT SETS ARE IN!

**HENNESSY VS** 750ml $24.99

# SPIRITS

| | |
|---|---|
| **ABSOLUT** All Types 1.75L | $ 29.99 |
| **GRANT'S SCOTCH** *Manager's Selection* 1.75L | $ 19.99 |
| **EVAN WILLIAMS** 1.75L ($17.99-2.00 Mail-in Rebate) | $ 15.99 |
| **CHRISTIAN BROS. BRANDY** 1.75L ($15.99-3.00 Mail-in Rebate) | $ 12.99 |
| **ALLEN'S COFFEE BRANDY** *NEW!* 1.75L ($12.99-2.00 Mail-in Rebate) | $ 10.99 |
| **CLUNY SCOTCH** 1.75L ($12.99-2.00 Mail-in Rebate) | $ 10.99 |
| **FLEISCHMANN'S GIN** 1.75L ($13.99-3.00 Mail-in Rebate) | $ 10.99 |
| **RON ROBERTO RUM** All Types 1.75L ($10.99-2.00 Mail-in Rebate) | $ 8.99 |
| **HPNOTIQ** 750ml | $ 18.99 |
| **3 VODKA** *Imported Taste at a Premium Price* 750ml | $ 19.99 |
| **LANDY VS COGNAC** *Manager's Selection* 750ml ($15.99-5.00 Mail-in Rebate) | $ 10.99 |
| **McCLELLAND'S** Single Malt Scotches 750ml ($16.99-3.00 Mail-in Rebate) | $ 13.99 |
| **O'MARA'S IRISH CREAM** 750ml ($6.99-3.00 Mail-in Rebate) | $ 3.99 |

**ROLLING ROCK** Reg or Green Lt 18 Pk Cans $9.99

**CORONA** Extra or Lt 2/12 Pk Btl Case $20.99

**COORS OR COORS LIGHT** 30 Pk Cans $18.99

**BASS ALE** 2/12 Pk Btl Case $22.99-3.00 Mail-in Rebate $19.99

**NARRAGANSETT** 4/6 Pk 16 oz Can Case $12.99

**STELLA ARTOIS** 2/12 Pk Btl Case $21.99-3.00 Mail-in Rebate $18.99

**MIKE'S LEMONADE** 2/12 Pk Btl Case $22.99-4.00 Mail-in Rebate $18.99

**BECK'S** 2/12 Pk Btl Case $19.99-3.00 Mail-in Rebate $16.99

**J W DUNDEE** 2/12 Pk Btl Case $13.99

**MILLER HIGH LIFE** 30 Pk Cans $13.99

**MILLER LITE** 20 Pk Btls $12.99

# BEER

| | |
|---|---|
| **WARSTEINER** 2/12 Pk Btl Case | $ 18.99 |
| **PRESIDENTE** 2/12 Pk Btl Case | $ 19.99 |
| **CIDER JACK** 6 Pk Btls | 2/$ 12.00 |
| **BECK'S NON-ALCOHOLIC** 4/6 Pk Btl Case | $ 18.99 |
| **BUZZARDS BAY** 2/12 Pk Btl Case | $ 20.99 |
| **REDHOOK** 2/12 Pk Btl Case | $ 21.99 |
| **PILSNER URQUELL** 2/12 Pk Btl Case | $ 21.99 |
| **MILWAUKEE'S BEST** 30 Pk Cans | $ 11.99 |

SAVE $$$ FOR FUEL!
Shop our Advertised Low Prices.

GIFT BASKETS FOR EVERYONE ON YOUR LIST!

PRICES EFFECTIVE 12/11/05 - 12/17/05

# DOUGLAS WINE & SPIRITS

OPEN SUNDAYS
12-6 PM
NORTH SMITHFIELD

GIFT CERTIFICATES AVAILABLE

**COKE OR SPRITE** All Types 2L $1.09

**LAY'S CHIPS** All Types 5 oz $.89

## The Joy of Italy Basket

Features Villa Puccini Tuscan Red & White and an assortment of gourmet products.

$45.95 SAVE $4.00

YOUR CHOICE 750ml 2/$16.00
AQUINAS From Napa Valley
GALLO SONOMA All Types
ROCK RABBIT Sauv Blanc or Syrah
TRINCHERO All Types
AVALON Napa Cab Sauv

LUNA DI LUNA All Types 1.5L $10.99

SAKONNET All Types 1.5L $7.99

C.K. MONDAVI All Types 1.5L $8.99-2.00 Mail-in Rebate $6.99

BERINGER Wt Zin-Wt Merlot P Grigio 1.5L $7.99

LINDEMANS All Types 1.5L $9.99

CAVIT All Types 1.5L $9.99

HESS SELECT Chardonnay 750ml $8.99

LITTLE BOOMEY All Types 1.5L 2/$15.00

SUTTER HOME White Zinfandel 750ml 2/$6.00-2.00 Mail-in Rebate 2/$4.00

CONCHA Y TORO All Types 1.5L $5.99

BELMONDO Pinot Grigio or Montepulciano 1.5L 2/$15.00

M & R ASTI 750ml $9.99

## WINE

| | | |
|---|---|---|
| TURNING LEAF All Types 1.5L | $ | 9.99 |
| ROUND HILL Great Value! Cabernet-Merlot-Chardonnay 1.5L | $ | 8.99 |
| GLEN ELLEN All Types 1.5L | 2/$ | 15.00 |
| MIRASSOU All Types 750ml | 2/$ | 14.00 |
| STUMP JUMP Red or White 750ml | $ | 8.99 |
| COLOSI Great Value! Italian Red 750ml | 2/$ | 14.00 |
| MIONETTO Manager's Selection Prosecco-Moscato-Rose 750ml | $ | 8.99 |
| KING FISH All Types 750ml | 3/$ | 9.99 |

## The Wine Cellar

| | | |
|---|---|---|
| SANTA MARGHERITA Pinot Grigio 750ml | $ | 18.99 |
| ROSEMOUNT [illegible] | $ | 8.99 |
| TERRA ROSTRA [illegible] | $ | 8.99 |
| SPIER [illegible] | 2/$ | 16.00 |
| X WINERY [illegible] | $ | 14.99 |

STOLI 1.75L $27.99

SEAGRAM'S VO 1.75L $18.99-4.00 Mail-in Rebate $14.99

THREE OLIVES VODKA 1.75L $19.99-5.00 Mail-in Rebate $14.99

JOSE CUERVO Gold 1.75L $31.99

GIFT SETS ARE IN!

BEEFEATER 1.75L $24.99

FLEISCHMANN'S PREFERRED 1.75L $12.99-3.00 Mail-in Rebate $9.99

CANADIAN MIST 1.75L $14.99-4.00 Mail-in Rebate $10.99

KAHLUA 1.75L $29.99

GORDON'S VODKA 1.75L $14.99-5.00 Mail-in Rebate $9.99

JOHNNIE WALKER RED 1.75L $30.99

GIFT SETS ARE IN!

BACARDI Light or Dark 1.75L $18.99

HENNESSY VS 750ml $24.99

## SPIRITS

| | | |
|---|---|---|
| ABSOLUT All Types 1.75L | $ | 29.99 |
| GRANT'S SCOTCH Manager's Selection 1.75L | $ | 19.99 |
| EVAN WILLIAMS 1.75L ($17.99-2.00 Mail-in Rebate) | $ | 15.99 |
| CHRISTIAN BROS. BRANDY 1.75L ($15.99-3.00 Mail-in Rebate) | $ | 12.99 |
| ALLEN'S COFFEE BRANDY NEW! 1.75L ($12.99-2.00 Mail-in Rebate) | $ | 10.99 |
| CLUNY SCOTCH 1.75L ($12.99-2.00 Mail-in Rebate) | $ | 10.99 |
| FLEISCHMANN'S GIN 1.75L ($13.99-3.00 Mail-in Rebate) | $ | 10.99 |
| RON ROBERTO RUM All Types 1.75L ($10.99-2.00 Mail-in Rebate) | $ | 8.99 |
| HPNOTIQ 750ml | $ | 18.99 |
| 3 VODKA Imported Taste at a Premium Price 750ml | $ | 19.99 |
| LANDY VS COGNAC Manager's Selection 750ml ($15.99-5.00 Mail-in Rebate) | $ | 10.99 |
| McCLELLAND'S Single Malt Scotches 750ml ($16.99-3.00 Mail-in Rebate) | $ | 13.99 |
| O'MARA'S IRISH CREAM 750ml ($6.99-3.00 Mail-in Rebate) | $ | 3.99 |

