**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
**DEPARTMENT OF BUSINESS REGULATION**
**233 RICMOND STREET**
**PROVIDENCE, RHODE ISLAND 02903**

| | |
|---|---|
| **IN THE MATTER OF**<br><br>**MAB Liquors, Ltd.**<br>**d/b/a Douglas Wine & Spirits – Cranston**<br><br>**RESPONDENT.** | **DBR No. 05-L-0225** |
| **IN THE MATTER OF**<br><br>**Delta Wine & Spirits, Inc.**<br>**d/b/a Douglas Wine & Spirits – Smith St.**<br><br>**RESPONDENT.** | **DBR No. 05-L-0226** |
| **IN THE MATTER OF**<br><br>**No. Smithfield Wine & Spirits, Inc.**<br>**d/b/a Douglas Wine & Spirits – North Smithfield, Inc.**<br><br>**RESPONDENT.** | **DBR No. 05-L-0227** |
| **IN THE MATTER OF**<br><br>**Knights Wine and Spirits, Inc.**<br>**d/b/a Douglas Wine & Spirits – Johnston, Inc.**<br><br>**RESPONDENT.** | **DBR No. 05-L-0228** |

| | |
|---|---|
| **IN THE MATTER OF**<br><br>**Douglas Liquors, Inc.**<br>**d/b/a Douglas Wine & Spirits**<br>**No. Providence, Inc.**<br><br>**RESPONDENT.** | **DBR No. 05-L-0229** |
| **IN THE MATTER OF**<br><br>**Putnam Pike Liquors, Inc.**<br>**d/b/a Douglas Wine & Spirits – 44**<br><br>**RESPONDENT.** | **DBR No. 05-L-0230** |
| **IN THE MATTER OF**<br><br>**CSW Operating Company**<br>**d/b/a Douglas Wine & Spirits –**<br>**Cumberland**<br><br>**RESPONDENT.** | **DBR No. 05-L-0231** |
| **IN THE MATTER OF**<br><br>**Liquor Depot East Providence, Inc.**<br>**d/b/a Douglas Wine & Spirits –**<br>**East Providence, Inc.**<br><br>**RESPONDENT.** | **DBR No. 05-L-0232** |

**DBR'S ANSWERS TO RESPONDENTS' INTERROGATORIES**

1. Please identify each and every Class A licensee who the DBR contacted and/or commenced proceedings against because the DBR considered them to have common or similar names in violation of [R.I. Gen. Laws] § 3-5-11.

**ANSWER:** See list below.

1776 Liquors of Barrington
145 Main Street
Warren, RI 02885

1776 Liquors, Ltd.
597 Metacom Ave.
Bristol, RI 02809

Murphy's Liquors
493 Broadway
Newport, RI 02840

Murphy's Liquor
219 Academy Ave.
Providence, RI 02908

Murphy's Liquor
290 Pawtucket Ave.
Pawtucket, RI 02860

Christy's Liquors
PO Box 800
1184 Main St
Chepachet, RI 02814

Christy's Liquors
191 Willett Ave.
East Providence, RI 02815

Christy's Liquors
725 Tiogue Ave.
Coventry, RI 02816

Christy's Liquors
529 Reservoir Ave.
Cranston, RI 02920

Christy's Liquors
PO Box 888
677 Putnam Pike
Chepachet, RI 02814

Haxton's Branch Ave
650 Branch Ave.
Providence, RI 02904

Haxton's Kent Liquor
2334 West Shore Road
Warwick, RI 02886

Haxton's Tollgate
1123 Bald Hill Road
Warwick, RI 02886

Haxton's of Riverside
1086 Willett Ave.
East Providence, RI 02815

Haxton's Wine & Spirit
2430 Warwick Ave
Warwick, RI 02886

Peoples Liquor Warehouse
229 Main Street
Ashaway, RI 02804

Peoples Liquor Warehouse
1650 Greenwich Ave.
Warwick, RI 02886

Peoples Liquor Warehouse
200 Garfield Ave.
Cranston, RI 02920

Douglas Wine & Liquors
453 Atwood Ave.
Cranston, RI 02920

Douglas Wine & Spirits
1450 Smith Street
North Providence, RI 02911

Douglas Wine & Spirits
1661 Mineral Spring Ave.
North Providence, RI 02904

Douglas Wine & Spirits
1235 Wampanoag Trail
East Providence, RI 02915

Douglas Wine & Spirits
900 Victory Highway
North Smithfield, RI 02896

Douglas Wine & Spirits
2170 Mendon Road
Cumberland, RI 02864

Douglas Wine & Spirits
39 Putnam Pike
Johnston, RI 02919

Douglas Wine & Spirits
1380 Hartford Avenue
Johnston, RI 02919

Busa Fine Wine & Spirits, Inc.
1412 Atwood Avenue
Johnston, RI 02919

Busa Wine & Spirits, Inc.
1325 Post Road
Warwick, RI 02888

Gasbarro Bros., Inc.
361 Atwells Avenue
Providence, RI 02903

Gasbarro's Oaklawn Discount Liquor Inc.
985 Oaklawn Avenue
Cranston, RI 02920

International Liquors of Main St., Inc.
915 Main Street
Pawtucket, RI 02860

International Liquors of Prospect
239 Prospect Street
Pawtucket, RI 02860

Geaber's Wolf Rock Liquor's, Inc.
806 South County Trail
Exeter, RI 02822

Geaber's Liquors Inc.
231 Old Tower Hill Road
South Kingstown, RI 02879

Laurito's Liquors, Inc.
637 Putnam Pike
Smithfield, RI 02917

Laurito's Liquors of North Providence
1974 Mineral Spring Ave.
North Providence, RI02904

