UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS, INC., ET AL.

Plaintiffs

v. C.A. No. 04-418T

JEFFREY GREER, ET AL.

Defendants

**ORDER AFFIRMING THE DECISION OF MAGISTRATE JUDGE DAVID L. MARTIN**

For reasons stated in open court on June 12, 2006, the Memorandum and Order of Magistrate Judge David L. Martin entered on April 11, 2006 denying plaintiffs' motion to compel the deposition testimony of Jeffrey J. Greer is hereby AFFIRMED.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 7/5/06