UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS, INC., ET AL.,

Plaintiffs

v().   C.A. No. 04-418T

JEFFREY GREER, ET AL.

Defendants

### ORDER DENYING MOTION IN LIMINE

For reasons stated in open court on June 20, 2006, plaintiffs' motion in limine to exclude any argument and evidence purporting to show "unclean hands" is hereby denied.

By Order

/s/ Lucia Cristina Lizzaro
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge
Date: 7/5/06