UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS, INC., ET AL.,

Plaintiffs

v. C.A. No. 04-418T

JEFFREY GREER, ET AL.

Defendants

**ORDER DENYING MOTION IN LIMINE**

For reasons stated in open court on June 20, 2006, plaintiffs' motion in limine to exclude any argument and evidence purporting to show "unclean hands" is hereby denied.

By Order

Luisa Cristina Lagos

Deputy Clerk

ENTER:

Ernest C. Torres

Ernest C. Torres
Chief Judge
Date:
7/5/06