UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., et al.

v. C.A. No. 04-418T

STATE OF RHODE ISLAND, et al.

**MOTION TO STRIKE SUPPLEMENTAL ANSWERS TO INTERROGATORIES AND MOTION IN LIMINE**

Now come the State of Rhode Island and Jeffrey Greer, and move to strike the Supplemental Answers to Interrogatories filed by the Plaintiffs in this matter. Movants also pray that no testimony or exhibits be allowed regarding the new theories set forth in those answers, specifically evidence concerning vineyards and brewpubs. A memorandum in support hereof is attached.

Respectfully Submitted,

Defendants,
By their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Deputy Chief--Civil Division
150 South Main St.
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

## CERTIFICATION

I, the undersigned, hereby certify that I hand-delivered a true copy of the within document on this 10th day of July, 2006 to those indicated below:

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210-1736

Joseph S. Larisa, Jr., Esq.
55 Dorrance St., Suite 301B
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., et al.

v. C.A. No. 04-418T

STATE OF RHODE ISLAND, et al.

**MEMORANDUM IN SUPPORT OF**
**MOTION TO STRIKE SUPPLEMENTAL ANSWERS TO INTERROGATORIES**
**AND**
**MOTION IN LIMINE**

On a date in late June while counsel was out of the state and court excused, Plaintiffs emailed three sets of supplemental answers to interrogatories to counsel for the Defendants. None was received via regular mail. Upon inspection of the unsigned documents, it was discovered that another avenue of recovery is being inserted into this case on the eve of trial. Throughout this litigation, the equal protection claim has been pressed on the theory that bars and restaurants were the businesses to which these plaintiffs were "similarly situated." This Court and the First Circuit have unequivocally held that this theory will not prevail.

During the discovery phase, Defendants requested a list of all entities to which the Plaintiffs consider themselves similarly situated, as alleged in their Complaint. A list was forthcoming. In the last week, the Plaintiffs have concocted an entirely new theory, that they are similarly situated to vineyards and "brewpubs". If Plaintiffs' Complaint was based, in any part, on their belief that they were similar to these businesses, they should have included them in their original answers. Clearly, this last minute insertion is an attempt to avoid the ill effects of the prior rulings in this case. If they are allowed to supplement their answers to interrogatories in this manner, the Defendants will be prejudiced in that they have not been allowed to propound

discovery on the similarities and differences between these Plaintiffs, vineyards, and brewpubs. Defendants pray that the supplemental answers be stricken and that no evidence of what these new entities do, or don't do, be allowed at trial.

Respectfully Submitted,

Defendants,
By their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Deputy Chief–Civil Division
150 South Main St.
Providence, RI 02903
Tel: (401) 274-4400 ext. 2303
Fax: (401) 222-2995

CERTIFICATION

I, the undersigned, hereby certify that I hand-delivered a true copy of the within document on this 10th day of July, 2006 to those indicated below:

Robert J. Roughsedge, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210-1736

Joseph S. Larisa, Jr., Esq.
55 Dorrance St., Suite 301B
Providence, RI 02903