# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Wine & Spirits Retailers, Inc.,
John Haronian, Douglas Wine & Spirits -
Cranston, Inc., Douglas Wine &
Spirits - Cumberland, Inc., Douglas
Wine & Spirits - North Providence,
Inc.,
Plaintiff

vs. C.A. No. 04-418T

Jeffrey Greer, State of Rhode Island,
Defendants

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED:

After a bench trial held on July 10th, 2006 and a bench decision rendered on July 19th, 2006, judgment hereby enters for the Defendants Jeffrey Greer and the State of Rhode Island, denying and dismissing all claims of the Plaintiffs Wine & Spirits Retailers, Inc., John Haronian, Douglas Wine & Spirits - Cranston, Inc., Douglas Wine & Spirits - Cumberland, Inc., and Douglas Wine & Spirits - North Providence, Inc.

Enter:

Deputy Clerk

Dated: July 20th, 2006