UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WINE & SPIRITS RETAILERS, INC., *et al.*
*Plaintiffs,*
*v.*
STATE OF RHODE ISLAND, *et al.*,
*Defendants.*

Civil Action No. 04-418-T

**NOTICE OF APPEAL**

Notice is hereby given that all of the Plaintiffs in the above named case (Wine & Spirits Retailers, Inc., John Haronian, Douglas Wine & Spirits – Cumberland, Inc., Douglas, Douglas Wine & Spirits – Cranston, Inc. and, Douglas Wine & Spirits N. Providence, Inc.) hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 20th day of July, 2006.

Dated: July 25, 2006

Respectfully submitted,
WINE & SPIRITS RETAILERS, INC., *et al.*
By their Attorneys,

Robert J. Roughsedge (#5876)
Evan T. Lawson (*pro hac vice*)
Michael Williams (*pro hac vice*)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987