AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

Wine & Spirits, Inc., et al. V. Jeffrey Greer, et al.

CASE NUMBER: 04-418T

| PRESIDING JUDGE | PLAINTIFFS ATTORNEY | DEFENDANTS ATTORNEY |
|---|---|---|
| Ernest C. Torres | Evan Lawson; Robert Roughsedge | Rebecca Partington; Joseph Larisa |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 10, 2006 - July 11, 2006 | Anne Clayton | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/10/06 | | | W-1 John Haronian |
| 1 | | 7/10/06 | | FULL | DBR Letter |
| 2 | | 7/10/06 | | FULL | 4/12/04 Franchise Agreement between DWS - N. Providence and Wine & Spirits Retailers |
| 79 | | 7/10/06 | | FULL | Certificate of Registration - U.S. Patent and Trademark Office |
| | T | 7/10/06 | X | FULL | Ad - Cranston |
| | AA | 7/10/06 | | FULL | Transcript of Radio Advertisement |
| 56 | | 7/10/06 | X | FULL | 1/06 Ad for People's Liquor Warehouse Apponaug |
| 57 | | 7/10/06 | | FULL | 1/06 Ad placed by Wine & Spirits Retailers |
| 77 | | | X | | 2004 Newsletter from United Independent |
| 2A | | 7/10/06 | | FULL | Franchise Circular |
| | FF | | X | | Massachusetts ABCC Decision 11/7/05 |
| 25 | | 7/10/06 | X | FULL | 9/21/05 Letter from Greer to "All Class A Licensees and Wholesalers" enclosing Bulletin # 2005-2 |
| | BB | 7/10/06 | X | FULL | Advertisements |
| 14 | | 7/10/06 | X | FULL | 5/1/05 Consulting Agreement between DWS Cranston and Wine & Spirits. |
| | | 7/10/06 | | | W-2 Victor Correia |
| | E | 7/10/06 | X | FULL | Unadvertised Specials 10/30-12/3 {E-1 through E-3} |
| | | 7/10/06 | | | W-3 Jeffrey Greer |
| 63 | | 7/10/06 | X | FULL | DBR's Answers to Respondent's Interrogatories in DBR No. 05-L-0225 through DBR No. 05-1-0232 |
| 68 | | | X | | 4/17/06 Article in Providence Journal |
| 51 | | 7/10/06 | X | FULL | 12/29/05 Letter from Greer to Joseph Larisa, Jr. (representing Gasbarro's Oaklawn Liquors) |
| 65 | | | X | | 3/24/06 Consent Agreement from "In the Matter of Gasbarro Bros., Inc." |
| 17 | | 7/10/06 | X | FULL | 5/9/05 Letter from Greer to Kathleen Haronian (DWS-N. Providence) |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Wine & Spirits, Inc., et al. V. Jeffrey Greer, et al.

CASE NUMBER: 04-418T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 74A | | | X | | Joint Ads by Suppliers (Sakonnet Vineyards) |
| 74B | | | X | | Joint Ads by Suppliers (Macallan) |
| 41 | | 7/10/06 | X | FULL | 12/15/05 Amendment to Bulletin #2005-2 |
| | | 7/11/06 | | | W-4 John DeLeo |
| 73A | | | X | | Central Beverage Oct., Nov, Dec. 2005 Programing |
| 73B | | | X | | Volume of offers/specials available from Wholesalers |
| 73C | | | X | | Perfect Store Plan |
| | O | 7/11/06 | X | FULL | Packet of Marketing Bulletins |
| | P | | X | | Packet of emails |
| 69 | | | X | | 5/24/06 DBR decision on name use |
| | EE | 7/11/06 | X | FULL | In-store Ads |
| | Z | 7/11/06 | X | FULL | Photographs (Z-1 through Z-12) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |