UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

August 21, 2006

U.S. COURT OF APPEALS
RECEIVED
AUG 22 2006
FOR THE FIRST CIRCUIT

06-2224

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***WINE & SPIRITS RETAILERS, INC., ET AL v. JEFFREY GREER, ET AL.***
***USDC CA04-418T*** ***COA: NOT YET ASSIGNED***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: [signature]
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Doc. #118 - Transcript of Bench Trial held 7/10/06 - 7/11/06 before Judge Ernest C. Torres. Volume I - 7/10/06; Volume II - 7/11/06; Certified Copy of Docket.

119