04-00418
USDC-RI PR
J. Torres

# United States Court of Appeals
## For the First Circuit

MANDATE

No. 05-1549

WINE & SPIRITS RETAILERS, INC.; JOHN HARONIAN,

Plaintiffs, Appellants,

v.

STATE OF RHODE ISLAND ET AL.,

Defendants, Appellees.

**JUDGMENT**

**Entered: August 10, 2005**

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/31/05

By: MARGARET CARTER
Chief Deputy Clerk

[cc: Michael Williams, Esq., Robert J. Roughsedge, Esq., Evan T. Lawson, Esq., Rebecca Tedford Partington, Esq., Joseph S. Larisa, Esq. ]