# LAWSON & WEITZEN, LLP

ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN *
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN ***
VALERIE L. PAWSON
GEORGE F. HAILER +
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO
WILLIAM F. COYNE, JR.
DAVID A. RICH *
DENNIS J. MENESIS++
NATALIE A. KANELLIS †
PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS
MICHAEL McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, PH.D.
J. MARK DICKISON **
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE +++
RICHARD J. SULLIVAN, JR.
CAROLINE A. O'CONNELL *
MICHAEL WILLIAMS
KATHRYN E. PEICZARKA
DEAN J. HUTISON
SCOTT T. BUCKLEY
KRISTINA A. E. ENGBERG
C. KIMBERLY BAKEBERG
JAMES M. HENRY
JUDITH L. VAUGHAN

BOSTON
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS. 02631
TELEPHONE (508) 255-3600

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101
MARLBOROUGH, MASSACHUSETTS. 01752
TELEPHONE (508) 618-1025


December 18, 2006

***Via ECF & Overnight Mail***
Hon. Earnest C. Torres
United States District Court
for the District of Rhode Island
1 Exchange Terrace
Providence, RI 02903

Re: *Wine & Spirits Retailers, Inc., et al v. Rhode Island, et al.* C.A. No. 04-418-T

Dear Judge Torres:

The purpose of this letter is to request that this honorable Court forward the pretrial memoranda of the parties, filed June 9, 2006 in the above referenced action, to the Court of Appeals for the First Circuit to be included in the appellate record. The pretrial memoranda were referenced in the parties' briefs to the First Circuit, but do not appear in the docket and therefore are presumably not included in the record sent to that Court. Please note that the oral argument before the First Circuit is scheduled for January 10, 2007.

Thank you for your attention to this matter.

Very truly yours,

/s/ Robert Roughsedge
Robert J. Roughsedge

C: Rebecca Partington, Esq.
Joseph Larisa, Esq.

* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
\+ ALSO ADMITTED IN DC
++ ALSO ADMITTED IN NJ & PA
+++ ALSO ADMITTED IN RI, CT, NH & ME
† ALSO ADMITTED IN NH & NY