UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

December 27, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***Wine & Spirits, Inc., et al v. Greer, et al.***
***USDC CA04-418T*** ***COA: 06-2224***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ________________
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Plaintiffs' Pretrial Memorandum; Pretrial Memorandum of UILR; Pretrial Memorandum of Jeffrey Greer and The Department of Business Regulation pursuant to request of plaintiffs and per Senior Judge Ernest C. Torres; Cert. Copy of Docket.