CA: 04-418
G. Torres
Papers to follow

# United States Court of Appeals
## For the First Circuit

MANDATE

No. 06-2224

WINE AND SPIRITS RETAILERS, INC., ET AL.,

Plaintiffs, Appellants,

v.

STATE OF RHODE ISLAND ET AL.,

Defendants, Appellees.

**JUDGMENT**

Entered: March 20, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Linda Barry

Deputy Clerk

Date: APR 26 2007

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Williams, Mr. Roughsedge, Mr. Lawson, Ms. Partington, & Mr. Larisa. ]