ROLLING ROCK Reg or Green Lt 18 Pk Cans $9.99

CORONA Extra or Lt 2/12 Pk Btl Case $20.99

COORS OR COORS LIGHT 30 Pk Cans $18.99

BASS ALE 2/12 Pk Btl Case $22.99-3.00 Mail-in Rebate $19.99

NARRAGANSETT 4/6 Pk 16 oz Can Case $12.99

STELLA ARTOIS 2/12 Pk Btl Case $21.99-3.00 Mail-in Rebate $18.99

MIKE'S LEMONADE 2/12 Pk Btl Case $22.99-4.00 Mail-in Rebate $18.99

BECK'S 2/12 Pk Btl Case $19.99-3.00 Mail-in Rebate $16.99

J W DUNDEE 2/12 Pk Btl Case $13.99

MILLER HIGH LIFE 30 Pk Cans $13.99

MILLER LITE 20 Pk Btls $12.99

## BEER

| | | |
|---|---|---|
| WARSTEINER 2/12 Pk Btl Case | $ | 18.99 |
| PRESIDENTE 2/12 Pk Btl Case | $ | 19.99 |
| CIDER JACK 6 Pk Btls | 2/$ | 12.00 |
| BECK'S NON-ALCOHOLIC 4/6 Pk Btl Case | $ | 18.99 |
| BUZZARDS BAY 2/12 Pk Btl Case | $ | 20.99 |
| REDHOOK 2/12 Pk Btl Case | $ | 21.99 |
| PILSNER URQUELL 2/12 Pk Btl Case | $ | 21.99 |
| MILWAUKEE'S BEST 30 Pk Cans | $ | 11.99 |

SAVE $$$ FOR FUEL!
Shop our Advertised Low Prices.

GIFT BASKETS FOR EVERYONE ON YOUR LIST!

PRICES EFFECTIVE 12/11/05 - 12/17/05

COKE OR SPRITE All Types 2L $1.09

LAY'S CHIPS All Types 5 oz $.89

OPEN SUNDAYS 12-6 PM CRANSTON

GIFT CERTIFICATES AVAILABLE

## The Joy of Italy Basket

Features Villa Puccini Tuscan Red & White and an assortment of gourmet products.

$45.95 SAVE $4.00

YOUR CHOICE 750ml 2/$16.00

AQUINAS From Napa Valley

GALLO SONOMA All Types

ROCK RABBIT Sauv Blanc or Syrah

TRINCHERO All Types

AVALON Napa Cab Sauv

LUNA DI LUNA All Types 1.5L $10.99

SAKONNET All Types 1.5L $7.99

C.K. MONDAVI All Types 1.5L $8.99-2.00 Mail-in Rebate $6.99

BERINGER Wt Zin-Wt Merlot P Grigio 1.5L $7.99

LINDEMANS All Types 1.5L $9.99

CAVIT All Types 1.5L $9.99

HESS SELECT Chardonnay 750ml $8.99

LITTLE BOOMEY All Types 1.5L 2/$15.00

SUTTER HOME White Zinfandel 750ml 2/$6.00-2.00 Mail-in Rebate 2/$4.00

CONCHA Y TORO All Types 1.5L $5.99

BELMONDO Pinot Grigio or Montepulciano 1.5L 2/$15.00

M & R ASTI 750ml $9.99

## WINE

| | |
|---|---|
| TURNING LEAF All Types 1.5L | $ 9.99 |
| ROUND HILL Great Value! Cabernet-Merlot-Chardonnay 1.5L | $ 8.99 |
| GLEN ELLEN All Types 1.5L | 2/$ 15.00 |
| MIRASSOU All Types 750ml | 2/$ 14.00 |
| STUMP JUMP Red or White 750ml | $ 8.99 |
| COLOSI Great Value! Italian Red 750ml | 2/$ 14.00 |
| MIONETTO Manager's Selection Prosecco-Moscato-Rose 750ml | $ 8.99 |
| KING FISH All Types 750ml | 2/$ 9.99 |

### The Wine Cellar

| | |
|---|---|
| SANTA MARGHERITA Pinot Grigio 750ml | $18.99 |
| ROSEMOUNT Diamond Shiraz 750ml | $ 8.99 |
| TERRA NOSTRA Chianti Reserve 750ml | $ 8.99 |
| SPIER New from South Africa Classic Shiraz-Cab-Sauv Blanc 750ml | 2/$16.00 |
| X WINERY Cabernet or Chardonnay 750ml | $14.99 |

STOLI 1.75L $27.99

SEAGRAM'S VO 1.75L $18.99-4.00 Mail-in Rebate $14.99

THREE OLIVES VODKA 1.75L $19.99-5.00 Mail-in Rebate $14.99

JOSE CUERVO Gold 1.75L $31.99

GIFT SETS ARE IN!

FLEISCHMANN'S PREFERRED 1.75L $12.99-3.00 Mail-in Rebate $9.99

CANADIAN MIST 1.75L $14.99-4.00 Mail-in Rebate $10.99

KAHLUA 1.75L $29.99

BEEFEATER 1.75L $24.99

GIFT SETS ARE IN!

BACARDI Light or Dark 1.75L $18.99

GORDON'S VODKA 1.75L $14.99-5.00 Mail-in Rebate $9.99

JOHNNIE WALKER RED 1.75L $30.99

HENNESSY VS 750ml $24.99

## [illegible]

| | |
|---|---|
| ABSOLUT All Types 1.75L | $29.99 |
| GRANT'S SCOTCH Manager's Selection 1.75L | $19.99 |
| EVAN WILLIAMS 1.75L ($17.99-2.00 Mail-in Rebate) | $15.99 |
| CHRISTIAN BROS. BRANDY 1.75L ($15.99-3.00 Mail-in Rebate) | $12.99 |
| ALLEN'S COFFEE BRANDY NEW! 1.75L ($12.99-2.00 Mail-in Rebate) | $10.99 |
| CLUNY SCOTCH 1.75L ($12.99-2.00 Mail-in Rebate) | $10.99 |
| FLEISCHMANN'S GIN 1.75L ($13.99-3.00 Mail-in Rebate) | $10.99 |
| RON ROBERTO RUM All Types 1.75L ($10.99-2.00 Mail-in Rebate) | $ 8.99 |
| HPNOTIQ 750ml | $18.99 |
| 3 VODKA Imported Taste at a Premium Price 750ml | $19.99 |
| LANDY VS COGNAC Manager's Selection 750ml ($15.99-5.00 Mail-in Rebate) | $10.99 |
| McCLELLAND'S Single Malt Scotches 750ml ($16.99-3.00 Mail-in Rebate) | $13.99 |
| O'MARA'S IRISH CREAM 750ml ($6.99-3.00 Mail-in Rebate) | $ 3.99 |

ROLLING ROCK Reg or Green Lt 18 Pk Cans $9.99

CORONA Extra or Lt 2/12 Pk Btl Case $20.99

COORS OR COORS LIGHT 30 Pk Cans $18.99

## BEER

| | |
|---|---|
| WARSTEINER 2/12 Pk Btl Case | $18.99 |
| PRESIDENTE 2/12 Pk Btl Case | $19.99 |
| CIDER JACK 6 Pk Btls | 2/$12.00 |
| BECK'S NON-ALCOHOLIC 4/6 Pk Btl Case | $18.99 |
| BUZZARDS BAY 2/12 Pk Btl Case | $20.99 |
| REDHOOK 2/12 Pk Btl Case | $21.99 |
| PILSNER URQUELL 2/12 Pk Btl Case | $21.99 |
| MILWAUKEE'S BEST 30 Pk Cans | $11.99 |

BASS ALE 2/12 Pk Btl Case $22.99-3.00 Mail-in Rebate $19.99

NARRAGANSETT 4/6 Pk 16 oz Can Case $14.99

STELLA ARTOIS 2/12 Pk Btl Case $21.99-3.00 Mail-in Rebate $18.99

MIKE'S LEMONADE 2/12 Pk Btl Case $22.99-4.00 Mail-in Rebate $18.99

BECK'S 2/12 Pk Btl Case $19.99-3.00 Mail-in Rebate $16.99

J W DUNDEE 2/12 Pk Btl Case $13.99

MILLER HIGH LIFE 30 Pk Cans $13.99

MILLER LITE 20 Pk Btls $12.99

SAVE $$$ FOR FUEL! Shop our Advertised Low Prices.

GIFT BASKETS FOR EVERYONE ON YOUR LIST!

PRICES EFFECTIVE 12/11/05 - 12/17/05

DOUGLAS WINE & SPIRITS

**COKE OR SPRITE** All Types 2L $1.09

**LAY'S CHIPS** All Types 5 oz $.89

**The Joy of Italy Basket**

Features Villa Puccini Tuscan Red & White and an assortment of gourmet products.