Sak's Centerdale Liquors & Wine Cellar
2069 Smith Street
North Providence, RI 02911

Sak's Mineral Spring Liquors
1005 Mineral Spring Avenue
North Providence, RI 02904

Nikki's Liquors
995 Pontiac Avenue
Cranston, RI 02920

Nikki's Wine & Spirits
689 Oaklawn Avenue
Cranston, RI 02910

Nikki's Liquors
740 Academy Ave.
Providence, RI 02908

2. For each Class A licensee identified in response to interrogatory number 1, please identify:

   a. the change in names deemed acceptable to the DBR for each entity;
   b. the reason why the names are no longer considered common or similar; and,
   c. how the names as changed are less misleading to the public.

ANSWER: See table below.

| *Store* | *(a.) New Name* | *(b.) and (c.)* |
|---|---|---|
| **1776 Liquors of Barrington**<br>145 Main Street<br>Warren, RI 02885 | **Patriot Liquors** | The names are no longer similar because they are different and distinct. As such, the likelihood that the public will assume the store is part of a chain and that the store will benefit from such an association is greatly diminished. Thus, the change complies with R.I. Gen. § 3-5-11(b)(1)(vi). |
| **Murphy's Liquors**<br>493 Broadway<br>Newport, RI 02840 | **Andrew's Liquors** | See above. |
| **Murphy's Liquor**<br>219 Academy Ave.<br>Providence, RI 02908 | **Academy Liquors** | See above. |
| **Christy's Liquors**<br>191 Willett Ave.<br>East Providence, RI 02815 | **Clift Liquors of Riverside** | See above. |
| **Christy's Liquors**<br>725 Tiogue Ave.<br>Coventry, RI 02816 | **Zachary's Liquors Superstore** | See above. |
| **Christy's Liquors**<br>529 Reservoir Ave.<br>Cranston, RI 02920 | **Heritage Liquors** | See above. |
| **Christy's Liquors**<br>PO Box 888<br>677 Putnam Pike<br>Chepachet, RI 02814 | **Kitson Liquors** | See above. |

| | | |
|---|---|---|
| **Haxton's Branch Ave**<br>650 Branch Ave.<br>Providence, RI 02904 | **Tom Haxton's Wine & Spirits** | While the name is similar, at its discretion as regulator, the Department decided to allow those individuals that own the corporate entity holding the license to use their own name in order to comply with the R.I. Gen. § 3-5-11(b)(1)(vi). The Department reasoned that it was a fair interpretation of the statute while still establishing sufficient differentiation among similarly named license holders. |
| **Haxton's Kent Liquor**<br>2334 West Shore Road<br>Warwick, RI 02886 | **Karen Haxton's Kent Liquor Co.** | See above. |
| **Haxton's Tollgate**<br>1123 Bald Hill Road<br>Warwick, RI 02886 | | Negotiations are ongoing. |
| **Haxton's of Riverside**<br>1086 Willett Ave.<br>East Providence, RI 02815 | **McGreen Liquor** | See explanation provided for Patriot Liquors, f/k/a 1776 Liquors of Barrington. |
| **Haxton's Wine & Spirits**<br>2430 Warwick Ave<br>Warwick, RI 02886 | **Mike Haxton's Wine & Spirits** | See explanation provided for Tom Haxton's Wine & Spirits, f/k/a Haxton's Branch Ave. |
| **Peoples Liquor Warehouse**<br>229 Main Street<br>Ashaway, RI 02804 | | Administrative process underway. |
| **Peoples Liquor Warehouse**<br>1650 Greenwich Ave.<br>Warwick, RI 02886 | | Administrative process underway. |
| **Peoples Liquor Warehouse**<br>200 Garfield Ave.<br>Cranston, RI 02920 | | Administrative process underway. |