$45.95 SAVE $4.00

8

**OPEN SUNDAYS 12-6 PM** NORTH PROVIDENCE

# GIFT CERTIFICATES AVAILABLE

# WINE

YOUR CHOICE 750ml 2/$16.00
- **AQUINAS** From Napa Valley
- **GALLO SONOMA** All Types
- **ROCK RABBIT** Sauv Blanc or Syrah
- **TRINCHERO** All Types
- **AVALON** Napa Cab Sauv

**LUNA DI LUNA** All Types 1.5L $10.99

**SAKONNET** All Types 1.5L $7.99

**C.K. MONDAVI** All Types 1.5L *$8.99-2.00 Mail-in Rebate* $6.99

**BERINGER** Wt Zin-Wt Merlot P Grigio 1.5L $7.99

**LINDEMANS** All Types 1.5L $9.99

**CAVIT** All Types 1.5L $9.99

**HESS SELECT** Chardonnay 750ml $8.99

**LITTLE BOOMEY** All Types 1.5L 2/$15.00

**SUTTER HOME** White Zinfandel 750ml *2/$6.00-2.00 Mail-in Rebate* 2/$4.00

**CONCHA Y TORO** All Types 1.5L $5.99

**BELMONDO** Pinot Grigio or Montepulciano 1.5L 2/$15.00

**M & R ASTI** 750ml $9.99

| | |
|---|---|
| **TURNING LEAF** All Types 1.5L | $ 9.99 |
| **ROUND HILL** *Great Value!* Cabernet-Merlot-Chardonnay 1.5L | $ 8.99 |
| **GLEN ELLEN** All Types 1.5L | 2/$ 15.00 |
| **MIRASSOU** All Types 750ml | 2/$ 14.00 |
| **STUMP JUMP** Red or White 750ml | $ 8.99 |
| **COLOSI** *Great Value!* Italian Red 750ml | 2/$ 14.00 |
| **MIONETTO** *Manager's Selection* Prosecco-Moscato-Rose 750ml | $ 8.99 |
| **KING FISH** All Types 750ml | 3/$ 9.99 |

## The Wine Cellar

| | |
|---|---|
| **SANTA MARGHERITA** Pinot Grigio 750ml | $ 18.99 |
| **ROSEMOUNT** Diamond Shiraz 750ml | $ 8.99 |
| **TERRA NOSTRA** Chianti Reserve 750ml | $ 8.99 |
| **SPIER** New from South Africa Classic Shiraz-Cab-Sauv Blanc 750ml | 2/$ 16.00 |
| **X WINERY** Cabernet or Chardonnay 750ml | $ 14.99 |

# SPIRITS

**STOLI** 1.75L $27.99

**SEAGRAM'S VO** 1.75L *$18.99-4.00 Mail-in Rebate* $14.99

**THREE OLIVES VODKA** 1.75L *$19.99-5.00 Mail-in Rebate* $14.99

**JOSE CUERVO** Gold 1.75L $31.99

GIFT SETS ARE IN!

**FLEISCHMANN'S PREFERRED** 1.75L *$12.99-3.00 Mail-in Rebate* $9.99

**CANADIAN MIST** 1.75L *$14.99-4.00 Mail-in Rebate* $10.99

**KAHLUA** 1.75L $29.99

**BEEFEATER** 1.75L $24.99

**GORDON'S VODKA** 1.75L *$14.99-5.00 Mail-in Rebate* $9.99

**JOHNNIE WALKER RED** 1.75L $30.99

GIFT SETS ARE IN!

**BACARDI** Light or Dark 1.75L $18.99

**HENNESSY VS** 750ml $24.99

| | |
|---|---|
| **ABSOLUT** All Types 1.75L | $ 29.99 |
| **GRANT'S SCOTCH** *Manager's Selection* 1.75L | $ 19.99 |
| **EVAN WILLIAMS** 1.75L ($17.99-2.00 Mail-in Rebate) | $ 15.99 |
| **CHRISTIAN BROS. BRANDY** 1.75L ($15.99-3.00 Mail-in Rebate) | $ 12.99 |
| **ALLEN'S COFFEE BRANDY** *NEW!* 1.75L ($12.99-2.00 Mail-in Rebate) | $ 10.99 |
| **CLUNY SCOTCH** 1.75L ($12.99-2.00 Mail-in Rebate) | $ 10.99 |
| **FLEISCHMANN'S GIN** 1.75L ($13.99-3.00 Mail-in Rebate) | $ 10.99 |
| **RON ROBERTO RUM** All Types 1.75L ($10.99-2.00 Mail-in Rebate) | $ 8.99 |
| **HPNOTIQ** 750ml | $ 18.99 |
| **3 VODKA** *Imported Taste at a Premium Price* 750ml | $ 19.99 |
| **LANDY VS COGNAC** *Manager's Selection* 750ml ($15.99-5.00 Mail-in Rebate) | $ 10.99 |
| **McCLELLAND'S** Single Malt Scotches 750ml ($16.99-3.00 Mail-in Rebate) | $ 13.99 |
| **O'MARA'S IRISH CREAM** 750ml ($6.99-3.00 Mail-in Rebate) | $ 3.99 |

# BEER

**ROLLING ROCK** Reg or Green Lt 18 Pk Cans $9.99

**CORONA** Extra or Lt 2/12 Pk Btl Case $20.99

**COORS OR COORS LIGHT** 30 Pk Cans $18.99

**BASS ALE** 2/12 Pk Btl Case *$22.99-3.00 Mail-in Rebate* $19.99

**NARRAGANSETT** 4/6 Pk 16 oz Can Case $14.99

**STELLA ARTOIS** 2/12 Pk Btl Case *$21.99-3.00 Mail-in Rebate* $18.99

**MIKE'S LEMONADE** 2/12 Pk Btl Case *$22.99-4.00 Mail-in Rebate* $18.99

**BECK'S** 2/12 Pk Btl Case *$19.99-3.00 Mail-in Rebate* $16.99

**J W DUNDEE** 2/12 Pk Btl Case $13.99

**MILLER HIGH LIFE** 30 Pk Cans $13.99

**MILLER LITE** 20 Pk Btls $12.99

| | |
|---|---|
| **WARSTEINER** 2/12 Pk Btl Case | $ 18.99 |
| **PRESIDENTE** 2/12 Pk Btl Case | $ 19.99 |
| **CIDER JACK** 6 Pk Btls | 2/$ 12.00 |
| **BECK'S NON-ALCOHOLIC** 4/6 Pk Btl Case | $ 18.99 |
| **BUZZARDS BAY** 2/12 Pk Btl Case | $ 20.99 |
| **REDHOOK** 2/12 Pk Btl Case | $ 21.99 |
| **PILSNER URQUELL** 2/12 Pk Btl Case | $ 21.99 |
| **MILWAUKEE'S BEST** 30 Pk Cans | $ 11.99 |

*SAVE $$$ FOR FUEL!*
*Shop our Advertised Low Prices.*

# GIFT BASKETS FOR EVERYONE ON YOUR LIST!

**PRICES EFFECTIVE 12/11/05 - 12/17/05**

3

OPEN SUNDAYS
12-6 PM
CUMBERLAND

COKE OR SPRITE
All Types
2L
$1.09

LAYS CHIPS
All Types
5 oz
$.89

The Joy of Italy Basket
Features Villa Puccini Tuscan Red & White and an assortment of gourmet products.
$45.95 SAVE $4.00

GIFT CERTIFICATES AVAILABLE

YOUR CHOICE 750ml 2/$16.00
AQUINAS From Napa Valley
GALLO SONOMA All Types
ROCK RABBIT Sauv Blanc or Syrah
TRINCHERO All Types
AVALON Napa Cab Sauv

LUNA DI LUNA All Types 1.5L $10.99
SAKONNET All Types 1.5L $7.99
C.K. MONDAVI All Types 1.5L $8.99-2.00 Mail-in Rebate $6.99
BERINGER Wt Zin-Wt Merlot P Grigio 1.5L $7.99
LINDEMANS All Types 1.5L $9.99
CAVIT All Types 1.5L $9.99
HESS SELECT Chardonnay 750ml $8.99
LITTLE BOOMEY All Types 1.5L 2/$15.00
SUTTER HOME White Zinfandel 750ml 2/$6.00-2.00 Mail-in Rebate 2/$4.00
CONCHA Y TORO All Types 1.5L $5.99
BELMONDO Pinot Grigio or Montepulciano 1.5L 2/$15.00
M & R ASTI 750ml $9.99

## WINE

TURNING LEAF All Types 1.5L ........ $ 9.99
ROUND HILL *Great Value!* Cabernet-Merlot-Chardonnay 1.5L ........ $ 8.99
GLEN ELLEN All Types 1.5L ........ 2/$15.00
MIRASSOU All Types 750ml ........ 2/$14.00
STUMP JUMP Red or White 750ml ........ $ 8.99
COLOSI *Great Value!* Italian Red 750ml ........ 2/$14.00
MIONETTO *Manager's Selection* Prosecco-Moscato-Rose 750ml ........ $ 8.99
KING FISH All Types 750ml ........ 3/$ 9.99

### The Wine Cellar

SANTA MARGHERITA 750ml ........ $18.99
ROSEMOUNT 750ml ........ $ 8.99
TERRA NOSTRA 750ml ........ $ 8.99
SPIER ........ 2/$16.00
X WINERY ........ $14.99

STOLI 1.75L $27.99
SEAGRAM'S VO 1.75L $18.99-4.00 Mail-in Rebate $14.99
THREE OLIVES VODKA 1.75L $19.99-5.00 Mail-in Rebate $14.99
JOSE CUERVO Gold 1.75L $31.99

GIFT SETS ARE IN!