| | | |
|---|---|---|
| **Douglas Wine & Liquors**<br>453 Atwood Ave.<br>Cranston, RI 02920 | | Administrative process underway. |
| **Douglas Wine & Spirit**<br>1450 Smith Street<br>N. Providence, RI 02911 | | Administrative process underway. |
| **Douglas Wine & Spirits**<br>1661 Mineral Spring Ave.<br>N. Providence, RI 02904 | | Administrative process underway. |
| **Douglas Wine & Spirits**<br>1235 Wampanoag Trail<br>East Providence, RI 02915 | | Administrative process underway. |
| **Douglas Wine & Spirits**<br>900 Victory Highway<br>N. Smithfield, RI 02896 | | Administrative process underway. |
| **Douglas Wine & Spirits**<br>39 Putnam Pike<br>Johnston, RI 02919 | | Administrative process underway. |
| **Douglas Wine & Spirits**<br>1380 Hartford Avenue<br>Johnston, RI 02919 | | Administrative process underway. |
| **Busa Fine Wine & Spirits, Inc.**<br>1412 Atwood Avenue<br>Johnston, RI 02919 | **Market Fine Wine & Spirits** | See explanation provided for Patriot Liquors, f/k/a 1776 Liquors of Barrington. |
| **Gasbarro's Oaklawn Discount Liquor Inc.**<br>985 Oaklawn Avenue<br>Cranston, RI 02920 | **Bob Gasbarro's Oaklawn Discount Liquor** | See explanation provided for Tom Haxton's Wine & Spirits, f/k/a Haxton's Branch Ave. |
| **International Liquors of Prospect Street**<br>239 Prospect Street<br>Pawtucket, RI 02860 | **Sold Store, Name TBD** | N/A |

| | | |
|---|---|---|
| **Geaber's Wolf Rock Liquors, Inc.**<br>806 South County Trail<br>Exeter, RI 02822 | **Wolf Rock Liquors, Inc.** | See explanation provided for Patriot Liquors, f/k/a 1776 Liquors of Barrington. |
| **Laurito's Liquors, Inc.**<br>637 Putnam Pike<br>Smithfield, RI 02917 | **Greenville Wines & Spirits** | See explanation provided for Patriot Liquors, f/k/a 1776 Liquors of Barrington. |
| **Sak's Mineral Spring Liquors**<br>1005 Mineral Spring Ave<br>N. Providence, RI 02904 | **Mineral Spring Liquor** | See explanation provided for Patriot Liquors, f/k/a 1776 Liquors of Barrington. |
| **Nikki's Liquors**<br>740 Academy Ave.<br>Providence, RI 02908 | **Xpress Liquors** | See explanation provided for Patriot Liquors, f/k/a 1776 Liquors of Barrington. |

3. Do you consider the names of the respondents to be misleading to the consumer? If you responded in the affirmative, please state the basis for this claim.

   **ANSWER:** Yes, but only to the extent that consumers would get the impression that Respondents are part of a chain store.

4. If you answered interrogatory number 3 above in the affirmative, please state whether the addition of the phrase "an independently owned and operated store" is sufficient to either make the names dissimilar or not misleading.

   **ANSWER:** It is not sufficient because it still leaves the impression that Respondents are connected or affiliated in some way.

5. If you answered no to interrogatory number 4, please state why the addition of this phrase was accepted and required by the DBR prior to the amendment of § 3-5-11 which took effect on April 1, 2005.

   **ANSWER:** When the statute was amended, the Department reviewed the new language and determined that the phrase "an independently owned and operated store" did not comport with the new language of R.I. Gen. Laws § 3-5-11. As such, the phrase was no longer acceptable to the Department in its discretion as regulator.

6. Please state whether appending a first name to a Respondent's name, e.g., Kurt Douglas Wine & Spirits is acceptable to the DBR and in compliance with [R.I. Gen. Laws] § 3-5-11.

   **ANSWER:** Appending a first name to a Respondent's name is acceptable only if it is the true name of the person who owns or controls the entity that holds the Class A license. If Mr. Douglas's first name is Kurt and he controls the corporation that holds the license then the

Department would, in its discretion as regulator, consider the name Kurt Douglas Wine & Spirits to be in compliance with R.I. Gen. § 3-5-11(b)(1)(iv). While the name is similar, at its discretion as regulator, the Department determined that such a change notifies the public that there is a person who owns or controls the entity that holds the Class A license, thereby providing enough differentiation to the public.

7. How does the addition of the first name to a liquor store make the store's name less similar than the addition of a geographic location to the name such as Douglas Wine & Spirits – North Providence?

**ANSWER:** The Department determined that a geographic location does not sufficiently distinguish the name because it gives the impression to the public that that the store is connected or affiliated to other stores with the same name in the manner of a chain store. The addition of a first name notifies the public that there is a person who owns or controls the entity that holds the Class A license, thereby providing enough differentiation to the public.

State of Rhode Island
Department of Business Regulation
By:

[signature]

Subscribed and sworn to before me on this 13th day of March, 2006.

A Brooke Ellison
Notary Public
My commission expires 9-22-06

**CERTIFICATION**

I hereby certify that on this 13th day of March, 2006, a copy of this document, was sent via facsimile and by first class mail postage prepaid to Robert J. Roughsedge, Lawson & Weitzen, LLP, 88 Black Falcon Avenue, Suite 345, Boston, MA 02210-1736.

A Brooke Ellison