FLEISCHMANN'S PREFERRED 1.75L $12.99-3.00 Mail-in Rebate $9.99
CANADIAN MIST 1.75L $14.99-4.00 Mail-in Rebate $10.99
KAHLUA 1.75L $29.99
BEEFEATER 1.75L $24.99

GIFT SETS ARE IN!

GORDON'S VODKA 1.75L $14.99-5.00 Mail-in Rebate $9.99
JOHNNIE WALKER RED 1.75L $30.99
BACARDI Light or Dark 1.75L $18.99
HENNESSY VS 750ml $24.99

## SPIRITS

ABSOLUT All Types 1.75L ........ $29.99
GRANT'S SCOTCH *Manager's Selection* 1.75L ........ $19.99
EVAN WILLIAMS 1.75L ($17.99-2.00 Mail-in Rebate) ........ $15.99
CHRISTIAN BROS. BRANDY 1.75L ($15.99-3.00 Mail-in Rebate) ........ $12.99
ALLEN'S COFFEE BRANDY *NEW!* 1.75L ($12.99-2.00 Mail-in Rebate) ........ $10.99
CLUNY SCOTCH 1.75L ($12.99-2.00 Mail-in Rebate) ........ $10.99
FLEISCHMANN'S GIN 1.75L ($13.99-3.00 Mail-in Rebate) ........ $10.99
RON ROBERTO RUM All Types 1.75L ($10.99-2.00 Mail-in Rebate) ........ $ 8.99
HPNOTIQ 750ml ........ $18.99
3 VODKA *Imported Taste at a Premium Price* 750ml ........ $19.99
LANDY VS COGNAC *Manager's Selection* 750ml ($15.99-5.00 Mail-in Rebate) ........ $10.99
McCLELLAND'S Single Malt Scotches 750ml ($16.99-3.00 Mail-in Rebate) ........ $13.99
O'MARA'S IRISH CREAM 750ml ($6.99-3.00 Mail-in Rebate) ........ $ 3.99

ROLLING ROCK Reg or Green Lt 18 Pk Cans $9.99
CORONA Extra or Lt 2/12 Pk Btl Case $20.99
COORS OR COORS LIGHT 30 Pk Cans $18.99
BASS ALE 2/12 Pk Btl Case $22.99-3.00 Mail-in Rebate $19.99
NARRAGANSETT 4/6 Pk 16 oz Can Case $14.99
STELLA ARTOIS 2/12 Pk Btl Case $21.99-3.00 Mail-in Rebate $18.99
MIKE'S LEMONADE 2/12 Pk Btl Case $22.99-4.00 Mail-in Rebate $18.99
BECK'S 2/12 Pk Btl Case $19.99-3.00 Mail-in Rebate $16.99
J W DUNDEE 2/12 Pk Btl Case $13.99
MILLER HIGH LIFE 30 Pk Cans $13.99
MILLER LITE 20 Pk Btls $12.99

## BEER

WARSTEINER 2/12 Pk Btl Case ........ $18.99
PRESIDENTE 2/12 Pk Btl Case ........ $19.99
CIDER JACK 6 Pk Btls ........ 2/$12.00
BECK'S NON-ALCOHOLIC 4/6 Pk Btl Case ........ $18.99
BUZZARDS BAY 2/12 Pk Btl Case ........ $20.99
REDHOOK 2/12 Pk Btl Case ........ $21.99
PILSNER URQUELL 2/12 Pk Btl Case ........ $21.99
MILWAUKEE'S BEST 30 Pk Cans ........ $11.99

*SAVE $$$ FOR FUEL!*
*Shop our Advertised Low Prices.*

GIFT BASKETS FOR EVERYONE ON YOUR LIST!

PRICES EFFECTIVE 12/11/05 - 12/17/05

ORIGINAL RECEIPT
Douglas Wine & Spirits
(401) 334-3500
12/12/2005

| | | |
|---|---|---|
| | 1.75L STOLICHNAYA 80% | |
| 1 | sku 02419 | 27.99D |
| | 1.75L J CUERVO GOLD | (5 CASES) |
| 1 | sku 02308 | 31.99D |
| | 2 ITEMS SUBTOTAL | 59.98 |
| | 7% RI TAX on 59.98 | 4.20 |
| | ID # 291 TOTAL | 64.18 |
| | CASH | 70.00 |
| | CASH CHANGE | -5.82 |

ACCOUNT BALANCE: 0.00
12/12/2005 08:02:34 PM ref: 3033229

Thanks for Shopping DW&S Cumberland

ORIGINAL RECEIPT
Douglas Wine & Spirits - No. Providence
(401) 353-6400
12/12/2005

| | | |
|---|---|---|
| | 1.75L STOLICHNAYA 80% | |
| 1 | sku 02419 | 27.99D |
| | 1.75L J CUERVO GOLD | (5 CASES) |
| 1 | sku 02308 | 31.99D |
| | 2 ITEMS SUBTOTAL | 59.98 |
| | 7% RI TAX on 59.98 | 4.20 |
| | ID # 164 TOTAL | 64.18 |
| | CASH | 65.28 |
| | CASH CHANGE | -1.10 |

12/12/2005 07:03:58 PM ref: 3385012

THANKS FOR SHOPPING DOUGLAS

ORIGINAL RECEIPT
Douglas Wine & Spirits - Cranston
DOUGLAS WINE & SPIRITS
12/12/2005

| | | |
|---|---|---|
| | 1.75L STOLICHNAYA 80% | |
| 1 | sku 02419 | 27.99D |
| | 1.75L J CUERVO GOLD | (5 CASES) |
| 1 | sku 02308 | 31.99D |
| | 2 ITEMS SUBTOTAL | 59.98 |
| | 7% RI TAX on 59.98 | 4.20 |
| | ID # 153 TOTAL | 64.18 |
| | CASH | 100.00 |
| | CASH CHANGE | -35.82 |

12/12/2005 06:32:42 PM ref: 2328972

THANKS FOR SHOPPING
DOUGLAS WINE & SPIRITS

**CASE NO.** 04-418T

Wine & Spirits Retailers, Inc.

**VS.** State of Rhode Island

**DEFENDANT'S EXHIBIT** C

**DATE** ______________ **IDEN.**

**DATE** ______________ **EVID.**

**BY** ______________
Deputy Clerk

AO 386-A

COKE OR SPRITE All Types 2L $1.09

LAY'S CHIPS All Types 5 oz $.89

**The Joy of Italy Basket**

Features Villa Puccini Tuscan Red & White and an assortment of gourmet products.

$45.95 SAVE $4.00

**OPEN SUNDAYS 12-6 PM**
EAST PROVIDENCE

# GIFT CERTIFICATES AVAILABLE

YOUR CHOICE 750ml 2/$16.00

AQUINAS From Napa Valley
GALLO SONOMA All Types
ROCK RABBIT Sauv Blanc or Syrah
TRINCHERO All Types
AVALON Napa Cab Sauv

LUNA DI LUNA All Types 1.5L $10.99

SAKONNET All Types 1.5L $7.99

C.K. MONDAVI All Types 1.5L $8.99-2.00 Mail-in Rebate $6.99

BERINGER Wt Zin-Wt Merlot P Grigio 1.5L $7.99

LINDEMANS All Types 1.5L $9.99

CAVIT All Types 1.5L $9.99

HESS SELECT Chardonnay 750ml $8.99

LITTLE BOOMEY All Types 1.5L 2/$15.00

SUTTER HOME White Zinfandel 750ml 2/$6.00-2.00 Mail-in Rebate 2/$4.00

CONCHA Y TORO All Types 1.5L $5.99

BELMONDO Pinot Grigio or Montepulciano 1.5L 2/$15.00

M & R ASTI 750ml $9.99

# WINE

| | | |
|---|---|---|
| TURNING LEAF All Types 1.5L | $ | 9.99 |
| ROUND HILL *Great Value!* Cabernet-Merlot-Chardonnay 1.5L | $ | 8.99 |
| GLEN ELLEN All Types 1.5L | 2/$ | 15.00 |
| MIRASSOU All Types 750ml | 2/$ | 14.00 |
| STUMP JUMP Red or White 750ml | $ | 8.99 |
| COLOSI *Great Value!* Italian Red 750ml | 2/$ | 14.00 |
| MIONETTO *Manager's Selection* Prosecco-Moscato-Rose 750ml | $ | 8.99 |
| KING FISH All Types 750ml | 3/$ | 9.00 |

## The Wine Cellar

| | | |
|---|---|---|
| SANTA MARGHERITA Pinot Grigio 750ml | $ | 18.99 |
| ROSEMOUNT Diamond Shiraz 750ml | $ | 8.99 |
| TERRA NOSTRA Chianti Riserva 750ml | $ | 8.99 |
| SPIER New from South Africa Classic Shiraz-Cab-Sauv Blanc 750ml | 2/$ | 16.00 |
| X WINERY Cabernet or Chardonnay 750ml | $ | 14.99 |

STOLI 1.75L $27.99

SEAGRAM'S VO 1.75L $18.99-4.00 Mail-in Rebate $14.99

THREE OLIVES VODKA 1.75L $19.99-5.00 Mail-in Rebate $14.99

JOSE CUERVO Gold 1.75L $31.99

GIFT SETS ARE IN!

FLEISCHMANN'S PREFERRED 1.75L $12.99-3.00 Mail-in Rebate $9.99

CANADIAN MIST 1.75L $14.99-4.00 Mail-in Rebate $10.99

KAHLUA 1.75L $29.99

BEEFEATER 1.75L $24.99

GIFT SETS ARE IN!

GORDON'S VODKA 1.75L $14.99-5.00 Mail-in Rebate $9.99

JOHNNIE WALKER RED 1.75L $30.99

BACARDI Light or Dark 1.75L $18.99

HENNESSY VS 750ml $24.99

# SPIRITS

| | | |
|---|---|---|
| ABSOLUT All Types 1.75L | $ | 29.99 |
| GRANT'S SCOTCH *Manager's Selection* 1.75L | $ | 19.99 |
| EVAN WILLIAMS 1.75L ($17.99-2.00 Mail-in Rebate) | $ | 15.99 |
| CHRISTIAN BROS. BRANDY 1.75L ($15.99-3.00 Mail-in Rebate) | $ | 12.99 |
| ALLEN'S COFFEE BRANDY *NEW!* 1.75L ($12.99-2.00 Mail-in Rebate) | $ | 10.99 |
| CLUNY SCOTCH 1.75L ($12.99-2.00 Mail-in Rebate) | $ | 10.99 |
| FLEISCHMANN'S GIN 1.75L ($13.99-3.00 Mail-in Rebate) | $ | 10.99 |
| RON ROBERTO RUM All Types 1.75L ($10.99-2.00 Mail-in Rebate) | $ | 8.99 |
| HPNOTIQ 750ml | $ | 18.99 |
| 3 VODKA *Imported Taste at a Premium Price* 750ml | $ | 19.99 |
| LANDY VS COGNAC *Manager's Selection* 750ml ($15.99-5.00 Mail-in Rebate) | $ | 10.99 |
| McCLELLAND'S Single Malt Scotches 750ml ($16.99-3.00 Mail-in Rebate) | $ | 13.99 |
| O'MARA'S IRISH CREAM 750ml ($6.99-3.00 Mail-in Rebate) | $ | 3.99 |

ROLLING ROCK Reg or Green Lt 18 Pk Cans $9.99

CORONA Extra or Lt 2/12 Pk Btl Case $20.99

COORS OR COORS LIGHT 30 Pk Cans $18.99

BASS ALE 2/12 Pk Btl Case $22.99-3.00 Mail-in Rebate $19.99

NARRAGANSETT 4/6 Pk 16 oz Can Case $14.99

STELLA ARTOIS 2/12 Pk Btl Case $21.99-3.00 Mail-in Rebate $18.99

MIKE'S LEMONADE 2/12 Pk Btl Case $22.99-4.00 Mail-in Rebate $18.99

BECK'S 2/12 Pk Btl Case $19.99-3.00 Mail-in Rebate $16.99

J W DUNDEE 2/12 Pk Btl Case $13.99

MILLER HIGH LIFE 30 Pk Cans $13.99

MILLER LITE 20 Pk Btls $12.99

# BEER

| | | |
|---|---|---|
| WARSTEINER 2/12 Pk Btl Case | $ | 18.99 |
| PRESIDENTE 2/12 Pk Btl Case | $ | 19.99 |
| CIDER JACK 6 Pk Btls | 2/$ | 12.00 |
| BECK'S NON-ALCOHOLIC 4/6 Pk Btl Case | $ | 18.99 |
| BUZZARDS BAY 2/12 Pk Btl Case | $ | 20.99 |
| REDHOOK 2/12 Pk Btl Case | $ | 21.99 |
| PILSNER URQUELL 2/12 Pk Btl Case | $ | 21.99 |
| MILWAUKEE'S BEST 30 Pk Cans | $ | 11.99 |

*SAVE $$$ FOR FUEL!*
*Shop our Advertised Low Prices.*

**GIFT BASKETS FOR EVERYONE ON YOUR LIST!**

PRICES EFFECTIVE 12/11/05 - 12/17/05

COKE OR SPRITE All Types 2L $1.09

LAY'S CHIPS All Types 5 oz $.89

The Joy of Italy Basket

Features Villa Puccini Tuscan Red & White and an assortment of gourmet products.

$45.95 SAVE $4.00

OPEN SUNDAYS 12-6 PM NORTH SMITHFIELD

# GIFT CERTIFICATES AVAILABLE

YOUR CHOICE 750ml 2/$16.00

AQUINAS From Napa Valley

GALLO SONOMA All Types

ROCK RABBIT Sauv Blanc or Syrah

TRINCHERO All Types

AVALON Napa Cab Sauv

LUNA DI LUNA All Types 1.5L $10.99

BERINGER Wt Zin-Wt Merlot P Grigio 1.5L $7.99

HESS SELECT Chardonnay 750ml $8.99

CONCHA Y TORO All Types 1.5L $5.99

SAKONNET All Types 1.5L $7.99

LINDEMANS All Types 1.5L $9.99

LITTLE BOOMEY All Types 1.5L 2/$15.00

BELMONDO Pinot Grigio or Montepulciano 1.5L 2/$15.00

C.K. MONDAVI All Types 1.5L $8.99-2.00 Mail-in Rebate $6.99

CAVIT All Types 1.5L $9.99

SUTTER HOME White Zinfandel 750ml 2/$6.00-2.00 Mail-in Rebate 2/$4.00

M & R ASTI 750ml $9.99

# WINE

| | |
|---|---|
| TURNING LEAF All Types 1.5L | $ 9.99 |
| ROUND HILL Great Value! Cabernet-Merlot-Chardonnay 1.5L | $ 8.99 |
| GLEN ELLEN All Types 1.5L | 2/$15.00 |
| MIRASSOU All Types 750ml | 2/$14.00 |
| STUMP JUMP Red or White 750ml | $ 8.99 |
| COLOSI Great Value! Italian Red 750ml | 2/$14.00 |
| MIONETTO Manager's Selection Prosecco-Moscato-Rose 750ml | $ 8.99 |
| KING FISH All Types 750ml | 3/$ 9.99 |

## The Wine Cellar

| | |
|---|---|
| SANTA MARGHERITA Pinot Grigio 750ml | $18.99 |
| ROSEMOUNT Diamond Shiraz 750ml | $ 8.99 |
| TERRA NOSTRA Chianti Riserva 750ml | $ 8.99 |
| SPIER New from South Africa Cabernet-Shiraz-Cab-Sauv Blanc 750ml | 2/$16.00 |
| X WINERY Cabernet or Chardonnay 750ml | $14.99 |

STOLI 1.75L $27.99

GIFT SETS ARE IN!

BEEFEATER 1.75L $24.99

BACARDI Light or Dark 1.75L $18.99

SEAGRAM'S VO 1.75L $18.99-4.00 Mail-in Rebate $14.99

FLEISCHMANN'S PREFERRED 1.75L $12.99-3.00 Mail-in Rebate $9.99

GORDON'S VODKA 1.75L $14.99-5.00 Mail-in Rebate $9.99

THREE OLIVES VODKA 1.75L $19.99-5.00 Mail-in Rebate $14.99

CANADIAN MIST 1.75L $14.99-4.00 Mail-in Rebate $10.99

JOHNNIE WALKER RED 1.75L $30.99

JOSE CUERVO Gold 1.75L $31.99

KAHLUA 1.75L $29.99

GIFT SETS ARE IN!

HENNESSY VS 750ml $24.99

# SPIRITS

| | |
|---|---|
| ABSOLUT All Types 1.75L | $29.99 |
| GRANT'S SCOTCH Manager's Selection 1.75L | $19.99 |
| EVAN WILLIAMS 1.75L ($17.99-2.00 Mail-in Rebate) | $15.99 |
| CHRISTIAN BROS. BRANDY 1.75L ($15.99-3.00 Mail-in Rebate) | $12.99 |
| ALLEN'S COFFEE BRANDY NEW! 1.75L ($12.99-2.00 Mail-in Rebate) | $10.99 |
| CLUNY SCOTCH 1.75L ($12.99-2.00 Mail-in Rebate) | $10.99 |
| FLEISCHMANN'S GIN 1.75L ($13.99-3.00 Mail-in Rebate) | $10.99 |
| RON ROBERTO RUM All Types 1.75L ($10.99-2.00 Mail-in Rebate) | $ 8.99 |
| HPNOTIQ 750ml | $18.99 |
| 3 VODKA Imported Taste at a Premium Price 750ml | $19.99 |
| LANDY VS COGNAC Manager's Selection 750ml ($15.99-5.00 Mail-in Rebate) | $10.99 |
| McCLELLAND'S Single Malt Scotches 750ml ($16.99-3.00 Mail-in Rebate) | $13.99 |
| O'MARA'S IRISH CREAM 750ml ($6.99-3.00 Mail-In Rebate) | $ 3.99 |

ROLLING ROCK Reg or Green Lt 18 Pk Cans $9.99

CORONA Extra or Lt 2/12 Pk Btl Case $20.99

COORS OR COORS LIGHT 30 Pk Cans $18.99

BASS ALE 2/12 Pk Btl Case $22.99-3.00 Mail-in Rebate $19.99

NARRAGANSETT 4/6 Pk 16 oz Can Case $14.99

STELLA ARTOIS 2/12 Pk Btl Case $21.99-3.00 Mail-in Rebate $18.99

MIKE'S LEMONADE 2/12 Pk Btl Case $22.99-4.00 Mail-in Rebate $18.99

BECK'S 2/12 Pk Btl Case $19.99-3.00 Mail-in Rebate $16.99

J W DUNDEE 2/12 Pk Btl Case $13.99

MILLER HIGH LIFE 30 Pk Cans $13.99

MILLER LITE 20 Pk Btls $12.99

# BEER

| | |
|---|---|
| WARSTEINER 2/12 Pk Btl Case | $18.99 |
| PRESIDENTE 2/12 Pk Btl Case | $19.99 |
| CIDER JACK 6 Pk Btls | 2/$12.00 |
| BECK'S NON-ALCOHOLIC 4/6 Pk Btl Case | $18.99 |
| BUZZARDS BAY 2/12 Pk Btl Case | $20.99 |
| REDHOOK 2/12 Pk Btl Case | $21.99 |
| PILSNER URQUELL 2/12 Pk Btl Case | $21.99 |
| MILWAUKEE'S BEST 30 Pk Cans | $11.99 |

SAVE $$$ FOR FUEL! Shop our Advertised Low Prices.

# GIFT BASKETS FOR EVERYONE ON YOUR LIST!

PRICES EFFECTIVE 12/11/05 - 12/17/05

D

COKE OR SPRITE All Types 2L $1.89

LAY'S CHIPS All Types 5 oz $.89

The Joy of Italy Basket
Features Villa Puccini Tuscan Red & White and an assortment of gourmet products.
$45.95 SAVE $4

OPEN SUNDAYS 12-6 PM JOHNSTON

GIFT CERTIFICATES AVAILABLE

YOUR CHOICE 750ml 2/$16.00
AQUINAS From Napa Valley
GALLO SONOMA All Types
ROCK RABBIT Sauv Blanc or Syrah
TRINCHERO All Types
AVALON Napa Cab Sauv

LUNA DI LUNA All Types 1.5L $10.99
SAKONNET All Types 1.5L $7.99
C.K. MONDAVI All Types 1.5L $8.99-2.00 Mail-in Rebate $6.99
BERINGER Wt Zin-Wt Merlot P Grigio 1.5L $7.99
LINDEMANS All Types 1.5L $9.99
CAVIT All Types 1.5L $9.99
HESS SELECT Chardonnay 750ml $8.99
LITTLE BOOMEY All Types 1.5L 2/$15.00
SUTTER HOME White Zinfandel 750ml 2/$6.00-2.00 Mail-in Rebate 2/$4.00
CONCHA Y TORO All Types 1.5L $5.99
BELMONDO Pinot Grigio or Montepulciano 1.5L 2/$15.00
M & R ASTI 750ml $9.99

# WINE

| | |
|---|---|
| TURNING LEAF All Types 1.5L | $9.99 |
| ROUND HILL Great Value! Cabernet-Merlot-Chardonnay 1.5L | $8.99 |
| GLEN ELLEN All Types 1.5L | 2/$15.00 |
| MIRASSOU All Types 750ml | 2/$14.00 |
| STUMP JUMP Red or White 750ml | $8.99 |
| COLOSI Great Value! Italian Red 750ml | 2/$14.00 |
| MIONETTO Manager's Selection Prosecco-Moscato-Rose 750ml | $8.99 |
| KING FISH All Types 750ml | 3/$9.99 |

## The Wine Cellar

| | |
|---|---|
| SANTA MARGHERITA Pinot Grigio 750ml | $18.99 |
| ROSEMOUNT 750ml | $8.99 |
| TERRA NOSTRA 750ml | $8.99 |
| SPIER | 2/$16.00 |
| X WINERY Cabernet or Chardonnay 750ml | $14.99 |

STOLI 1.75L $27.99
SEAGRAM'S VO 1.75L $18.99-4.00 Mail-in Rebate $14.99
THREE OLIVES VODKA 1.75L $19.99-5.00 Mail-in Rebate $14.99
JOSE CUERVO Gold 1.75L $31.99
GIFT SETS ARE IN!
FLEISCHMANN'S PREFERRED 1.75L $12.99-3.00 Mail-in Rebate $9.99
CANADIAN MIST 1.75L $14.99-4.00 Mail-in Rebate $10.99
KAHLUA 1.75L $29.99
BEEFEATER 1.75L $24.99
GORDON'S VODKA 1.75L $14.99-5.00 Mail-in Rebate $9.99
JOHNNIE WALKER RED 1.75L $30.99
GIFT SETS ARE IN!
BACARDI Light or Dark 1.75L $18.99
HENNESSY VS 750ml $24.99

# SPIRITS

| | |
|---|---|
| ABSOLUT All Types 1.75L | $29.99 |
| GRANT'S SCOTCH Manager's Selection 1.75L | $19.99 |
| EVAN WILLIAMS 1.75L ($17.99-2.00 Mail-in Rebate) | $15.99 |
| CHRISTIAN BROS. BRANDY 1.75L ($15.99-3.00 Mail-in Rebate) | $12.99 |
| ALLEN'S COFFEE BRANDY NEW! 1.75L ($12.99-2.00 Mail-in Rebate) | $10.99 |
| CLUNY SCOTCH 1.75L ($12.99-2.00 Mail-in Rebate) | $10.99 |
| FLEISCHMANN'S GIN 1.75L ($13.99-3.00 Mail-in Rebate) | $10.99 |
| RON ROBERTO RUM All Types 1.75L ($10.99-2.00 Mail-in Rebate) | $8.99 |
| HPNOTIQ 750ml | $18.99 |
| 3 VODKA Imported Taste at a Premium Price 750ml | $19.99 |
| LANDY VS COGNAC Manager's Selection 750ml ($15.99-5.00 Mail-in Rebate) | $10.99 |
| McCLELLAND'S Single Malt Scotches 750ml ($16.99-3.00 Mail-in Rebate) | $13.99 |
| O'MARA'S IRISH CREAM 750ml ($6.99-3.00 Mail-in Rebate) | $3.99 |

ROLLING ROCK Reg or Green Lt 18 Pk Cans $9.99
CORONA Extra or Lt 2/12 Pk Btl Case $20.89
COORS OR COORS LIGHT 30 Pk Cans $18.99
BASS ALE 2/12 Pk Btl Case $22.99-3.00 Mail-in Rebate $19.99
NARRAGANSETT 4/6 Pk 16 oz Can Case $14.99
STELLA ARTOIS 2/12 Pk Btl Case $21.99-3.00 Mail-in Rebate $18.99
MIKE'S LEMONADE 2/12 Pk Btl Case $22.99-4.00 Mail-in Rebate $18.99
BECK'S 2/12 Pk Btl Case $19.99-3.00 Mail-in Rebate $16.99
J W DUNDEE 2/12 Pk Btl Case $13.99
MILLER HIGH LIFE 30 Pk Cans $13.99
MILLER LITE 20 Pk Btls $12.99

# BEER

| | |
|---|---|
| WARSTEINER 2/12 Pk Btl Case | $18.99 |
| PRESIDENTE 2/12 Pk Btl Case | $19.99 |
| CIDER JACK 6 Pk Btls | 2/$12.00 |
| BECK'S NON-ALCOHOLIC 4/6 Pk Btl Case | $18.99 |
| BUZZARDS BAY 2/12 Pk Btl Case | $20.99 |
| REDHOOK 2/12 Pk Btl Case | $21.99 |
| PILSNER URQUELL 2/12 Pk Btl Case | $21.99 |
| MILWAUKEE'S BEST 30 Pk Cans | $11.99 |

SAVE $$$ FOR FUEL! Shop our Advertised Low Prices.

GIFT BASKETS FOR EVERYONE ON YOUR LIST!

PRICES EFFECTIVE 12/11/05 - 12/17/05

OPEN SUNDAYS 12-6 PM

COKE OR SPRITE All Types 2L $1.09

LAY'S CHIPS All Types 5 oz $.89

GIFT CERTIFICATES AVAILABLE

**The Joy of Italy Basket**
Features Villa Puccini Tuscan Red & White and an assortment of gourmet products.
$45.95 SAVE $4.00

# WINE

YOUR CHOICE 750ml 2/$16.00
AQUINAS From Napa Valley
GALLO SONOMA All Types
ROCK RABBIT Sauv Blanc or Syrah
TRINCHERO All Types
AVALON Napa Cab Sauv

LUNA DI LUNA All Types 1.5L $10.99

SAKONNET All Types 1.5L $7.99

C.K. MONDAVI All Types 1.5L $8.99-2.00 Mail-in Rebate $6.99

BERINGER Wt Zin-Wt Merlot P Grigio 1.5L $7.99

LINDEMANS All Types 1.5L $9.99

CAVIT All Types 1.5L $9.99

HESS SELECT Chardonnay 750ml $8.99

LITTLE BOOMEY All Types 1.5L 2/$15.00

SUTTER HOME White Zinfandel 750ml 2/$6.00-2.00 Mail-in Rebate 2/$4.00

CONCHA Y TORO All Types 1.5L $5.99

BELMONDO Pinot Grigio or Montepulciano 1.5L 2/$15.00

M & R ASTI 750ml $9.99

| | |
|---|---|
| TURNING LEAF All Types 1.5L | $ 9.99 |
| ROUND HILL Great Value! Cabernet-Merlot-Chardonnay 1.5L | $ 8.99 |
| GLEN ELLEN All Types 1.5L | 2/$ 15.00 |
| MIRASSOU All Types 750ml | 2/$ 14.00 |
| STUMP JUMP Red or White 750ml | $ 8.99 |
| COLOSI Great Value! Italian Red 750ml | 2/$ 14.00 |
| MIONETTO Manager's Selection Prosecco-Moscato-Rosa 750ml | $ 8.99 |
| KING FISH All Types 750ml | 3/$ 9.99 |

## The Wine Cellar

| | |
|---|---|
| SANTA MARGHERITA 750ml | $ 18.99 |
| ROSEMOUNT 750ml | $ 8.99 |
| TERRA NOSTRA 750ml | $ 8.99 |
| SPIER | 2/$ 16.00 |
| X WINERY 750ml | $ 14.99 |

# SPIRITS

STOLI 1.75L $27.99

SEAGRAM'S VO 1.75L $18.99-4.00 Mail-in Rebate $14.99

THREE OLIVES VODKA 1.75L $19.99-5.00 Mail-in Rebate $14.99

JOSE CUERVO Gold 1.75L $31.99

GIFT SETS ARE IN!

FLEISCHMANN'S PREFERRED 1.75L $12.99-3.00 Mail-in Rebate $9.99

CANADIAN MIST 1.75L $14.99-4.00 Mail-in Rebate $10.99

KAHLUA 1.75L $29.99

BEEFEATER 1.75L $24.99

GIFT SETS ARE IN!

GORDON'S VODKA 1.75L $14.99-5.00 Mail-in Rebate $9.99

JOHNNIE WALKER RED 1.75L $30.99

BACARDI Light or Dark 1.75L $18.99

HENNESSY VS 750ml $24.99

| | |
|---|---|
| ABSOLUT All Types 1.75L | $ 29.99 |
| GRANT'S SCOTCH Manager's Selection 1.75L | $ 19.99 |
| EVAN WILLIAMS 1.75L ($17.99-2.00 Mail-in Rebate) | $ 15.99 |
| CHRISTIAN BROS. BRANDY 1.75L ($15.99-3.00 Mail-in Rebate) | $ 12.99 |
| ALLEN'S COFFEE BRANDY NEW! 1.75L ($12.99-2.00 Mail-in Rebate) | $ 10.99 |
| CLUNY SCOTCH 1.75L ($12.99-2.00 Mail-in Rebate) | $ 10.99 |
| FLEISCHMANN'S GIN 1.75L ($13.99-3.00 Mail-in Rebate) | $ 10.99 |
| RON ROBERTO RUM All Types 1.75L ($10.99-2.00 Mail-in Rebate) | $ 8.99 |
| HPNOTIQ 750ml | $ 18.99 |
| 3 VODKA Imported Taste at a Premium Price 750ml | $ 19.99 |
| LANDY VS COGNAC Manager's Selection 750ml ($15.99-5.00 Mail-in Rebate) | $ 10.99 |
| McCLELLAND'S Single Malt Scotches 750ml ($16.99-3.00 Mail-in Rebate) | $ 13.99 |
| O'MARA'S IRISH CREAM 750ml ($6.99-3.00 Mail-in Rebate) | $ 3.99 |

# BEER

ROLLING ROCK Reg or Green Lt 18 Pk Cans $9.99

CORONA Extra or Lt 2/12 Pk Btl Case $20.99

COORS OR COORS LIGHT 30 Pk Cans $18.99

BASS ALE 2/12 Pk Btl Case $22.99-3.00 Mail-in Rebate $19.99

NARRAGANSETT 4/6 Pk 16 oz Can Case $14.99

STELLA ARTOIS 2/12 Pk Btl Case $21.99-3.00 Mail-in Rebate $18.99

MIKE'S LEMONADE 2/12 Pk Btl Case $22.99-4.00 Mail-in Rebate $18.99

BECK'S 2/12 Pk Btl Case $19.99-3.00 Mail-in Rebate $16.99

J W DUNDEE 2/12 Pk Btl Case $13.99

MILLER HIGH LIFE 30 Pk Cans $13.99

MILLER LITE 20 Pk Btls $12.99

| | |
|---|---|
| WARSTEINER 2/12 Pk Btl Case | $ 18.99 |
| PRESIDENTE 2/12 Pk Btl Case | $ 19.99 |
| CIDER JACK 6 Pk Btls | 2/$ 12.00 |
| BECK'S NON-ALCOHOLIC 4/6 Pk Btl Case | $ 18.99 |
| BUZZARDS BAY 2/12 Pk Btl Case | $ 20.99 |
| REDHOOK 2/12 Pk Btl Case | $ 21.99 |
| PILSNER URQUELL 2/12 Pk Btl Case | $ 21.99 |
| MILWAUKEE'S BEST 30 Pk Cans | $ 11.99 |

SAVE $$$ FOR FUEL!
Shop our Advertised Low Prices.

GIFT BASKETS FOR EVERYONE ON YOUR LIST!

PRICES EFFECTIVE 12/11/05 - 12/17/05

OPEN SUNDAYS 12-6 PM SMITH STREET

COKE OR SPRITE All Types 2L $1.09

LAY'S CHIPS All Types 5 oz $.89

GIFT CERTIFICATES AVAILABLE

**The Joy of Italy Basket**
Features Villa Puccini Tuscan Red & White and an assortment of gourmet products.
$45.95 SAVE $4.00

YOUR CHOICE 750ml 2/$16.00
AQUINAS From Napa Valley
GALLO SONOMA All Types
ROCK RABBIT Sauv Blanc or Syrah
TRINCHERO All Types
AVALON Napa Cab Sauv

LUNA DI LUNA All Types 1.5L $10.99

SAKONNET All Types 1.5L $7.99

C.K. MONDAVI All Types 1.5L $8.99-2.00 Mail-in Rebate $6.99

BERINGER Wt Zin-Wt Merlot P Grigio 1.5L $7.99

LINDEMANS All Types 1.5L $9.99

CAVIT All Types 1.5L $9.99

HESS SELECT Chardonnay 750ml $8.99

LITTLE BOOMEY All Types 1.5L 2/$15.00

SUTTER HOME White Zinfandel 750ml 2/$6.00-2.00 Mail-in Rebate 2/$4.00

CONCHA Y TORO All Types 1.5L $5.99

BELMONDO Pinot Grigio or Montepulciano 1.5L 2/$15.00

M & R ASTI 750ml $9.99

# WINE

| | |
|---|---|
| TURNING LEAF All Types 1.5L | $9.99 |
| ROUND HILL Great Value! Cabernet-Merlot-Chardonnay 1.5L | $8.99 |
| GLEN ELLEN All Types 1.5L | 2/$15.00 |
| MIRASSOU All Types 750ml | 2/$14.00 |
| STUMP JUMP Red or White 750ml | $8.99 |
| COLOSI Great Value! Italian Red 750ml | 2/$14.00 |
| MIONETTO Manager's Selection Prosecco-Moscato-Rose 750ml | $8.99 |
| KING FISH All Types 750ml | 3/$9.00 |

*The Wine Cellar*

| | |
|---|---|
| SANTA MARGHERITA Pinot Grigio 750ml | $18.99 |
| ROSEMOUNT | $8.99 |
| TERRA NOSTRA Chianti Riserva 750ml | $8.99 |
| SPIER | 2/$16.00 |
| X WINERY | $14.99 |

STOLI 1.75L $27.99

SEAGRAM'S VO 1.75L $18.99-4.00 Mail-in Rebate $14.99

THREE OLIVES VODKA 1.75L $19.99-5.00 Mail-in Rebate $14.99

JOSE CUERVO Gold 1.75L $31.99

GIFT SETS ARE IN!

FLEISCHMANN'S PREFERRED 1.75L $12.99-3.00 Mail-in Rebate $9.99

CANADIAN MIST 1.75L $14.99-4.00 Mail-in Rebate $10.99

KAHLUA 1.75L $29.99

BEEFEATER 1.75L $24.99

GIFT SETS ARE IN!

GORDON'S VODKA 1.75L $14.99-5.00 Mail-in Rebate $9.99

JOHNNIE WALKER RED 1.75L $30.99

BACARDI Light or Dark 1.75L $18.99

HENNESSY VS 750ml $24.99

# SPIRITS

| | |
|---|---|
| ABSOLUT All Types 1.75L | $29.99 |
| GRANT'S SCOTCH Manager's Selection 1.75L | $19.99 |
| EVAN WILLIAMS 1.75L ($17.99-2.00 Mail-in Rebate) | $15.99 |
| CHRISTIAN BROS. BRANDY 1.75L ($15.99-3.00 Mail-in Rebate) | $12.99 |
| ALLEN'S COFFEE BRANDY NEW! 1.75L ($12.99-2.00 Mail-in Rebate) | $10.99 |
| CLUNY SCOTCH 1.75L ($12.99-2.00 Mail-in Rebate) | $10.99 |
| FLEISCHMANN'S GIN 1.75L ($13.99-3.00 Mail-in Rebate) | $10.99 |
| RON ROBERTO RUM All Types 1.75L ($10.99-2.00 Mail-in Rebate) | $8.99 |
| HPNOTIQ 750ml | $18.99 |
| $ VODKA Imported Taste at a Premium Price 750ml | $19.99 |
| LANDY VS COGNAC Manager's Selection 750ml ($15.99-5.00 Mail-in Rebate) | $10.99 |
| McCLELLAND'S Single Malt Scotches 750ml ($16.99-3.00 Mail-in Rebate) | $13.99 |
| O'MARA'S IRISH CREAM 750ml ($6.99-3.00 Mail-in Rebate) | $3.99 |

ROLLING ROCK Reg or Green Lt 18 Pk Cans $9.99

CORONA Extra or Lt 2/12 Pk Btl Case $20.99

COORS OR COORS LIGHT 30 Pk Cans $18.99

BASS ALE 2/12 Pk Btl Case $22.99-3.00 Mail-in Rebate $19.99

NARRAGANSETT 4/6 Pk 16 oz Can Case $14.99

STELLA ARTOIS 2/12 Pk Btl Case $21.99-3.00 Mail-in Rebate $18.99

MIKE'S LEMONADE 2/12 Pk Btl Case $22.99-4.00 Mail-in Rebate $18.99

BECK'S 2/12 Pk Btl Case $19.99-3.00 Mail-in Rebate $16.99

J W DUNDEE 2/12 Pk Btl Case $13.99

MILLER HIGH LIFE 30 Pk Cans $13.99

MILLER LITE 20 Pk Btls $12.99

# BEER

| | |
|---|---|
| WARSTEINER 2/12 Pk Btl Case | $18.99 |
| PRESIDENTE 2/12 Pk Btl Case | $19.99 |
| CIDER JACK 6 Pk Btls | 2/$12.00 |
| BECK'S NON-ALCOHOLIC 4/6 Pk Btl Case | $18.99 |
| BUZZARDS BAY 2/12 Pk Btl Case | $20.99 |
| REDHOOK 2/12 Pk Btl Case | $21.99 |
| PILSNER URQUELL 2/12 Pk Btl Case | $21.99 |
| MILWAUKEE'S BEST 30 Pk Cans | $11.99 |

SAVE $$$ FOR FUEL!
Shop our Advertised Low Prices.

GIFT BASKETS FOR EVERYONE ON YOUR LIST!

PRICES EFFECTIVE 12/11/05 - 12/17/05

ORIGINAL RECEIPT
Douglas Wine & Spirits No. Smithfield
(401) 769-5545
12/13/2005

1.75L STOLICHNAYA 80%
1 sku 02419 27.99D
1.75L J CUERVO GOLD (5 CASES)
1 sku 02308 31.99D
--------
2 ITEMS SUBTOTAL 59.98
7% RI TAX on 59.98 4.20
========
ID # 174 TOTAL 64.18

CASH 100.00
CASH CHANGE -35.82

12/13/2005 02:29:59 PM ref: 2563909

THANKS FOR SHOPPING DOUGLAS

ORIGINAL RECEIPT
Douglas Wine & Spirits - Johnston
(401) 751-4222
12/13/2005

1.75L STOLICHNAYA 80%
1 sku 02419 27.99D
1.75L J CUERVO GOLD (5 CASES)
1 sku 02308 31.99D
--------
2 ITEMS SUBTOTAL 59.98
7% RI TAX on 59.98 4.20
========
ID # 137 TOTAL 64.18

CASH 70.00
CASH CHANGE -5.82

12/13/2005 05:20:00 PM ref: 3843251

THANKS FOR SHOPPING
AT DOUGLAS WINE & SPIRITS

ORIGINAL RECEIPT
Douglas Wines & Spirits - E Pro
(401) 433-0231
12/13/2005

1.75L J CUERVO GOLD (5 CASES)
1 sku 02308 31.99D
1.75L STOLICHNAYA 80%
1 sku 02419 27.99D
--------
2 ITEMS SUBTOTAL 59.98
7% RI TAX on 59.98 4.20
========
ID # 133 TOTAL 64.18

CASH 100.00
CASH CHANGE -35.82

12/13/2005 04:34:42 PM ref: 2510238

THANKS FOR SHOPPING DOUGLAS
WINE AND SPIRITS EAST PROVIDENCE
PLEASE DON'T DRINK AND DRIVE!

ORIGINAL RECEIPT
Douglas Wine & Spirits - Smith Street
(401) 353-0576
12/13/2005

1.75L STOLICHNAYA 80%
1 sku 02419 27.99D
1.75L J CUERVO GOLD (5 CASES)
1 sku 02308 31.99D
--------
2 ITEMS SUBTOTAL 59.98
7% RI TAX on 59.98 4.20
========
ID # 105 TOTAL 64.18

CASH 65.00
CASH CHANGE -0.82

ACCOUNT BALANCE: 0.00
12/13/2005 03:19:54 PM ref: 2140514

Thanks for Shopping DW&S Smith St

ORIGINAL RECEIPT
44 Liquor Mart
(401) 232-7700
12/13/2005

1.75L J CUERVO GOLD (5 CASES)
1 sku 02308 31.99D
1.75L STOLICHNAYA 80%
1 sku 02419 27.99D
--------
2 ITEMS SUBTOTAL 59.98
7% RI TAX on 59.98 4.20
========
ID # 204 TOTAL 64.18

CASH 70.00
CASH CHANGE -5.82

12/13/2005 02:52:23 PM ref: 3526672

THANKS FOR SHOPPING
DW&S 44

CASE NO. 04-418T
Wine & Spirits Retailers, Inc.
VS. State of Rhode Island
DEFENDANT'S EXHIBIT E
DATE ______ IDEN.
DATE ______ EVID.
BY ______
Deputy Clerk
AO 386-A